**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BANYAN CAY RESORT & GOLF, LLC,  et al., | Case No. 23-12386-MAM |
| | (Joint Administration Pending) |
| Debtor. | |

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Berger Singerman LLP hereby appears as counsel for creditor, U.S. Real Estate Credit Holdings III-A, LP, an Irish limited partnership, acting by its General Partner, U.S. Real Estate Credit Holdings II GP Limited ("Creditor") and files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

Brian G. Rich, Esq.
BERGER SINGERMAN LLP
313 North Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone:  (850) 561-3010
Facsimile:  (850) 561-3013
E-mail: brich@bergersingerman.com

12032392-1

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights of the Creditor: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs,

recoupments and remedies the Creditor expressly reserve hereby.

DATED:  March 29, 2023          BERGER SINGERMAN LLP
                                *Counsel for Creditor*
                                313 North Monroe Street, Suite 301
                                Tallahassee, FL 32301
                                Tel. (850) 561-3010
                                Fax (850) 561-3013


                                By:   /s/ Brian G. Rich
                                      Brian G. Rich
                                      Florida Bar No.  38229
                                      brich@bergersingerman.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this

29th day of March 2023, by electronic transmission through the Court's CM/ECF system upon all

parties on the attached CM/ECF Service List.


                                By:   /s/ Brian G. Rich
                                      Brian G. Rich

12032392-1

## **CM/ECF SERVICE LIST**

- Jessey J Krehl    jessey@packlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com

12032392-1