

**ORDERED in the Southern District of Florida on March 30, 2023.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Banyan Cay Resort & Golf, LLC, | Case No. 23-12386 |
|     Debtor. | |
| _____/ | |
| In re: | Chapter 11 |
| Banyan Cay Dev. LLC, | Case No. 23-12387 |
|     Debtor. | |
| _____/ | |
| In re: | Chapter 11 |
| Banyan Cay Villas, LLC, | Case No. 23-12388 |
|     Debtor. | |
| _____/ | |
| In re: | Chapter 11 |
| Banyan Cay Maintenance, LLC, | Case No. 23-12389 |
|     Debtor. | |
| _____/ | |
| In re: | Chapter 11 |
| Banyan Cay Mezzanine Borrower, LLC, | Case No. 23-11281 |
|     Debtor. | |
| _____/ | |
| In re: | Chapter 11 |
| Banyan Cay Investment, LLC, | Case No. 23-12390 |
|     Debtor. | |
| _____/ | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS'
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing joint administration of the Debtors' related chapter 11 cases, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED:**

1. The Motion is **GRANTED**, as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 23-12386.

---

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

_____
                                                                )
In re:                                                           )
                                                                 )    Chapter 11
Banyan Cay Resort & Golf, LLC, *et al*.[1]          )
                                                                 )    Case No. 23-12386
                                                                 )
            Debtor.                                     )    (Jointly Administered)
_____   )

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. Pleadings filed in cases other than the lead case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

6. An entry shall be made on the docket of each case substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: Banyan Cay Resort & Golf, LLC, Case No. 23-12386; Banyan Cay Dev. LLC, Case No. 32-12387; Banyan Cay Villas, LLC, Case No. 12388; Banyan Cay Maintenance, LLC, Case No. 23-12389; Banyan Cay Mezzanine Borrower, LLC, Case No. 23-11281; and Banyan Cay Investment, LLC, Case No. 23-12390. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 23-12386.**

3

7. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Bankruptcy Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases, if applicable.

8. The Debtors will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

**Submitted by:**
Jessey Krehl, Esq.
*Proposed Counsel for the Debtors and Debtors-in-Possession*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com

Attorney Jessey J. Krehl, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.