UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Banyan Cay Resort & Golf, LLC, *et al.*[1] ) | |
| ) | Case No. 23-12386 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Eduardo F. Rodriguez ("**Movant**"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Gerard S. Catalanello ("**Visiting Attorney**"), an attorney admitted to practice and currently in good standing in the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and the United States Courts of Appeal for the Second and Third Circuit, and qualified to practice in this court, who proposes to act as counsel for Domenic F. Gatto, Sr., Domenic J. Gatto, Jr., and Kim A. Pillar ("**Clients**") in the above captioned case, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

1

attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear *Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

        */s/ Eduardo F. Rodriguez*
        Eduardo F. Rodriguez, Esq.
        Florida Bar No. 036423
        **EFR LAW FIRM**
        800 S. Douglas Road, Suite 350
        Coral Gables, Florida 33134
        Office: (305)340-0034
        Mobile: (305)978-9340
        Email: eddie@efrlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated by the CM/ECF system and paper copies will be sent to those indicated as non-registered participants, on this 5th day of April 2023.

        By: /s Eduardo F. Rodriguez
                Eduardo F. Rodriguez

## Affidavit of Proposed Visiting Attorney

I, Gerard S. Catalanello, am a member in good standing of the bars of the State of New York and State of New Jersey. I am a member in good standing of the bars of the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and the United States Courts of Appeal for the Second and Third Circuit, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Domenic F. Gatto, Sr., Domenic J. Gatto, Jr., and Kim A. Pillar ("**Clients**"). I designate Eduardo F. Rodriguez ("**Local Counsel**"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear *Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: April 4, 2023

        Gerard S. Catalanello
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, New York 11016
        (212) 210-9400
        Gerard.Catalanello@alston.com
        New York Bar No. 2531135

        By: */s/ Gerard S. Catalanello*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re:<br><br>Banyan Cay Resort & Golf, LLC, *et al.*[1]<br><br>     Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 23-12386<br>)<br>) (Jointly Administered)<br>) |

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear *Pro Hac Vice* [ECF No.     ]. The court having reviewed the motion and good cause appearing, it is

ORDERED that Gerard S. Catalanello ("**Visiting Attorney**") may appear before this court *pro hac vice* as counsel for Domenic F. Gatto, Sr., Domenic J. Gatto, Jr., and Kim A. Pillar ("**Clients**") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

1

> Eduardo F. Rodriguez
> Florida Bar No. 36423
> 800 S. Douglas Road, Suite 350
> Coral Gables, Florida 33134
> Office: (305)340-0034
> eddie@efrlawfirm.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s). If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear *Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

**Submitted by:**

**COPIES TO:**

Gerard S. Catalanello, ALSTON & BIRD LLP, 90 Park Avenue, New York, New York 10016

Eduardo F. Rodriguez, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

2