# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Banyan Cay Resort & Golf, LLC, *et al.*,[1] | Case No. 23-12386-EPK |
| Debtors. | (Jointly Administered) |

## MOTION TO APPEAR *PRO HAC VICE*

Motion and Affidavit of Local Counsel

I, Carmen Contreras-Martinez ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* David A. Golin ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for the Northern District of Illinois, the Eastern District of Michigan, and the Eastern District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit, and qualified to practice in this court, who proposes to act as counsel for Westside Property Investment Company, Inc. ("Westside") in the cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of Westside.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for Westside, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the cases identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of Westside.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for Westside in these cases and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of Westside. I understand that I am required to participate in the

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the cases noted above on behalf of Westside and in any adversary proceedings in the cases in which the Visiting Attorney appears on behalf of Westside.  I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for Westside in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Westside and indicating Movant as local counsel for Westside, and for such other and further relief as may be just.

Dated:  April 7, 2023

                **SAUL EWING LLP**
                Attorneys for Westside Property Investment Company, Inc.

                By:   */s/ Carmen Contreras-Martinez*
                      Carmen Contreras-Martinez
                      Florida Bar No. 93475
                      701 Brickell Avenue, Suite 1700
                      Miami, Florida  33131
                      Telephone: (305) 428-4500
                      E-mail: carmen.contreras-martinez@saul.com

**Affidavit of Proposed Visiting Attorney**

I, David A. Golin, am a member in good standing of the bar of the State of Illinois. I am a member in good standing of the Bars of the United States District Courts for the Northern District of Illinois, the Eastern District of Michigan, and the Eastern District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Westside Property Investment Company, Inc. ("Westside"). I designate Carmen Contreras-Martinez ("Local Counsel"), who is qualified to practice in this court, as local counsel for Westside. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of such Westside, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: April 7, 2023

        **SAUL EWING LLP**

        161 North Clark Street, Suite 4200
        Chicago, Illinois  60601
        Telephone: (312) 876-7805
        Facsimile: (312) 876-0288
        E-mail: david.golin@saul.com

        By:  */s/ David A. Golin*
            David A. Golin
            Illinois ARDC No. 6180517