

**ORDERED in the Southern District of Florida on April 11, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Banyan Cay Resort & Golf, LLC, *et al.*,[1] | Case No. 23-12368-EPK |
| Debtors. | (Jointly Administered) |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF-69]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that David A. Golin ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Westside Property Investment Company, Inc. ("Westside") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Westside, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Carmen Contreras-Martinez
Florida Bar No. 093475
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Telephone: (305) 428-4528
Facsimile: (305) 675-6174
E-mail: carmen.contreras-martinez@saul.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of Westside. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for Westside in all such proceedings.

# # #

Submitted by:

Carmen Contreras-Martinez
Florida Bar No. 093475
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Telephone: (305) 428-4528
Facsimile: (305) 675-6174
E-mail: carmen.contreras-martinez@saul.com

Attorney Contreras-Martinez is directed to serve a copy of this Order on all interested parties and file a Certificate of Service.