

ORDERED in the Southern District of Florida on April 28, 2023.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) ) ) Chapter 11 |
| Banyan Cay Resort & Golf, LLC, *et al.*[1] | ) ) ) Case No. 23-12386 |
| Debtors. | ) ) (Jointly Administered) ) |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER
(A) AUTHORIZING THE DEBTORS TO ASSUME PURCHASE AND SALE
AGREEMENT WITH BANYAN CAY ESTATES, LLC, (B) COMPROMISING
CONTROVERSIES THEREBETWEEN, AND (C) GRANTING RELATED RELIEF**

**THIS MATTER** came before the Court on April 26, 2023 upon the above-captioned debtors and debtors in possession's (the "Debtors'") *Motion for Entry of an Order (A) Authorizing the Debtors to Assume Purchase and Sale Agreement with Banyan Cay Estates, LLC, (B) Compromising Controversy Therebetween, and (C) Granting Related Relief* [Docket

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

No. 97] (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

1. The Motion is **GRANTED**.

2. The Debtors are authorized to assume the Agreement, and the terms of the Postpetition Amendment, to the extent the same compromise controversies between the Parties, are hereby approved.

3. The Debtors shall not be required to pay any cure costs in connection with the assumption of the Agreement.

4. Assumption of the Agreement and the entry into the Postpetition Amendment, except as specifically set forth therein, does not represent a waiver by the Debtors of any rights,

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

claims, or defenses in connection with or arising under the Agreement or any other executory contract or unexpired lease of the Debtors.

5.  Nothing relating to the Motion or this Order, will impair, prejudice, waive, or otherwise affect the rights of the Debtors and their estate, subject to appropriate notice and a hearing and this Court's approval unless otherwise agreed to by the parties, to assign the Agreement pursuant to, and in accordance with, the requirements of section 365 of the Bankruptcy Code. Such assignment, if pursued, may be effectuated through a chapter 11 plan and confirmation order or separate motion.

6.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Jessey Krehl, Esq.
Attorney for the Debtors and Debtors-in-Possession
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com

Attorney Jessey J. Krehl, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.