

**ORDERED in the Southern District of Florida on April 28, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| Banyan Cay Resort & Golf, LLC, *et al.*[1] | ) |
|  | ) Case No. 23-12386 |
|  | ) |
| Debtors. | ) (Joint Administration Pending) |
|  | ) |

**FINAL ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF PACK LAW AS COUNSEL TO THE
DEBTORS IN POSSESSION EFFECTIVE AS OF MARCH 29, 2023**

Upon the application [Docket No. 7] (the "Application")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, as more fully described in the

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Application, authorizing the employment and retention of Pack Law as counsel to the Debtors effective as of the Petition Date, pursuant to section 327 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1; and upon consideration of the Pack Declaration and McHale Declaration submitted in support of the Application; and the Court being satisfied based on the representations in the Application and the Pack Declaration that Pack Law is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Code, and holds no interest adverse to the Debtors or their estates in connection with the matters for which Pack Law is to be retained by the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient notice of the Application having been given and no other or further notice being required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court on April 28, 2023 (the "Hearing"); and it appearing that the employment of Pack Law is in the best interests of the Debtors, their estates, and their creditors; and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Application is **APPROVED** as set forth in this Order.

    2.    The Debtors are authorized to employ and retain Pack Law as their counsel in the Chapter 11 Cases in accordance with the terms set forth in the Application and the Pack Declaration, effective as of the Petition Date.

    3.    Pack Law is authorized to perform any and all of the services for the Debtors that are necessary or appropriate in connection with the legal services described in the Application.

4. Pack Law shall provide at least ten-days' notice of any rate increases by notifying the Debtors and filing a notice with the Court. The Debtors, the United States Trustee, and all other parties in interest retain all rights to object to any rate increase on all grounds, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Pack Law shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee, and any other applicable procedures and orders of the Court.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

8. In the event of any inconsistency between the Pack Law Engagement Letter, the Application, and this Order, this Order shall govern.

###

**Submitted by:**

Jessey Krehl, Esq.
*Counsel for the Debtors and Debtors-in-Possession*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com

Attorney Jessey J. Krehl, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.