UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-12386 <br> ) <br> ) (Jointly Administered) <br> ) |
| Banyan Cay Resort & Golf, LLC *et al.*[1] | |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions, Inc.

On April 28, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Interim Order (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363, (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362, 364(c), and 364(d), (IV) Granting Super Priority Claims to the DIP Lender Pursuant to 11 U.S.C. 364(c), and (V)Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 94]**

- **Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Assume Purchase and Sale Agreement with Banyan Cay Estates, LLC, (B) Compromising Controversies Therebetween, and (C) Granting Related Relief [Docket No. 97]**

- **Emergency Motion to Shorten Time with Respect to Motion for Entry of an Order (A) Authorizing the Debtors to Assume Purchase and Sale Agreement with Banyan Cay Estates, LLC, (B) Compromising Controversies Therebetween, and (C) Granting Related Relief [Docket No. 98]**

- **Debtors' Emergency Motion for Entry of an Amended Order Granting the Relief Requested at Docket No. 31, and More Specifically, (I) Approving Amended Bid Procedures in Connection with the Sale of Property of the Debtors' Estates, (II) Authorizing the Debtors to Enter into the Amended and Restated Stalking Horse Agreement, (III) Approving Bid Protections, and (IV) Granting Related Relief [Docket No. 99]**

- **Notice of Hearing [Docket No. 102]**

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

- **Order Granting Emergency Motion to Shorten Time with Respect to Motion for Entry of an Order (A) Authorizing the Debtors to Assume Purchase and Sale Agreement with Banyan Cay Estates, LLC, (B) Compromising Controversies Therebetween, and (C) Granting Related Relief [Docket No. 103]**

Dated: May 2, 2023

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                          } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 2nd day of May, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| 364 Capital, LLC | c/o Louis X. Amato, Esq. | 28209 Jewel Fish Lane | Bonita Springs, FL 34135-8639 | First Class Mail |
| A BEAUTIFUL CEILING | 3333 S DIXIE HWY | DELRAY BEACH, FL 33483-3254 | | First Class Mail |
| A CHRISTIAN GLASS & MIRROR CO | 925 S. CONGRESS AVE | DELRAY BEACH, FL 33445-4628 | | First Class Mail |
| ADACHE GROUP ARCHITECTS | 550 SOUTH FEDERAL HIGHWAY | FORT LAUDERDALE FL 33301-2908 | | First Class Mail |
| ADIDAS AMERICA INC. | DEPT CH 19361 | PALANTINE IL 60055-0001 | | First Class Mail |
| ADT COMMERCIAL | PO BOX 382109 | PITTSBURGH PA 15251-8109 | | First Class Mail |
| ALERO SPORT | 15 BRETWOOD DRIVE NORTH | COLTS NECK NJ 07722-2405 | | First Class Mail |
| ALISMA ACE | 231 PORTER PLACE | WEST PALM BEACH 33409-3711 | | First Class Mail |
| ALSTON & BIRD | 1201 W. PEACHTREE STREET | ATLANTA GA 30309-3424 | | First Class Mail |
| AMADEUS HOSPITALITY AMERICAS, INC | 29618 NETWORK PLACE | CHICAGO IL 60673-1296 | | First Class Mail |
| AT&T | PO BOX 5014 | CAROL STREAM IL 60197-5014 | | First Class Mail |
| ATLANTIC COAST SURETY | 1 INTERNATIONAL BLVD SUITE 405 | MANHWAH NJ 07495-0016 | | First Class Mail |
| ATLANTIC DOORS & HARDWARE | 4601 10TH AVE NORTH | LAKE WORTH, FL 33463-2203 | | First Class Mail |
| ATLANTIC DRYJECT, INC. | 19277 WEST INDIES LANE | TEQUESTA FL 33469-2055 | | First Class Mail |
| BAGEL BOYZ | 10996 SW WINDING LAKES CIRCLE | PORT SAINT LUCIE FL 34987-2882 | | First Class Mail |
| Banyan Cay Dev. LLC | 2300 Presidential Way | West Palm Beach, FL 33401-1510 | | First Class Mail |
| Banyan Cay Estates, LLC | c/o Robert C. Furr | 2255 Glades Road, Suite 419A | Boca Raton, FL 33431-7379 | First Class Mail |
| Banyan Cay Investment, LLC | 2300 Presidential Way | West Palm Beach, FL 33401-1510 | | First Class Mail |
| Banyan Cay Maintenance, LLC | 2300 Presidential Way | West Palm Beach, FL 33401-1510 | | First Class Mail |
| Banyan Cay Mezzanine Borrower, LLC | 2300 Presidential Way | West Palm Beach, FL 33401-1510 | | First Class Mail |
| Banyan Cay Resort & Golf, LLC | 2300 Presidential Way | West Palm Beach, FL 33401-1510 | | First Class Mail |
| Banyan Cay Villas, LLC | 2300 Presidential Way | West Palm Beach, FL 33401-1510 | | First Class Mail |
| Barry A. Chatz | 161 North Clark Street, Suite 4200 | Chicago, IL 60601-3316 | | First Class Mail |
| BELLEFRAU GROUP, LLC | 13 ROYAL PALM POINTS | VERO BEACH FL 32960-5237 | | First Class Mail |
| BELYN KEY | 2495 BOULEVARD OF THE GENERALS | NORRISTOWN PA 19403-5236 | | First Class Mail |
| BENCHMARK | 30 ROWES WHARF, SUITE 530 | BOSTON MA 02110-3326 | | First Class Mail |
| BIRCH STREET SYSTEMS | 304 S JONES BLVD #5100 | LAS VEGAS, NV 89107-2623 | | First Class Mail |
| BLERMAN, LLC | 7117 49TH TERRACE N. | RIVIERA BEACH FL 33407-1003 | | First Class Mail |
| BMC - THE BENCHMARK | 30 ROWES WHARF SUITE 5300 | BOSTON  MA 02110-3345 | | First Class Mail |
| BMI GENERAL LICENSING | PO BOX 630893 | CINCINNATI OH 45263-0893 | | First Class Mail |
| BOOMERANG BEVERAGES SERVICES LLC | 221 OLD DIXIE HWY | TEQUESTA FL 33469-2722 | | First Class Mail |
| BRAGS & HAYES INC | 3101 SW 25TH STREET, BAY 100 | PEMBROKE PARK, FL 33009-3096 | | First Class Mail |
| BUCKEYE PLUMBING INC | 310 BUSINESS PARK WAY | WEST PALM BEACH, FL 33411-1748 | | First Class Mail |
| CALLAWAY | P.O. BOX 9002 | CARLSBAD CA 92018-9002 | | First Class Mail |
| CAN-AM ELECTRIC LLC | 1515 S. FEDERAL HWY, SUITE 401 | BOCA RATON, FL 33432-7451 | | First Class Mail |
| CANTEEN | COMPASS GROUP USA | LOS ANGELES CA 90074-0001 | | First Class Mail |
| CEI | 14150 NW 3RD AVE | MIAMI FL 33168-4012 | | First Class Mail |
| CEMEX CONSTRUCTION MATERIALS | 1720 CENTREPARK DRIVE EAST | WEST PALM BEACH, FL 33401-7405 | | First Class Mail |
| CENTRAL DYNAMICS LLC DBA CENDYN | DEPT LA23832 | PASADENA CA 91185-3882 | | First Class Mail |
| CERTIFIED POOL MECHANICS | 12960 COMMERCE LAKES DRIVE, SUITE 7 | FORT MYERS, FL 33913-8660 | | First Class Mail |
| CHARGEPOINT | 254 EAST HACIENDA AVENUE | CAMPBELL CA 95008-6617 | | First Class Mail |
| CHERRY, EDGAR & SMITH, P.A. | 8409 NORTH MILITARY TRAIL, SUITE 123 | PALM BEACH GARDENS FL 33410-6324 | | First Class Mail |
| CHUCK'S BACKHOE SERVICE INC | 2301 NW 15TH COURT | POMPANO BEACH FL 33069-1518 | | First Class Mail |
| CIGARS OF PALM BEACH, INC. | 7580 MANSFIELD HOLLOW ROAD | DELRAY BEACH FL 33446-3313 | | First Class Mail |
| CINTAS CORPORATION | P.O. BOX 630910 | CINCINNATI OH 45263-0910 | | First Class Mail |
| CITY OF WEST PALM BEACH | P.O BOX 30000 | TAMPA FL 33630-3000 | | First Class Mail |
| CITY OF WEST PALM BEACH | PO BOX 30000ATT: UTILITIES DEPT. | WEST PALM BEACH TAMPA 33630-3000 | | First Class Mail |
| COMCAST | P.O.BOX 71211 | CHARLOTTE NC 28272-1211 | | First Class Mail |
| COMCAST BUSINESS | P.O. BOX 37601 | PHILADELPHIA PA 19101-0601 | | First Class Mail |
| COMPLETE COOLING AND HEATING | POST OFFICE BOX 1285 | JENSEN BEACH, FL 34958-1285 | | First Class Mail |
| CONSTRUCTION CONSULTANTS & DESIGNERS, INC. | 9981 EQUUS CIRCLE | BOYNTON BEACH FL 33472-4319 | | First Class Mail |
| CONTRACTOR'S ALARM | 19922 MONA ROAD | JUPITER FL 33469-2660 | | First Class Mail |
| CORE HEALTH & FITNESS | 4400 NE 77TH AVE SUITE 300 | VANCOUVER WA 98662-6857 | | First Class Mail |
| CORKCICLE | PO BOX 547965 | ORLANDO FL 32854-7965 | | First Class Mail |
| COUNTY ICE INC. | 4219 NOVA LANE | LANTANA FL 33462-3418 | | First Class Mail |
| CREDITLINE TECHNICAL SUPPORT, INC. | P.O. BOX 5164 | FORT MC COY FL 32134-5164 | | First Class Mail |
| CVENT | PO BOX 822699 | PHILADELPHIA PA 19182-2699 | | First Class Mail |
| DFG CAPITAL | 5000 NORTH OCEAN DRIVE  APT 901 | RIVIERA BEACH FL 33404-3044 | | First Class Mail |
| DH PACE COMPANY | 1901 EAST 119TH STREET | OLATHE, KS 66061-9502 | | First Class Mail |
| DJG DEVELOPMENT | 2302 PRESIDENTIAL WAY | WEST PALM BEACH FL 33401 | | First Class Mail |
| DLL FINANCE LLC | P. O. BOX 14535 | DES MOINES IA 50306-3535 | | First Class Mail |
| DLL FINANCE LLC | P.O. BOXS 14535 | DES MOINES IA 50306-3535 | | First Class Mail |
| DLL FINANCIAL | P.O. BOX 14535 | DES MOINES IA 50306-3535 | | First Class Mail |
| Domenic Gatto Jr. | c/o Eduardo F. Rodriguez | 800 S. Douglas Road, Suite 350 | Coral Gables, FL 33134-3125 | First Class Mail |
| Domenic Gatto Sr. | c/o Eduardo F. Rodriguez | 800 S. Douglas Road, Suite 350 | Coral Gables, FL 33134-3125 | First Class Mail |
| EKERT CONCRETE CUTTING INC | 1235 HIGHLAND ROAD | LANTANA, FL 33462-6115 | | First Class Mail |
| ELECTRICAL SUPPLIES INC | 13395 NW 107 AVE | MIAMI, FL 33018-1103 | | First Class Mail |
| ERICSONS INC | 296 INDUSTRIAL BLVD N | DALLAS GA 30132-2445 | | First Class Mail |
| EVENING AIR, LLC | 16595 112TH TRAIL N. | JUPITER FL 33478-6134 | | First Class Mail |
| FAGAN ENGINEERING, INC | 2137, MILANO COURT | PALM BEACH GARDEN FL 33418-6705 | | First Class Mail |
| FERGUSON ENTERPRISES LLC | 751 LAKEFRONT COMMONS | NEWPORT NEWS, VA 23606-3322 | | First Class Mail |
| FERGUSON WATERWORKS | 543 72ND AVE N | ST. PETERSBURG, FL 33702-5829 | | First Class Mail |
| FLORIDA BANKRUPTCY GROUP, LLC | 4121 N 31st Avenue | Hollywood, FL 33021 | | First Class Mail |
| FLORIDA COAST EQUIPMENT | 9775 W. BOYNTON BEACH | BOYNTON BEAH FL 33472-4421 | | First Class Mail |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE STREET | TALLAHASSEE FL 32399-0100 | | First Class Mail |
| FLORIDA EXOTIC A LANDSCAPE CO INC | 4016 SW MOORE ST. | PALM CITY, FL 34990-8743 | | First Class Mail |
| Florida Exotic A Landscape Co. Inc. | c/o Kozyak Tropin & Throckmorton LLP | 2525 Ponce de Leon Blvd | 9th Floor | Coral Gables, FL 33134-6039 | First Class Mail |
| FLORIDA EXOTIC LANDSCAPING IRRIGATION | 4016 SW MOORE STREET | PALM CITY FL 34990-8743 | | First Class Mail |
| FLORIDA PUBLIC UTILITIES | PO BOX 2137 | SALISBURY MD 21802-2137 | | First Class Mail |
| FOXTOWER WOODWORKS | 4 FOXHILL FARM RD. | SEWICKLEY PA 15143-9305 | | First Class Mail |
| FPL | GENERAL MAIL FACILITY | MIAMI FL 33188-0001 | | First Class Mail |
| FRESHPOINT SOUTH FLOIDA | 2300 NW 19TH STREET | POMPANO FL 33069-5227 | | First Class Mail |
| FRIEDMAN FELDMESSER& KARPELES CPA LLC | 641 UNIVERSITY BLVD STE 210 | JUPITER FL 33458-2794 | | First Class Mail |
| G/FORE | PO BOX 74008999 | CHICAGO IL 60674-8999 | | First Class Mail |
| Gerard A. McHale | 1601 Jackson Street, Suite 200 | Fort Myers, FL 33901-2968 | | First Class Mail |
| Gerard S. Catalanello | 90 Park Avenue | New York, NY 10016-1301 | | First Class Mail |
| GOLD COAST LINEN | 1811 N. DIXIE HWY. | WEST PALM BEACH FL 33407-6505 | | First Class Mail |
| GOLF AGRONOMICS SUPPLY & | 2165 - 17TH STREET | SARASOTA FL 34234-7653 | | First Class Mail |
| GOLF AGRONOMICS SUPPLY & HANDLING | 2165 17TH STREET | SARASOTA FL 34234-7653 | | First Class Mail |
| GOLFNOW | PO BOX 742569 | ATLANTA GA 30374-2569 | | First Class Mail |
| GORDON FOOD SERVICE, INC | PO BOX 88029 | CHICAGO IL 60680-1029 | | First Class Mail |
| GREAT AMERICA FINANCIAL | P.O. BOX 660831 | DALLAS TX 75266-0831 | | First Class Mail |
| GREYSON CLOTHIERS | PO BOX 75265 | CHICAGO IL 60675-5265 | | First Class Mail |
| HABANA EXCAVATING INC | 2300 PALM BEACH LAKES BLVD., SUITE 305 | WEST PALM BEACH, FL 33409-3306 | | First Class Mail |
| HARDRIVES OF DELRAY INC | 2101 S CONGRESS AVE | DELRAY BEACH  FL 33445-7307 | | First Class Mail |
| HECTOR TURF | 1301 NW 3RD STREET | DEERFIELD BEACH FL 33442-1697 | | First Class Mail |
| HOJACA CORPORATION (HUGHES SUP) | 8030 NW 14TH ST. | DORAL FL 33126 | | First Class Mail |
| HOLDERNESS & BOURNE | ATTN ATTN ERIC ELGIN | 12 LABRIOLA CT | ARMONK NY 10504-1340 | First Class Mail |
| HOLGANIX, LLC | 3033 MARKET STREET | ASTON PA 19014-3436 | | First Class Mail |
| HOME DEPOT PRO | PO BOX 404468 | ATLANTA GA 30384-4468 | | First Class Mail |
| HOTELAVE | 333 WESTMISTER ST SUITE3 | PROVIDENCE  RI 02903-3304 | | First Class Mail |
| IMAGE JANITORIAL SERVICES | 1750 N. FLORIDA MANGO RD. SUITE 103 | WEST PALM BEACH BEACH FL 33409-5230 | | First Class Mail |
| IMPERIAL | P.O. BOX 775338 | CHICAGO IL 60677-5338 | | First Class Mail |
| INTERACTIVE SITES | 1201 E. NORTHSHORE DR., #222 | TEMPE AZ 85283-1401 | | First Class Mail |
| JOHNNIE-O | PO BOX 269005 | OKLAHOMA CITY OK 73126-9005 | | First Class Mail |
| JONES FOSTER P.A. | 505 SOUTH FLAGLER DR SUITE 1100 | WEST PALM BEACH BEACH FL 33401-5950 | | First Class Mail |
| JOSEPH ELLIOTT USA LLC | 3830 VALLEY CENTRE DR. | SAN DIEGO CA 92130-3320 | | First Class Mail |
| Julianne Frank, Esq. | 4495 Military Trail Suite 107 | Jupiter, Florida 33458 | | First Class Mail |
| JW TURF FARMS | 1935 COMMERCE LANE, SUITE 3 | JUPITER FL 33458-5858 | | First Class Mail |
| JWD TREES INC | 4300 ORANGE RIVER LOOP | FT MYERS, FL 33905-5815 | | First Class Mail |
| KAYE BENDER REMBAUM, P.L. | 1200 Park Central Boulevard South | Pompano Beach, Florida 33064 | | First Class Mail |
| Kim A Pillar | c/o Eduardo F. Rodriguez | 800 S. Douglas Road, Suite 350 | Coral Gables, FL 33134-3125 | First Class Mail |
| KIMBALL MIDWEST | DEPT. L-2780 | COLUMBUS OH 43260-0001 | | First Class Mail |
| L&W SUPPLY CORP | PO BOX 838 | BELOIT, WI 53512-0838 | | First Class Mail |
| LANDMARK INTERIORS OF FL | 1721 SE 17TH ST., UNIT 828 | FORT LAUDERDLE, FL 33316-3162 | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| LANDMARK STUDIO, LTD | W184 S8425 CHALLENGER | MUSKEGO WI 53150-7821 | | | First Class Mail |
| LEGACY TURF | 2581 JUPITER PARK SRIVE, #E11 | JUPITER FL 33458-6022 | | | First Class Mail |
| LICENSING ASSOCIATES, INC | 6740 SW 64TH CT | SOUTH MIAMI FL 33143-3208 | | | First Class Mail |
| LUIS SALGUES LAWN | 5480 N. OCEAN DRIVE | SINGER ISLAND FL 33404-2549 | | | First Class Mail |
| LUXURY PR GROUP | 205 WORTH AVE | PALM BEACH FL 33480-4606 | | | First Class Mail |
| MAGNIFICENT HARDSCAPES | 810 SATURN LANE, SUITE 16 | JUPITER, FL 33477-4398 | | | First Class Mail |
| MARDALE SPECIALTIES DIRECT | 4113 NW 124TH AVENUE | CORAL SPRINGS, FL 33065-7633 | | | First Class Mail |
| MARLIN | 3363 W CINNERCIAL BLVD | FORT LAUDERDALE  FL 33309 | | | First Class Mail |
| MARSH USA INC | PO BOX 846015 | DALLAS TX 75284-6015 | | | First Class Mail |
| MATHESON TRI-GAS INC | DEPT 3028 | DALLAS TX 75312-0001 | | | First Class Mail |
| Matthew Bordwin | 1 Huntington Quadrangle, Suite 2C04 | Melville, NY 11747-4424 | | | First Class Mail |
| MATTHEW BUCKRADEE | 2430 LAKE WORTH RD., UNIT 3301 | LAKE WORTH FL 33461-3376 | | | First Class Mail |
| MAUI JIM SPORTS | PO BOX 842980 | DALLAS TX 75284-2980 | | | First Class Mail |
| MC NAMARA/SALVIA, INC. | 101 FEDERAL STREET | BOSTON  MA 02110-1817 | | | First Class Mail |
| METRO FIRE PROTECTION SERVICES | 1501 DECKER AVENUE, #522 | STUART, FL 34994-3953 | | | First Class Mail |
| MJK PLUMBING, LLC | 11935 WATERMARK WAY | PARKLAND FL 33076-2997 | | | First Class Mail |
| MORELL STUDIOS LLC | 4128 WESTROADS DR STE 205 | RIVIERA BEACH FL 33407-1252 | | | First Class Mail |
| NICOT SERVICES CORP | 1357 W 83RD ST | HIALEAH, FL 33014-3461 | | | First Class Mail |
| NORTH STAR SEAFOOD LLC | 12510 NW 112TH AVE | MEDLEY FL 33178-1055 | | | First Class Mail |
| OCEANA COFFEE | 221 OLD DIXIE HWY #1 | TEQUESTA  FL 33469-2722 | | | First Class Mail |
| Office of the US Trustee | 51 S.W. 1st Ave. | Suite 1204 | Miami, FL 33130-1614 | | First Class Mail |
| O'HARA LANDSCAPE & MAINTENANCE, INC. | 1001 25TH CT | WEST PALM BEACH FL 33407-5358 | | | First Class Mail |
| ORACLE | PO BOX 203448 | DALLAS TX 75320-3448 | | | First Class Mail |
| OTA INSIGHT LTD | DEPT. LA 24845 | PASADENA CA 91185-4845 | | | First Class Mail |
| P&W GOLF SUPPLY LLC | 300 BOND STREET | ELK GROVE IL 60007-1223 | | | First Class Mail |
| PACE COMMUNICATIONS GROUP | PO BOX 117342 | ATLANTA GA 30368-7342 | | | First Class Mail |
| PADDEN | 21381 SWEETWATER LANE N | BOCA RATON FL 33428-1019 | | | First Class Mail |
| Palm Beach County Tax Collector | c/o Hampton Peterson Esq. | POB 3715 | West Palm Beach, FL 33402-3715 | | First Class Mail |
| Palm Beach County Tax Collector | Attn. Legal Services Department | P.O. Box 3715 | West Palm Beach, FL 33402-3715 | | First Class Mail |
| PALM BEACH CUSTOM WOODWORK | 1315 53RD STREET, UNIT 5 | MANGONIA PARK, FL 33407-2245 | | | First Class Mail |
| PALMDALE OIL COMPANY, | 911 N 2ND STREET | FORT PIERCE FL 34950-9121 | | | First Class Mail |
| PARTY SLATE, INC. | 351 W. HUBBARD ST., SUITE 400 | CHICAGO ILLINOIS 60654-4405 | | | First Class Mail |
| PERFORMANCE NAPA AUTO | PO BOX 219 | PAHOKEE FL 33476-0219 | | | First Class Mail |
| PERRY ELLIS INTL GOLF DIVISION | PERRY ELLIS INTERNATIONAL INC | ATLANTA GA 31193-0001 | | | First Class Mail |
| PETER MILLAR LLC | P.O. BOX 744420 | ATLANTA GA 30374-4420 | | | First Class Mail |
| PIPELINE UTILITIES | 3610 FISCAL COURT | RIVIERA BEACH, FL 33404-1723 | | | First Class Mail |
| PITNEY BOWES INC. | PO BOX 981022 | BOSTON MA 02298-1022 | | | First Class Mail |
| PLANT FOOD COMPANY INC. | 38 HIGHTSTOWN-CRANBURY | CRANBURY NJ 08512-5099 | | | First Class Mail |
| POOL SERVICE PLUS INC | 340, BUSINESS PARK WAY SUITE #1 | ROYAL PALM BEACH  FL 33411-1739 | | | First Class Mail |
| PREMIER HOSPITALITY INTERNATIONAL INC | 10140 MARCONI DR  SUITE-B | SAN DIEGO, CA 92154-7251 | | | First Class Mail |
| PRESIDENT WAY ASSOCIATION | P.O. BOX 622607 | ORLANDO FL 32862-2607 | | | First Class Mail |
| PROFORMA IMAGING | P.O. BOX 640814 | CINCINNATI OH 45264-0814 | | | First Class Mail |
| PRYAMID BENCHMARK SELF INSURANCE | 30 ROWES WHARF | BOSTON MA 02110-3345 | | | First Class Mail |
| PV BUSINESS SOLUTIONS, INC. | 3600 S. STATE ROAD 7 | MIRAMAR FL 33023-5200 | | | First Class Mail |
| PYE-BARKER FIRE & SAFETY, LLC | PO BOX 735358 | DALLAS TEXAS 75373-5358 | | | First Class Mail |
| R3 HEALTH | 1411 N. FLAGLER DRIVE | WEST PALM BEACH FL 33401-3421 | | | First Class Mail |
| RALPH LAUREN MENS | PO BOX 911371 | DALLAS TX 75391-1371 | | | First Class Mail |
| REGENCY GROUP | 32 WET 39TH STREET | NEW YORK NY 10018 | | | First Class Mail |
| REGION BANK | 8100 OKEECHOBEE BLVD | WEST PALM BEACH  FL 33411-2001 | | | First Class Mail |
| REGIONAL WALL SYSTEMS | 6601 PARKER AVENUE | WEST PALM BEACH, FL 33405-4250 | | | First Class Mail |
| REGISTERED AGENTS LEGAL SERVICES, LLC | 1013 CENTRE ROAD, SUITE 403S | WILMINGTON  DE 19805-1270 | | | First Class Mail |
| RELIASTAR LIFE INSURANCE COMPANY | 3702 PAYSPHERE CIRCLE | CHICAGO IL 60674 | | | First Class Mail |
| RLJ SERVICES | 8942 RODEO DRIVE | LAKE WORTH FL 33467-1144 | | | First Class Mail |
| ROSEN MATERIALS LLC | ATTN ATTN WAYNE MILLER | 1800 NW 22ND STREET | FORT LAUDERDALE FL 33311-2941 | | First Class Mail |
| Rosen Materials, LLC | c/o Ryan E. Davis, Esq. | 329 Park Avenue North | Second Floor | Winter Park, FL 32789-7408 | First Class Mail |
| SAFETY KLEEN | PO BOX 975201 | DALLAS TX 75397-5201 | | | First Class Mail |
| SANSOLEIL | 1001 W. 17TH ST. SUITE M | COSTA MESA CA 92627-4512 | | | First Class Mail |
| SCREEN PILOT | 1600 WYNKOOP | DENVER CO 80202-1157 | | | First Class Mail |
| SECURIAN LIFE INSURANCE COMPANY | A SECURIAN FINANCIAL GROUP AFFILIATE | ST. PAUL MN 55101-2098 | | | First Class Mail |
| SFAKI DBA GOOD GREEK | 1333 N JOG ROAD SUITE 103 | WEST PALM BEACH BEACH FL 33413-1024 | | | First Class Mail |
| SHENANDOAH GENERAL CONST | 1888 NW 22ND ST | POMPANO BEACH, FL 33069-1318 | | | First Class Mail |
| SHUTTS & BOWEN LLP | Larry I. Glick, Esq. | 200 S Biscayne Boulevard, Suite 4100 | Miami FL 33131 | | First Class Mail |
| SITE ONE LANDSCAPE | 24110 NETWORK PLACE | CHICAGO IL 60673-1241 | | | First Class Mail |
| SOLITUDE LAKE | 1320 BROOKWOOD DRIVE | LITTLE ROCK AR 72202-1438 | | | First Class Mail |
| SOLITUDE LAKE MANAGEMENT | 1320, BROOKWOOD DRIVE | LITTLE ROCK  AR 72202-1438 | | | First Class Mail |
| SOUTHDADE LIGHTING INC | P. O. BOX 560965 | MIAMI, FL 33256-0965 | | | First Class Mail |
| SOUTHERN TIDE LLC | 12564 COLLECTIONS CENTER DRIVE | CHICAGO IL 60693-0001 | | | First Class Mail |
| SPRINT | C O AMERICAN INFOSOURCE | 4515 N SANTA FE AVE | OKLAHOMA CITY OK 73118-7901 | | First Class Mail |
| SS BANYAN CAY DEVELOPER | 2385 NW EXECUTIVE CENTER DRIVE | BOCA RATON FL 33431-8579 | | | First Class Mail |
| Stephen M. Blank | 90 Park Avenue | New York, NY 10016-1301 | | | First Class Mail |
| STERLING | PO BOX 35626 | NEWARK NJ 07193-5626 | | | First Class Mail |
| STEWART MANAGEMENT COMPANY | 301 N. MARKET STREET  SUITE 1410 | WILMINGTON DE 19801-2529 | | | First Class Mail |
| STRATEGIC DATA RESEARCH, INC. | 790 S MILITARY TRAIL | DEERFIELD BEACH FL 33442-3025 | | | First Class Mail |
| STRUCTURAL ROOF SYSTEMS INC | 2703 NW 55TH COURT | FT LAUDERDALE, FL 33309-2542 | | | First Class Mail |
| SULLIVAN ELECTRIC & PUMP | 1942 8TH AVE NORTH | LAKE WORTH  FL 33461-3306 | | | First Class Mail |
| SUMMIT GOLF BRANDS | PO BOX 771847 | CHICAGO IL 60677-1847 | | | First Class Mail |
| SUNBELT RENTALS INC | 1799 INNOVATION POINT | FORT MILL, SC 29715-4556 | | | First Class Mail |
| SUNNILAND CORPORATION | P.O. BOX 8001 | SANFORD FL 32772-8001 | | | First Class Mail |
| SUPERIOR WATERWAY SERVICES , INC. | 6701 GARDEN RD SUITE 1 | RIVIERA BEACH FL 33404-5900 | | | First Class Mail |
| SYSCO | 1999 MARTIN LUTHER KING JR. | RIVIERA BEACH FL 33404-7005 | | | First Class Mail |
| TASCO PLUMBING | 410 E 10TH COURT | HIALEAH, FL 33010-5153 | | | First Class Mail |
| TAX COLLECTOR, PBC | ANNE M. GANNON CONSTITUTIONAL TAX COLLEC | WEST PALM BEACH BEACH FL 33402-3353 | | | First Class Mail |
| TAYLOR MADE GOLF COMPANY | TM US WHOLESALE LOCKBOX 29516 NETWORK PL | CHICAGO IL 60673-0001 | | | First Class Mail |
| TENTS N EVENTS | 1790 MEARS PKWY | MARGATE FL 33063-3749 | | | First Class Mail |
| THE PALM GUY | 4338, MAURICE DR | DELRAY BEACH  FL 33445-3233 | | | First Class Mail |
| THE SHERWIN WILLIAMS COMPANY | ATTN BANKRUPTCY LEGAL DEPARTMENT | 1100 MIDLAND | 101 WEST PROSPECT AVENUE | CLEVELAND OH 44115-1093 | First Class Mail |
| THE STAFFING GROUP | 2895 JUPITER PARK DRIVE | JUPITER FL 33458-6048 | | | First Class Mail |
| THER G GOLF CARTS LLC | 1106 NW 7TH ST. | BOYNTON BEACH FL 33426-2905 | | | First Class Mail |
| THOMAS PRINTWORKS | P.O. BOX 830768 | RICHARDSON TX 75083-0768 | | | First Class Mail |
| THOR GUARD INC. | 1193 SAWGRASS CORPORATE | SUNRISE FL 33323-2847 | | | First Class Mail |
| TITLEIST | PO BOX 844324 | BOSTON MA 02284-4324 | | | First Class Mail |
| TK ELEVATOR CORPORATION | 11605 HAYNES BRIDGE ROAD, SUITE 650 | ALPHARETTA, GA 30009-8679 | | | First Class Mail |
| TRAVELCLICK, INC | P.O. BOX 71199 | CHICAGO IL 60694-1199 | | | First Class Mail |
| TRAVISMATHEW LLC | P.O. BOX 9074 | CARLSBAD CA 92018-9074 | | | First Class Mail |
| TREAT WALLET | 2340 HEATHERWOODS WAY | CARROLLTON TX 75007-2030 | | | First Class Mail |
| TURTLESON | PO BOX 440110 | NASHVILLE TN 37244-0110 | | | First Class Mail |
| TWINS FLOORING COMPANY | 5062 NORTH DIXIE HIGHWAY | FORT LAUDERDALE, FL 33334-4004 | | | First Class Mail |
| U & ME TRANSFER INC | 3300 ELECTRONICS WAY | WEST PALM BEACH BEACH FL 33407-4699 | | | First Class Mail |
| U.S. Real Estate Credit Holdings III-A, LP, | Berger Singerman LLP | Attn.:  Brian G. Rich, Esq. | 313 N Monroe St #301 | Tallahassee, FL 32301 | First Class Mail |
| ULTRA MARKETING | 13250 ST. TROPEZ CIRLCE | PALM BEACH GARDENS FL 33410-1437 | | | First Class Mail |
| UNITED RENTALS | 15935 ASSEMBLY LOOP | JUPITER FL 33478-6430 | | | First Class Mail |
| UNIVERSAL ENGINEERING | 1215 WALLACE DRIVE | DELRAY BEACH  FL 33444-4600 | | | First Class Mail |
| UNUM LIFE INS CO OF AMERICA | PO BOX 406955 | ATLANTA GA 30384-6955 | | | First Class Mail |
| URBAN DESIGN STUDIO | 610 CLEMATIS STREET  SUITE CU02 | WEST PALM BEACH  FL 33401-5391 | | | First Class Mail |
| USGA | P.O. BOX 5008 | HAGERSTOWN MD 21741-5008 | | | First Class Mail |
| VESSEL FWP, LLC | 3197 LIONSHEAD AVE | CARLSBAD CA 92010-4702 | | | First Class Mail |
| VESTIGE SCHOOL PROTECTION LLC | 6320 NW 97 AVENUE | DORAL FL 33178-1645 | | | First Class Mail |
| VI2 TECHNOLOGIES | 23836 BENNET CHASE DR | CLARKSBURG MD 20871-5317 | | | First Class Mail |
| VICTORY SECURITY | 636 US HIGHWAY 1 SUITE 113 | NORTH PALM BEACH FL 33408-4611 | | | First Class Mail |
| VICTORY SECURITY AGENCY II, | 636 US HIGHWAY 1 | NORTH PALM FL 33408-4611 | | | First Class Mail |
| VINEYEARD VINES | 181 HARBOR DRIVE | STAMFORD CT 06902-7474 | | | First Class Mail |
| VSP | PO BOX 742788 | LOS ANGELES CA 90074-2788 | | | First Class Mail |
| WEDGWORTH'S INC. | PO BOX 2076 | BELLE GLADE FL 33430-7076 | | | First Class Mail |
| WELLS FARGO | PAYMENT REMITTANCE CENTER | MINNEAPOLIS MN 55480-7733 | | | First Class Mail |
| WELLS FARGO FINANCIAL LEASING | P.O. BOX 10306 | DES MOINES IA 50306-0306 | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Westside Property Investment Company, Inc. | c/o Saul Ewing LLP | 701 Brickell Avenue | 17th Floor | Miami, FL 33131-2832 | First Class Mail |
| WILLIAMS SCOTSMAN, INC. | PO BOX 91975 | CHICAGO IL 60693-1975 | | | First Class Mail |
| WINNER'S AWARD GROUP INC. | 4171 W. HILLSBORO BLVD. | COCONUT CREEK FL 33073-2154 | | | First Class Mail |
| WIRELESS 2 WAY RADIO LLC. | 6748 WILLOW WOOD DRIVE, #1306 | BOCA RATON  FL 33434-3594 | | | First Class Mail |
| WM D ADEIMY JR INC | 1201 OMAR ROAD | WEST PALM BEACH  FL 33405-1046 | | | First Class Mail |
| WOLVERINE ROOFING LLC | 1300 OLD DIXIE HIGHWAY, UNIT 101 | LAKE PARK, FL 33403-1925 | | | First Class Mail |
| WORLD ELECTRIC SUPPLY | 5013 MARGARET ANN LN | FORT PIERCE, FL 34946-9124 | | | First Class Mail |
| ZABIK AND ASSOCIATES | P.O.  BOX 211176 | ROYAL PALM  FL 33421-1176 | | | First Class Mail |
| ZJC, LLC | 11300 US HIGHWAY 1, SUITE 300 | NORTH PALM BEACH FL 33408-3236 | | | First Class Mail |