UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

Banyan Cay Resort & Golf, LLC, *et.al.*,

Chapter 11
Case No. 23-12386-EPK

<u>Jointly administered</u>

Debtor.
_____/

**<u>CERTIFICATE OF SERVICE – ECF 132</u>**

I HEREBY CERTIFY that a true and correct copy of the following document was served on all parties listed below in the manner and dates indicated:

**[ECF 132]** *Notice of Appearance of Aaron A. Wernick and Wernick Law PLLC as counsel for Creditor Cam-Am Electric LLC*

Dated: May 24, 2023

Wernick Law, PLLC
*Counsel for Can-Am Electric LLC*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No.: 14059
awernick@wernicklaw.com

**<u>ECF 132 SERVED BY U.S. MAIL ON MAY 24, 2023:</u>**

The parties on the attached mailing list were served by BK Attorney Services, Inc. CertificateofService.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>Banyan Cay Resort & Golf, LLC | CASE NO: 23-12386-EPK<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 132 |

On 5/24/2023, I did cause a copy of the following documents, described below,

Notice of Appearance of Wernick Law PLLC ECF Docket Reference No. 132

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/24/2023

/s/ Aaron A. Wernick
Aaron A. Wernick  14059

Wernick Law, PLLC
2255 Glades Road, Ste 324A
Boca Raton, FL  33431
561 613 8306
cworkinger@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>Banyan Cay Resort & Golf, LLC | CASE NO: 23-12386-EPK<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 132 |

On 5/24/2023, a copy of the following documents, described below,

Notice of Appearance of Wernick Law PLLC ECF Docket Reference No. 132

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/24/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick
Wernick Law, PLLC
2255 Glades Road, Ste 324A
Boca Raton, FL  33431

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| STEPHEN M. BLANK<br>90 PARK AVENUE<br>NEW YORK NY 11016 | MATTHEW BORDWIN<br>1 HUNTINGTON QUADRANGLE<br>SUITE 2C04<br>MELVILLE NY 11747 | GERARD S. CATALANELLO<br>90 PARK AVENUE<br>NEW YORK NY 11016 |
| FIRST CLASS | FIRST CLASS | FIRST CLASS |
| BARRY A. CHATZ<br>161 NORTH CLARK STREET<br>SUITE 4200<br>CHICAGO  IL 60601 | DAVID A. GOLIN<br>161 NORTH CLARK STREET<br>SUITE 4200<br>CHICAGO  IL 60601 | GERALD A. MCHALE<br>1601 JACKSON STREET<br>SUITE 200<br>FORT MYERS FL 33901 |