UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

BANYAN CAY RESORT & GOLF, LLC,

   Debtor.
_____/

CASE NO.: 23-12386 EPK
Jointly Administered with: 23-12387
23-12388; 23-12389; & 23-12390

Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Creditor, Jones Foster, P.A. and requests copies of any and all documents filed in the instant action, and respectfully requests that the following be added to the Court's Matrix:

> Stanley Dale Klett, Esquire
> Jones Foster, P.A.
> 4741 Military Trail, Suite 200
> Jupiter, FL  33458
> sklett@jonesfoster.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all interested parties and counsel who are authorized to receive service by CM/ECF pursuant to the applicable rules on this 25th day of May, 2023.

> I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).
>
> JONES FOSTER P.A.
> Attorneys for Creditor, Jones Foster, P.A.
> 4741 Military Trail, Suite 200
> Jupiter, FL  33458
> Telephone: (561) 650-8231
> Facsimile:  (561) 650-5300
> Email: sklett@jonesfoster.com
>
> By:   *s/Stanley Dale Klett, Jr.*
>       Stanley Dale Klett, Jr.
>       Florida Bar No. 435716