Form CGFCRD3H  (07/20/22)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–12386–EPK**

**Chapter: 11**

**In re:**
Banyan Cay Resort & Golf, LLC
dba Banyan Cay Resort & Golf, dba Banyan Cay Resort and Golf, dba Banyan
Cay Golf Club
2300 Presidential Way
West Palm Beach, FL 33401
EIN: 85–3468744

# NOTICE OF HEARING

**PLEASE TAKE NOTICE**  that a hearing will be held before the Honorable Erik P. Kimball to consider the
following:

**First Application for Interim Compensation and Reimbursement of Expenses for Joseph Pack,
Attorney for Debtor, Period: 2/16/2023 to 4/30/2023, Fee: $308,507.50, Expenses: $62,335.92. Filed
by Debtor Banyan Cay Resort & Golf, LLC (138)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted
   time for this matter is ten minutes. The hearing will be held:

   **Date:**       **June 28, 2023**
   **Time:**       **01:30 PM**
   **Location:**   **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm
                   Beach, FL 33401**

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the
   hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits
   remote participation by video or by telephone, if the judge's procedures allow. To participate in the
   hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later
   than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter
   the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

   All participants (whether attending in person or remotely) must observe the formalities of the
   courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity
   of the Court. This includes appropriate courtroom attire for those participants appearing in person or
   by video.

3. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above–described
       document(s) on all required parties within the time frame required by the Federal Rules of
       Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be
   heard thereon.

4. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio
   recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the
   official record of the hearing.

5.   PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated:** <u>6/2/23</u>                                    **CLERK OF COURT**
                                                    By: <u>Martha Ortman</u>
                                                    Courtroom Deputy