

ORDERED in the Southern District of Florida on June 29, 2023.

Erik P. Kimball, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BANYAN CAY RESORT & GOLF, LLC, et al., | Case No. 23-12386-EPK |
| | (Jointly Administered) |
| Debtors.[1] | |

### ORDER APPROVING APPLICATION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM
(ECF # 145)

**THIS MATTER** came before the Court for hearing on June 28, 2023, at 1:30 p.m., on the APPLICATION OF GORDON FOOD SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application") [ECF # 145]. Since the filing of the Motion, GFS[2] and the Debtors conferred and agree to entry of an order granting the Application. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

[2] All capitalized terms shall have the meaning ascribed to them in the Application unless otherwise defined herein.

1. The Application is **ALLOWED** as set forth below, without prejudice to GFS's right to seek an additional administrative claim under § 503(b)(9) in the interests of justice.

2. GFS is allowed an administrative claim against Debtor's estate for the value of the goods delivered to the Debtor in the amount of $8,700.35.

###

Submitted by:

Megan W. Murray
Florida Bar Number 0093922
UNDERWOOD MURRAY, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401
Email: mmurray@underwoodmurray.com
*Counsel to Gordon Food Services, Inc.*

Agreed by:
Joseph A. Pack
Florida Bar Number 117882
Jessey J. Krehl
Florida Bar Number 1025848
PACK LAW
51 Northeast 24th Street, Suite 108
Miami, FL 33137
Email: joe@packlaw.com
Email: jessey@packlaw.com
Tel: (305) 916-4500
*Counsel to the Debtors*

[Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.]