UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

BANYAN CAY RESORT & GOLF, LLC, *et al*[1]

Case No. 23-12386-EPK
Chapter 11

(Jointly Administered)

Debtor.
_____/

### CONTRACT PURCHASER'S EMERGENCY MOTION TO MODIFY ORDER [ECF NO. 105] TO RESTATE LEGAL DESCRIPTION AND TO APPROVE A 21ST AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE OF REAL PROPERTY

*Emergency Relief Requested*
**Statement of Exigent Circumstances**

**The Closing of all the real estate by the Debtor to Westside and to Banyan Cay Estates, LLC is to take place by the end of July. The legal description for the Banyan Cay Estates LLC lots needs to be clarified and certain closing escrow provisions need to be approved. These are contained in the 21st Amendment which the parties seek to be approved. Banyan Cay Estates, LLC submits that no party will be prejudiced by the entry of the requested Order in light of the pending closing. Movant requests that the Court waive the provisions of Rule 9075-1(B) of the Local Rules which require that an affirmative statement that the Debtor has made a Bona Fide effort to resolve the issues raised in this expedited motion, as the relief requested herein is urgent in nature and does not lend itself to resolution in advance of a hearing.**

Contract Purchaser, Banyan Cay Estates, LLC, (hereinafter referred to as "**BCE**") by and through the undersigned attorney, hereby files this Emergency Motion for Contract Purchaser to Modify Order [ECF No. 105] to Restate Legal Description and to Approve a 21st Amendment to Agreement for Purchase and Sale of Real Property, and as grounds state:

1. This case was commenced by the filing of a Chapter 11 Petition by the Debtor

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

on March 29, 2023.

2.     BCE is a contract purchaser of certain lots from the Debtors.

3.      On April 26, 2023, the Debtor filed its *Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Assume Purchase and Sale Agreement with Banyan Cay Estates, LLC (B) Compromising Controversies there Between, and (C) Granting Related Relief* [ECF No. 97] requesting authority to assume the original Purchase and Sale agreement and its 20th Amendment with Banyan Cay Estates, LLC and for other relief. The Court granted the motion on April 28, 2023 [ECF No. 105]. The legal description in the Purchase and Sale Agreement at Ex A-2, page 44 of 178 of the motion is a lot description based on a plat. The Plat has not been recorded and the correct legal description needs to be clarified.

4.     BCE and the Debtor wish to enter into a 21st Amendment to clarify the legal description to:

> All of Tract "L2", Banyan Cay Resort, as recorded in Plat Book 125, Page 114, Public Records of Palm Beach County, Florida.

5.     The 21St Amendment also sets forth certain escrow arrangements with the other buyer Westside along with certain obligations between Westside and Banyan Cay Estates. The proposed 21st Amendment is attached hereto as Ex. 1.

6.     Movant requests that the court authorize it and the Debtor to enter into the 21st Amendment and modify the previous order to clarify the legal description.

WHEREFORE, the Interested Party, BANYAN CAY ESTATES, LLC, respectfully requests this Honorable Court grant this Emergency Motion for Contract Purchaser to Modify Order [ECF No. 105] to Restate Legal Description and to Approve a 21st Amendment to Agreement for Purchase and Sale of Real Property, and for such other and further relief as this Court deems just and proper.

Date: July 21, 2023

    Respectfully Submitted,

FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/Fax: 561-338-7532

By: */s/ Robert C. Furr*
    Robert C. Furr
    Florida Bar No. 210854
    Email: rfurr@furrcohen.com

*Attorneys for Creditor, Banyan Cay Estates, LLC*

**EXHIBIT "1"**

**TWENTY-FIRST AMENDMENT**
**TO**
**AGREEMENT FOR PURCHASE AND SALE OF REAL PROPERTY**

**THIS TWENTY-FIRST AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE OF REAL PROPERTY** (this "**Amendment**") is made as of _____, 2023 (the "**Amendment Effective Date**"), by and between **BANYAN CAY DEV. LLC**, a Delaware limited liability company ("**Seller**") and **BANYAN CAY ESTATES, LLC**, a Florida limited liability company ("**Purchaser**"; together with Seller, the "**Parties**").

**RECITALS:**

**WHEREAS**, Purchaser and Seller entered into that certain Agreement for Purchase and Sale of Real Property by and between BC Dev and Banyan Cay Estates, LLC, a Florida limited liability company (the "**Estate Lot Builder**") with an effective date of June 17, 2021, as amended by that certain First Amendment to Agreement for Purchase and Sale of Real Property, that certain Second Amendment to Agreement for Purchase and Sale of Real Property, that certain Third Amendment to Agreement for Purchase and Sale of Real Property, that certain Fourth Amendment to Agreement for Purchase and Sale of Real Property, that certain Fifth Amendment to Agreement for Purchase and Sale of Real Property, that certain Sixth Amendment to Agreement for Purchase and Sale of Real Property, that certain Seventh Amendment to Agreement for Purchase and Sale of Real Property, that certain Eighth Amendment to Agreement for Purchase and Sale of Real Property, that certain Ninth Amendment to Agreement for Purchase and Sale of Real Property, that certain Tenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Eleventh Amendment to Agreement for Purchase and Sale of Real Property, that certain Twelfth Amendment to Agreement for Purchase and Sale of Real Property, that certain Thirteenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Fourteenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Fifteenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Sixteenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Seventeenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Eighteenth Amendment to Agreement for Purchase and Sale of Real Property, that certain Nineteenth Amendment to Agreement for Purchase and Sale of Real Property, and that certain Twentieth Amendment to Agreement for Purchase and Sale of Real Property (collectively, the "**Agreement**"), for the sale of certain property located in West Palm Beach, Palm Beach County, Florida, as more particularly described in the Agreement;

**WHEREAS**, Purchaser and Seller desire to amend the Agreement as hereinafter set forth.

**NOW, THEREFORE**, in consideration of the mutual covenants set forth herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. <u>Recitals; Definitions</u>. The above recitals are true and correct and are incorporated herein by reference as if fully set forth herein. All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Agreement.

2. <u>Definition of L2 Property Expanded.</u>  The parties acknowledge that the L2 Lots will not be platted by the L2 Closing Date, and therefore for the Purchase Price of $10,500,000.00, Purchaser will be purchasing all of Tract "L2", Banyan Cay Resort, as recorded in Plat Book 125, Page 114, Public Records of Palm Beach County, Florida.

3. <u>Simultaneous Closing with Westside.</u>  At the simultaneous closing with Westside as referenced in Section 3. of the Twentieth Amendment to Agreement for Purchase and Sale of Real Property ("**Twentieth Amendment**"), Purchaser and Westside must execute and deliver to each other a mutually agreeable agreement that inter alia, shall provide for escrows as hereinafter described ("**Westside Escrow Agreement**"), said Westside Escrow Agreement being a condition to Purchaser's obligation to close hereunder. Seller shall use good faith efforts to obtain the approval and execution by Westside of the Westside Escrow Agreement. If said Westside Escrow Agreement is not timely obtained, Purchaser shall have the right to continue with this Agreement and close without the said Westside Escrow Agreement, subject in all respects to the orders of the Bankruptcy Court and the Seller's opportunity to provide notice to the Bankruptcy Court and parties in interests in the Seller's bankruptcy cases, or terminate the Agreement and receive a refund of Purchaser's Deposit.  Failure of Purchaser to notify Seller prior to the conclusion of the Westside purchase of the Remaining Property (Provided Seller had actual knowledge of the Westside purchase closing date) shall mean Purchaser has elected to close without the Westside Escrow Agreement.  The Westside Escrow Agreement shall contain the following terms, unless any such terms are waived by Purchaser:

(a) Westside shall deposit at its closing on the Remaining Property into escrow $2,700,000.00 to be disbursed to pay for and reimburse Purchaser for the Lift Station Improvements (as described in the Twentieth Amendment Schedule A, as modified by the **Schedule A** attached hereto and incorporated herein correcting the Remove Debris from L2 Area, and Great Park amount).  Any excess costs Purchaser incurs over and above said $2,700,000.00 shall be Purchaser's obligation to pay. (Except as modified in this Amendment, the rights of the Constructing Party as set forth in the Twentieth Amendment shall remain. The Twentieth Amendment is amended to only require the percentage of completion certification from the project engineer for Lift Station #77;

(b) Westside's obligation to pay for the work done and to be done by Hardrives, Inc. ("Hardrives"), as described in that certain "Quotation" and "Quotation For Change Order #1" attached hereto as composite  **Exhibit "A",** and Westside's obligation prior to or at its closing on the Remaining Property to execute and authorize the delivery to Hardrives of said attached Exhibit "A" Quotation;

(c) Purchaser's obligation to pay for the work done and to be done by Hardrives as described in that certain Quotation, attached hereto as **Exhibit "B",** and Purchaser's obligation prior to or at

2

        its Closing to execute and authorize the delivery to Hardrives of said attached Exhibit "B" Quotation;

    (d) Westside shall cause the proposed Banyan Cay Resort Replat of Tract "L2" to be approved in writing by the Banyan Cay Master Association, Inc. ("Master Association") Master Association, subject to Master Association and Purchaser mutually agreeable modifications thereto;

    (e) Westside shall cause the Master Association to execute and deliver to the escrow agent: (1) for immediate recording a consent to assuming the obligation to maintain, repair and replace the sidewalks commencing one year after completion of construction of the Sidewalk Improvements in Tract L1 (such completion to be verified by the engineer of record for Tract L1) as set forth in the recorded Assignment of Sidewalk Easements for Tract L1 (recorded in ORB 32852, Page 45, Public Records of Palm Beach County, Florida,) and (2) a consent in recordable form to assume the obligation to maintain, repair and replace the sidewalks in Tract L2 commencing one year after completion of the construction of the Sidewalk Improvements in Tract L2 (such completion to be verified by the engineer of record for Tract L2). The parties acknowledge that there will be no Assignment of Sidewalk Easements for Tract L2, since Purchaser is buying all of Tract L2 and not just the L2 Lots;

    (f) As stated in the Twentieth Amendment, Westside shall abide by the terms of Section 5.3 of the Agreement applicable to Seller regarding reserving and making available to each Retail Purchaser one Golf Membership in the Banyan Cay Resort & Golf Club at the rates then in effect at the time the Retail Purchaser purchases the lot, executes the membership agreement and provides the required deposit, all in accordance with the Purchaser's Acknowledgment attached as **Exhibit "5.3"** to the Agreement. Additionally, Westside agrees to expand such agreement to also permit Retail Purchasers to purchase Social Memberships in the Banyan Cay Resort & Golf Club provided the Retail Purchaser executes the membership agreement and provides the required deposit, all in accordance with the Purchaser's Acknowledgment attached as **Exhibit "5.3"** to the Agreement, as modified to reflect the purchase of a Social Membership instead of a Golf Membership. The price and terms for said Social Memberships shall be as mutually agreed upon by Purchaser and Westside after Westside's closing on the purchase of the Remaining Property.

4.    <u>Reaffirmation of Exercise of Purchaser of Certain Step-In Rights and Extension of Certain Step-In Rights</u>. Purchaser and Seller acknowledge and agree that Purchaser has exercised Purchaser's Step-In Rights in the Twentieth Amendment as to environmental matters and, subject to the terms of this Amendment, the Lift Station Improvements. The Agreement is modified to extend throughout the Agreement (including, but not limited to Section 8.2 <u>Step-In Rights </u>(a)) the

3

period of time Buyer has to exercise Buyer's Step In Rights not previously exercised to "<u>on or before October 30, 2023</u>". Section 8.2(b) is modified to delete "<u>August 31, 2023</u>" in said Section and in said date's place and stead "October 30, 2023" is added.

5. <u>Westsides Reimbursement Hardrives Work</u>. As a condition to Purchaser's obligation to close hereunder, Westsides shall simultaneously with Westsides' closing on the purchase of the Remaining Property, reimburse Purchaser $<u>36,310.00</u> that Purchaser paid to Hardrives for the cleaning of lots on the Remaining Property.

6. <u>Ratification; Conflicts</u>. Except as expressly set forth in this Amendment, the Agreement is ratified and confirmed as written and remains in full force and effect. This Amendment contains and embodies the entire agreement of the Parties with respect to the subject matter hereof. This Amendment may not be modified or changed in whole or in part in any manner other than by an instrument in writing duly signed by the Parties. In the event of any conflict between the terms and conditions set forth in the Agreement and those set forth in this Amendment, the terms and conditions of this Amendment shall control.

7. <u>Miscellaneous</u>. This Amendment may be executed in counterparts and by facsimile or electronic transmission, each of which, when executed and delivered, shall be deemed an original, but all counterparts shall together constitute one in the same instrument. This Amendment shall be (a) binding upon and inure to the benefit of the Parties and their respective representatives, transferees, successors and permitted assigns, and (b) governed by and construed in accordance with the laws of the State of Florida, without regard to its conflicts of laws principles.

[SEE NEXT PAGE FOR EXECUTION]

**IN WITNESS WHEREOF,** Purchaser and Seller have executed this Amendment effective as of the date first set forth above.

<u>**SELLER**</u>:

**BANYAN CAY DEV. LLC**,
a Delaware limited liability company

By:_____
      Gerard A. McHale, Jr., of McHale, P.A.,
      Chief Restructuring Officer

<u>**PURCHASER**</u>:

**BANYAN CAY ESTATES, LLC**,
a Florida limited liability company

By:_____
Name: Michael Smolak
Title:   Manager

5

Exhibit "A"
Hardrives Proposal to Westside

**HARDRIVES, INC.**
• DRIVEWAYS • PARKING AREAS • STREETS • GRADING • ROCK & FILL • CONCRETE WORK •
2101 South Congress Avenue
Delray Beach, Florida 33445

PHONE: 561-278-0456
FAX: 561-278-2147

AN EEO COMPANY
**QUOTATION**
DATE: 7/20/2023 REV 2

Westside Property Investment Company Inc
4100 East Mississippi Avenue Suite 500
Glendale, Colorado 80246

**NAME OF PROJECT:** Banyan Cay
**LOCATION:** Congress Avenue, West Palm Beach, FL
**PLANS & SPECS:** See Below

WE PROPOSE TO FURNISH ALL LABOR, MATERIAL AND EQUIPMENT TO PERFORM THE FOLLOWING:
Construct site improvements as per plans and specifically stated below.

| QTY | UNIT | DESCRIPTION | UNIT COST | UNIT TOTAL | TOTAL |
|---|---|---|---|---|---|
| | | **GENERAL CONDITIONS:** | | | |
| 1 | LS | WEED-EATING SMALL AREAS | $1,360.00 | $1,360.00 | |
| 1 | LS | HERBICIDE 10' BEHIND CURBS | $1,650.00 | $1,650.00 | |
| 1 | LS | GRADE 9' BEHIND CURBS | $7,800.00 | $7,800.00 | |
| 1 | LS | 2' STRIP BAHIA SOD BEHIND CURBS | $2,435.00 | $2,435.00 | |
| | | | **GENERAL CONDITIONS SUBTOTAL:** | | **$13,245.00** |
| | | **UNDERGROUND UTILITIES** | | | |
| 1 | LS | MOBILIZATION AND SUPERVISION | $10,495.00 | $10,495.00 | |
| 5,900 | LF | WATER MAIN PRESSURE TEST | $6.60 | $38,940.00 | |
| 4 | EA | WATER MAIN FILL AND FLUSH | $6,260.00 | $25,040.00 | |
| 4 | EA | WATER MAIN CONNECT TO EXISTING | $8,110.00 | $32,440.00 | |
| 18 | EA | WATERMAIN SAMPLE POINTS | $1,060.00 | $19,080.00 | |
| 9 | EA | FIRE HYDRANTS AND MARKERS | $470.00 | $4,230.00 | |
| 5,381 | SY | SANITARY SEWER CLEAN & TV | $10.40 | $55,962.40 | |
| 1 | LS | LIFT STATION "START-UP" | $11,045.00 | $11,045.00 | |
| | | | **UNDERGROUND UTILITIES SUBTOTAL:** | | **$197,232.40** |
| | | | | **TOTAL:** | **$210,477.40** |
| 1 | LS | ENGINEERING CERTIFICATION WATER / SEWER | $30,000.00 | $30,000.00 | |
| 1 | LS | ENGINEERING FEES | $10,524.00 | $10,524.00 | |
| 1 | LS | HARDRIVES' MARKUP 10% | $25,100.00 | $25,100.00 | |
| | | | **SUBTOTAL:** | | **$65,624.00** |
| | | | **GRAND TOTAL:** | | **$276,101.40** |

**GENERAL NOTES:**

This change order is to be governed by existing contract plus the additional conditions below.

Westside is responsible for all as-builts. To release Hardrives and keep as-builts for the City of West Palm Beach, any lake bank work and certification of LK1 and LK2, the remainder of the concrete sidewalks in the common areas and all street name signs.

Bid Proposal is good for 30 days only, and can be extended only at the discretion of Hardrives

Due to current Supply Chain disruptions, materials are subject to pricing at time of shipment. Material availability and timeliness of shipments cannot be guaranteed. Any increase will be documented and change ordered to the contract

Hardrives will also require an additional work payment schedule to be mutually agreed on by both parties.

All of our work was tested and approved prior to the shut down. Should anything need repairing or changed in any way will become the Any inlet or pipe cleaning, to drain the site, will be on a time and material basis.

This quote excludes all layout and testing
This quote excludes any items not specifically itemized in quote.

ACCEPTED BY                                         HARDRIVES, INC.

NAME _____                        Bud Alvarez, Project Manager
TITLE: _____                      DATE: _____
DATE: _____

Banyan Cay Westside.xlsx                           Page 1 of 1

6

Exhibit "A"
Quotation for Change Order No. 1

**HARDRIVES, INC.**
• DRIVEWAYS • PARKING AREAS • STREETS • GRADING • ROCK & FILL • CONCRETE WORK •
2101 South Congress Avenue
Delray Beach, Florida 33445

PHONE: 561-278-0456
FAX: 561-278-2147

AN EEO COMPANY

**QUOTATION FOR CHANGE ORDER #1**
DATE: July 20, 2023

Westside Property Investment Company Inc
4100 East Mississippi Avenue Suite 500
Glendale, Colorado 80246

**NAME OF PROJECT:** Banyan Cay
**LOCATION:** Congress Avenue, West Palm Beach, FL
**PLANS & SPECS:** See Below

WE PROPOSE TO FURNISH ALL LABOR, MATERIAL AND EQUIPMENT TO PERFORM THE FOLLOWING:
Additional Work needed for Hotel CO. Change Order needs to be issued to Original Contract for totals below.

| QTY | UNIT | DESCRIPTION | UNIT COST | UNIT TOTAL | TOTAL |
|---|---|---|---|---|---|
| **GENERAL CONDITIONS:** | | | | | |
| 1 | LS | BUSHHOG PROPERTY | $1,100.00 | $1,100.00 | |
| 1 | LS | REMOVE BROKEN CONCRETE SIDEWALK FROM R.O.W. | $252.00 | $252.00 | |
| 1 | LS | STRIPING CROSS WALKS - PAINTED | $3,500.00 | $3,500.00 | |
| | | | **GENERAL CONDITIONS SUBTOTAL:** | | **$4,852.00** |
| **DRAINAGE** | | | | | |
| 100 | EA | DRAINAGE STRUCTURE CLEANING | $325.00 | $32,500.00 | |
| 1,772 | LF | DRAINAGE STRUCTURE CLEANING 15" | $4.50 | $7,974.00 | |
| 2,444 | LF | DRAINAGE STRUCTURE CLEANING 18" | $5.00 | $12,220.00 | |
| 2,239 | LF | DRAINAGE STRUCTURE CLEANING 24" | $5.40 | $12,090.60 | |
| 1,220 | LF | DRAINAGE STRUCTURE CLEANING 30" | $7.70 | $9,394.00 | |
| 898 | LF | DRAINAGE STRUCTURE CLEANING 36" | $9.50 | $8,531.00 | |
| 254 | LF | DRAINAGE STRUCTURE CLEANING 36" | $11.90 | $3,022.60 | |
| 8,827 | LF | TV DRAINAGE | $7.50 | $66,202.50 | |
| 4 | EA | PLUG AND DEWATER SMALL SYSTEMS | $1,190.00 | $4,760.00 | |
| 7 | EA | PLUG AND DEWATER LARGE SYSTEMS | $2,375.00 | $16,625.00 | |
| | | | **DRAINAGE SUBTOTAL:** | | **$173,319.70** |
| | | | **TOTAL:** | | **$178,171.70** |
| 1 | LS | ENGINEERING | $8,908.59 | $8,908.59 | |
| 1 | LS | HARDRIVES' MARKUP 10% | $18,708.03 | $18,708.03 | |
| | | | **SUBTOTAL:** | | **$27,616.62** |
| | | | **GRAND TOTAL:** | | **$205,788.32** |

**GENERAL NOTES:**
This change order is to be governed by existing contract plus the additional conditions below.
Westside is responsible for all as-builts. To release Hardrives and keep as-builts for the City of West Palm Beach, any lake bank work and certification of LK1 and LK2, the remainder of the concrete sidewalks in the common areas and all street name signs.
Bid Proposal is good for 30 days only, and can be extended only at the discretion of Hardrives
Due to current Supply Chain disruptions, materials are subject to pricing at time of shipment. Material availability and timeliness of shipments cannot be guaranteed. Any increase will be documented and change ordered to the contract
Hardrives will also require an additional work payment schedule to be mutually agreed on by both parties.
The cleaning is a budget number and until we TV the drainage line at the end of the project, this is the best estimate we can give. All of our work was tested and approved prior to the shut down. Should anything need repairing or changing in any way additional cost will be by owner.
This quote excludes all layout and testing
This quote excludes any items not specifically itemized in quote.

Banyan Cay Stalking Horse.xlsx    Page 1 of 2

**ACCEPTED BY**

NAME _____
TITLE _____
DATE _____

**HARDRIVES, INC.**

Bud Alvarez, Project Manager

Banyan Cay Stalking Horse.xlsx    Page 2 of 2

7

Exhibit "B"
Hardrives Proposal to Purchaser



### HARDRIVES, INC.
*DRIVEWAYS • PARKING AREAS • STREETS • GRADING • ROCK & FILL • CONCRETE WORK*

2101 South Congress Avenue
Delray Beach, Florida 33445

PHONE: 561-278-0456
FAX: 561-278-2147

AN EEO COMPANY

**QUOTATION**
DATE: May 15, 2023
Rev. 07/19/23

Banyan Cay Estates LLC
8144 Okeechobee Blvd Suite B
West Palm Beach, FL 33411

**NAME OF PROJECT:** Banyan Cay Estates LLC
**LOCATION:** Congress Avenue, West Palm Beach, FL
**PLANS & SPECS:** See Below

WE PROPOSE TO FURNISH ALL LABOR, MATERIAL AND EQUIPMENT TO PERFORM THE FOLLOWING:
Construct site improvements as per plans and specifically stated below.

| QTY | UNIT | DESCRIPTION | UNIT COST | UNIT TOTAL | TOTAL |
|---|---|---|---|---|---|
| **GENERAL CONDITIONS:** | | | | | |
| 1 | LS | MOBILIZATION | $1,500.00 | $1,500.00 | |
| 9 | EA | FIRE HYDRANTS AND MARKERS | $470.00 | $4,230.00 | |
| 1 | LS | BUSHHOG PROPERTY | $4,400.00 | $4,400.00 | |
| 1 | LS | WEED-EATING SMALL AREAS | $5,400.00 | $5,400.00 | |
| 1 | LS | HERBICIDE 10' BEHIND CURBS | $5,500.00 | $5,500.00 | |
| 1 | LS | REGRADE 9' BEHIND CURB & REMOVE BERM IN PARK AND ROUGH GRADE 2 PARKS | $18,200.00 | $18,200.00 | |
| 1 | LS | INLETS AT PARK, 10' X 10' SOD W/FILER FABRIC AND SILT FENCE | $25,695.00 | $25,695.00 | |
| 1 | LS | 2' STRIP BAHIA SOD BEHIND CURBS | $5,785.00 | $5,785.00 | |
| | | **GENERAL CONDITIONS SUBTOTAL:** | | | **$70,710.00** |
| **UNDERGROUND UTILITIES** | | | | | |
| 13 | EA | DRAINAGE STRUCTURE CLEANING/INSTALL NEW FABRIC | $225.00 | $2,925.00 | |
| 95 | LF | DRAINAGE STRUCTURE CLEANING 15" | $4.50 | $427.50 | |
| 604 | LF | DRAINAGE STRUCTURE CLEANING 18" | $5.00 | $3,020.00 | |
| 22 | LF | DRAINAGE STRUCTURE CLEANING 24" | $5.40 | $118.80 | |
| 408 | LF | DRAINAGE STRUCTURE CLEANING 30" | $7.70 | $3,141.60 | |
| 1,129 | LF | TV DRAINAGE | $7.50 | $8,467.50 | |
| 2 | EA | PLUG AND DEWATER SMALL SYSTEMS | $1,190.00 | $2,380.00 | |
| 2 | EA | PLUG AND DEWATER LARGE SYSTEMS | $2,375.00 | $4,750.00 | |
| | | **UNDERGROUND SUBTOTAL:** | | | **$25,230.40** |
| | | **TOTAL:** | | | **$95,940.40** |
| 1 | LS | ENGINEERING FEES | $4,797.02 | $4,797.02 | $4,797.02 |
| 1 | LS | HARDRIVES' MARKUP 10 % | $9,594.04 | $9,594.04 | $9,594.04 |
| 1 | LS | SHORT FALL FROM BANKRUPTCY PROCEEDINGS | $69,544.76 | $69,544.76 | $69,544.76 |
| | | **SUBTOTAL:** | | | **$83,935.82** |
| | | **GRAND TOTAL:** | | | **$179,876.22** |

Banyan Cay Schickedanz.xlsx                                   Page 1 of 2

---

**GENERAL NOTES:**
This change order is to be governed by existing contract plus the additional conditions below.
Schickedanz is responsible for all as-builts. To release Hardrives and keep as-builts for the City of West Palm Beach.
Bid Proposal is good for 30 days only, and can be extended only at the discretion of Hardrives
Due to current Supply Chain disruptions, materials are subject to pricing at time of shipment. Material availability and timeliness of shipments cannot be guaranteed. Any increase will be documented and change ordered to the contract
Hardrives will also require an additional work payment schedule to be mutually agreed on by both parties.
The cleaning is a budget number and until we TV the drainage line at the end of the project, this is the best estimate we can give. All of our work was tested and approved prior to the shut down. Should anything need repairing or changing in any way additional cost will be by owner.
This quote excludes all layout and testing
This quote excludes any items not specifically itemized in quote.

ACCEPTED BY                                                   HARDRIVES, INC.

NAME _____                       _____
TITLE: _____                       Bud Alvarez, Project Manager
DATE: _____

Banyan Cay Schickedanz.xlsx                                   Page 2 of 2

8

## Schedule "A"
## Improvements

| **Item** | **Amount** |
|---|---|
| Off Site Lift Station #77 | $2,500,000.00 |
| Improve Project Irrigation Well | $     40,000.00 |
| Remove Debris from L2 Area, and Great Park | $     90,000.00 |
| Complete Soil Remediation – Pod B | $     35,000.00 |
| Sod Great Park | $     35,000.00 |
| | |
| Total Improvement | $2,700,000.00 |

9