UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

BANYAN CAY RESORT & GOLF, LLC, *et al*[1]

Case No. 23-12386-EPK
Chapter 11

(Jointly Administered)

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the following documents were served on the parties listed below, in the manner and dates indicated:

**[ECF NO. 270]** *Contact Purchaser's Emergency Motion to Modify Order [ECF No. 105] to Restate Legal Description and to Approve a 21st Amendment to Agreement for Purchase and Sale of Real Property;*

**[ECF NO.273]** *Notice of Hearing to consider* [ECF No. 270].

Dated: July 24, 2023

FURR AND COHEN, P.A.
*Attorneys for Banyan Cay Estates, LLC*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By  /s/*Robert C. Furr*
    Robert C. Furr
    Florida Bar No. 210854
    E-mail: rfurr@furrcohen.com

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

1

**[ECF NO. 270 AND 273] SERVED VIA CM/ECF ON JULY 21, 2023, TO ALL PARTIES REGISTERED WITH CM/ECF TO RECEIVE ELECTRONIC NOTICES:**

**Mailing Information for Case 23-12386-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Magda Abdo-Gomez**   maggie@magtaxatty.com
- **Louis X Amato**   louisa@louamato.com
- **Paul J. Battista**   pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com;imalcolm@ecf.courtdrive.com
- **John C Cannizzaro**   john.cannizzaro@icemiller.com
- **Carmen Contreras-Martinez**   carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com
- **Ryan E Davis**   rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Julianne R. Frank**   julianne@jrfesq.com, G59511@notify.cincompass.com
- **Robert C Furr**   ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **Kevin C Gleason**   kgpaecmf@aol.com
- **Larry I Glick**   lglick@shutts.com, dsuengas@shutts.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Jose-Trelles Herrera**   jtherrera@herreralawfirm.com, vtarajano@herreralawfirm.com;jmh@herreralawfirm.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Michael A Kaufman**   michael@mkaufmanpa.com, makpa@ecf.courtdrive.com;intake@mkaufmanpa.com
- **Stanley Dale Klett Jr.**   sklett@jonesfoster.com, mhott@jonesfoster.com;lellsworth@jonesfoster.com
- **Harris J. Koroglu**   hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Jessey J Krehl**   jessey@packlaw.com
- **Susan D. Lasky**   ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Bernice C. Lee**   blee@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

- **Isaac M Marcushamer**  isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Megan W Murray**  mmurray@underwoodmurray.com, dstrand@underwoodmurray.com
- **Michael Jordan Niles**  mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**  joe@packlaw.com
- **Hampton Peterson**  legalservices@PBCTax.com
- **Shaun T Plymale**  kmish@treasurecoastlegal.com, bhuff@treasurecoastlegal.com;kmish@treasurecoastlegal.com
- **Chad P Pugatch**  ecf.pugatch@loriumlaw.com
- **Brian G Rich**  brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Eduardo F Rodriguez**  eddie@efrlawfirm.com
- **Traci H Rollins**  trollins@gunster.com, crossodivita@gunster.com
- **Ariel Sagre**  law@sagrelawfirm.com
- **Deborah S. Sugarman**  dsugarman@kbrlegal.com, dsugarman@kbrlegal.com
- **James S Telepman**  jst@cohennorris.com
- **Ted W Weeks**  tww@lawofficetweeks.com
- **Aaron A Wernick**  awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com

**[ECF NO. 270 AND 273] SERVED VIA U.S. MAIL ON JULY 24, 2023, ON THE PARTIES LISTED BELOW AND, ON THE COURT'S, OFFICIAL MAILING MATRIX:**

**Manual Notice List**

**A Christian Glass & Mirror Co.**
c/o Ron Dable
925 S Congress Ave
Delray Beach, FL 33445

Stephen M. Blank
90 Park Avenue
New York, NY 11016

Matthew Bordwin
1 Huntington Quadrangle, Suite 2C04
Melville, NY 11747

Gerard S. Catalanello
90 Park Avenue
New York, NY 11016

Barry A. Chatz
161 North Clark Street, Suite 4200
Chicago, IL 60601

Chuck's Backhoe Service, Inc.
c/o Don Horowitz
2301 NW 15 Ct
Pompano Beach, FL 33069

David A. Golin
161 North Clark Street, Suite 4200
Chicago, IL 60601

Hector Turf
c/o Dave Crofoot
2101 Cantu Ct
Sarasota, FL 34232

Mardale Specialties Direct
c/o Eduardo Merino
4113 NW 124 Ave
Coral Springs, FL 33065

Gerard A. McHale
1601 Jackson Street, Suite 200
Fort Myers, FL 33901

Morell Studios LLC
c/o Raymond R Finch
4128 Westroads Dr., Ste 205
Riviera Beach, FL 33407

Thomas Printworks
c/o Kim Noland
600 North Central Expressway
Richardson, TX 75080

Twins Flooring Group, LLC
Attn: Peter C. Carey
5062 N Dixie Hwy
Oakland Park, FL 33334

U& Me Transfer Inc.
Ryan Spencer, Vice President
3300 Electronics Way

West Palm Beach, FL 33407

Wolvering Roofing, LLC
c/o Dave Wikel
1300 Old Dixie Hwy #101
Lake Park, FL 33403

Attached Official Court Matrix Case No. 23-12386-EPK

```
Label Matrix for local noticing          364 Capital, LLC                          A Christian Glass & Mirror Co.
113C-9                                   c/o Louis X. Amato, Esq.                  c/o Ron Dable
Case 23-12386-EPK                        28209 Jewel Fish Lane                     925 S Congress Ave
Southern District of Florida             Bonita Springs, FL 34135-8639             Delray Beach, FL 33445-4628
West Palm Beach
Mon Jul 24 10:05:04 EDT 2023

Atlantic Doors & Hardware, Inc.          BMC - The Benchmark Management Company, LLC   Banyan Cay Dev. LLC
c/o Lorium Law                           Shutts & Bowen, LLP                       2300 Presidential Way
101 NE 3rd Ave., Ste 1800                200 S. Biscayne Blvd, Ste. 4100           West Palm Beach, FL 33401-1510
Fort Lauderdale, FL 33301-1252           Miami, FL 33131-2362


Banyan Cay Estates, LLC                  Banyan Cay Investment, LLC                Banyan Cay Maintenance, LLC
c/o Robert C. Furr                       2300 Presidential Way                     2300 Presidential Way
2255 Glades Road, Suite 419A             West Palm Beach, FL 33401-1510            West Palm Beach, FL 33401-1510
Boca Raton, FL 33431-7379


Banyan Cay Mezzanine Borrower, LLC       Banyan Cay Resort & Golf, LLC             Banyan Cay Villas, LLC
2300 Presidential Way                    2300 Presidential Way                     2300 Presidential Way
West Palm Beach, FL 33401-1510           West Palm Beach, FL 33401-1510            West Palm Beach, FL 33401-1510



Bellefrau Group, LLC                     CEI, LLC                                  Can-Am Electric LLC
c/o Paul J. Battista                     14150 N.W. 3 Avenue                       c/o Aaron A. Wernick
100 Southeast Second Street              Miami, FL 33168-4012                      2255 Glades Road, Suite 324A
Miami Tower, Suite 4400                                                            Boca Raton, FL 33431-8571
Miami, FL 33131-2100

Chuck's Backhoe Service, Inc.            Complete Cooling & Heating Services, Inc. Fagan Engineering, Inc.
c/o Don Horowitz                         c/o Treasure Coast Legal                  c/o Lorium Law
2301 NW 15 Ct                            100 SW Albany Ave, Ste 310                101 NE 3rd Ave., Ste 1800
Pompano Beach, FL 33069-1518             Stuart, FL 34994-2000                     Fort Lauderdale, FL 33301-1252


Florida Exotic A Landscape Co. Inc.      Gordon Food Service, Inc                  Habana Excavating, Inc.
c/o Kozyak Tropin & Throckmorton LLP     c/o John C Cannizzaro                     c/o Henry Rodriguez
2525 Ponce de Leon Blvd                  250 West St #700                          2300 Palm Beach Lakes Blvd
9th Floor                                Columbus, OH 43215-7509                   Suite 305
Coral Gables, FL 33134-6039                                                        West Palm Beach, FL 33409-3306

Hardrives of Delray, Inc. d/b/a Hardrives, I   Hector Turf                         Jones Foster, P.A.
c/o Lorium Law                           c/o Dave Crofoot                          c/o Stanley D. Klett, Esquire
101 NE 3rd Ave., Ste 1800                2101 Cantu Ct                             4741 Military Trail, Suite 200
Fort Lauderdale, FL 33301-1252           Sarasota, FL 34232-6242                   Jupiter, FL 33458-4842


L & W Supply Corporation, as successor by me   Landmark Interiors of Florida LLC   Mardale Specialties Direct
c/o Ryan E. Davis, Esq.                  P.O. Box 442968                           c/o Eduardo Merino
Winderweedle, Haines, Ward & Woodman, PA Miami, FL 33144-7968                      4113 NW 124 Ave
329 Park Avenue North                                                              Coral Springs, FL 33065-7633
Second Floor
Winter Park, FL 32789-7408

Morell Studios LLC                       Mtel-One, Inc.                            Pack Law
c/o Raymond R Finch                      c/o Lorium Law                            c/o Joseph A. Pack
4128 Westroads Dr., Ste 205              101 NE 3rd Ave., Ste 1800                 51 Northeast 24th Street, Suite 108
Riviera Beach, FL 33407-1252             Fort Lauderdale, FL 33301-1252            Miami, FL 33137-5088
```

| | | |
|---|---|---|
| Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq.<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Palm Beach Custom Woodworks, LLC<br>c/o Kevin C Gleason<br>4121 N 31st Avenue<br>Hollywood, FL 33021-2011 | Presidential Way Association, Inc.<br>c/o Kaye Bender Rembaum, P.L.<br>1200 Park Central Boulevard South<br>Pompano Beach, FL 33064-2215 |
| Rosen Materials, LLC<br>c/o Ryan E. Davis, Esq.<br>329 Park Avenue North<br>Second Floor<br>Winter Park, FL 32789-7408 | TK Elevator Corporation<br>c/o Ariel Sagre<br>5201 Blue Lagoon Dr #892<br>Miami, FL 33126-2064 | The Staffing Group Inc.<br>c/o Julianne Frank, Esq<br>4495 Military Trail Suite 107<br>Jupiter, FL 33458-4818 |
| Thomas Printworks<br>c/o Kim Noland<br>600 North Central Expressway<br>Richardson, TX 75080-5316 | Twins Flooring Group, LLC<br>Attn: Peter C. Carey<br>5062 N Dixie Hwy<br>Oakland Park, FL 33334-4004 | U& Me Transfer Inc.<br>Ryan Spencer, Vice President<br>3300 Electronics Way<br>West Palm Beach, FL 33407-4621 |
| WM D Adeimy Jr. Inc.<br>c/o Lorium Law<br>101 NE 3rd Ave., Ste 1800<br>Fort Lauderdale, FL 33301-1252 | Wedgworth's, Inc.<br>Ted W. Weeks IV, P.A.<br>402 S. Kentucky Ave.<br>Suite 350<br>Lakeland, FL 33801-5358 | Westside Property Investment Company, Inc.<br>c/o Saul Ewing LLP<br>701 Brickell Avenue<br>17th Floor<br>17th Floor<br>Miami, FL 33131-2832 |
| Wolvering Roofing, LLC<br>c/o Dave Wikel<br>1300 Old Dixie Hwy #101<br>Lake Park, FL 33403-1925 | ZJC, LLC<br>c/o James S. Telepman, Esq.<br>712 US Highway One, Suite 400<br>North Palm Beach, FL 33408-4521 | A BEAUTIFUL CEILING<br>3333 S DIXIE HWY<br>DELRAY BEACH, FL 33483-3254 |
| A CHRISTIAN GLASS & MIRROR CO<br>925 S. CONGRESS AVE<br>DELRAY BEACH, FL 33445-4628 | A. Max Zaretsky<br>1615 Forum Place<br>Suite 3A<br>West Palm Beach, FL 33401-2316 | ADACHE GROUP ARCHITECTS<br>550 SOUTH FEDERAL HIGHWAY<br>FORT LAUDERDALE  FL 33301-2908 |
| ADIDAS AMERICA INC.<br>DEPT CH 19361<br>PALANTINE IL 60055-0001 | ADT COMMERCIAL<br>PO BOX 382109<br>PITTSBURGH PA 15251-8109 | AFTC II Florida-A, LLC<br>PO Box 69239<br>Baltimore, MD 21264-9239 |
| AGTC Investments, LLC<br>780 NW 42 Ave, Suite 300<br>Attn: Castaneda<br>Miami, FL 33126-5536 | ALERO SPORT<br>15 BRETWOOD DRIVE NORTH<br>COLTS NECK NJ 07722-2405 | ALISMA ACE<br>231 PORTER PLACE<br>WEST PALM BEACH 33409-3711 |
| ALSTON & BIRD<br>1201 W. PEACHTREE STREET<br>ATLANTA  GA  30309-3424 | AMADEUS HOSPITALITY AMERICAS, INC<br>29618 NETWORK PLACE<br>CHICAGO IL  60673-1296 | AT&T<br>PO BOX 5014<br>CAROL STREAM IL 60197-5014 |
| ATLANTIC COAST SURETY<br>1 INTERNATIONAL BLVD SUITE 405<br>MANHWAH  NJ 07495-0016 | ATLANTIC DOORS & HARDWARE<br>4601 10TH AVE NORTH<br>LAKE WORTH, FL 33463-2203 | ATLANTIC DRYJECT, INC.<br>19277 WEST INDIES LANE<br>TEQUESTA FL 33469-2055 |

Acushnet Company
PO Box 965
Fairhaven, MA 02719-0965

Adam C. Linkhorst
4495 Military Trail
Suite 106
Jupiter, FL 33458-4838

Alston & Bird LLP
90 Park Avenue
New York, New York 10016
Attn: Gerard S. Catalanello
gerard.catalanello@alston.com 10016-1387

Anda Foundation, Inc
c/o Anthony Mihelich
2915 Weston Road
Weston FL 33331-3627

Angel Guerzon
2060 Reston Cir
Royal Palm Beach, FL 33411-6110

Atlantic Doors & Hardware, Inc.
Lorium Law, c/o Chad P. Pugatch, Esq.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

BAGEL BOYZ
10996 SW WINDING LAKES CIRCLE
PORT SAINT LUCIE FL 34987-2882

BELLEFRAU GROUP, LLC
13 ROYAL PALM POINTS
VERO BEACH FL 32960-5237

BELYN KEY
2495 BOULEVARD OF THE GENERALS
NORRISTOWN PA 19403-5236

BENCHMARK
30 ROWES WHARF, SUITE 530
BOSTON MA 02110-3326

BIRCH STREET SYSTEMS
304 S JONES BLVD #5100
LAS VEGAS, NV 89107-2623

BLERMAN, LLC
7117 49TH TERRACE N.
RIVIERA BEACH FL 33407-1003

BMC - THE BENCHMARK
30 ROWES WHARF SUITE 5300
BOSTON MA 02110-3345

BMI GENERAL LICENSING
PO BOX 630893
CINCINNATI OH 45263-0893

BOOMERANG BEVERAGES SERVICES LLC
221 OLD DIXIE HWY
TEQUESTA FL 33469-2722

BRAGS & HAYES INC
3101 SW 25TH STREET, BAY 100
PEMBROKE PARK, FL 33009-3096

BUCKEYE PLUMBING INC
310 BUSINESS PARK WAY
WEST PALM BEACH, FL 33411-1748

CALLAWAY
P.O. BOX 9002
CARLSBAD CA 92018-9002

CAN-AM ELECTRIC LLC
1515 S. FEDERAL HWY, SUITE 401
BOCA RATON, FL 33432-7451

CANTEEN
COMPASS GROUP USA
LOS ANGELES CA 90074-0001

CEI
14150 NW 3RD AVE
MIAMI FL 33168-4012

CEMEX CONSTRUCTION MATERIALS
1720 CENTREPARK DRIVE EAST
WEST PALM BEACH, FL 33401-7405

CENTRAL DYNAMICS LLC DBA CENDYN
DEPT LA23832
PASADENA CA 91185-3882

CERTIFIED POOL MECHANICS
12960 COMMERCE LAKES DRIVE, SUITE 7
FORT MYERS, FL 33913-8660

CHARGEPOINT
254 EAST HACIENDA AVENUE
CAMPBELL CA 95008-6617

CHERRY, EDGAR & SMITH, P.A.
8409 NORTH MILITARY TRAIL, SUITE 123
PALM BEACH GARDENS FL 33410-6324

CHUCK'S BACKHOE SERVICE INC
2301 NW 15TH COURT
POMPANO BEACH FL 33069-1518

CIGARS OF PALM BEACH, INC.
7580 MANSFIELD HOLLOW ROAD
DELRAY BEACH FL 33446-3313

CINTAS CORPORATION
P.O. BOX 630910
CINCINNATI OH 45263-0910

CITY OF WEST PALM BEACH
P.O BOX 30000
TAMPA FL 33630-3000

| | | |
|---|---|---|
| CITY OF WEST PALM BEACH<br>PO BOX 30000ATT: UTILITIES DEPT.<br>WEST PALM BEACH TAMPA 33630-3000 | COMCAST<br>P.O.BOX 71211<br>CHARLOTTE NC 28272-1211 | COMCAST BUSINESS<br>P.O. BOX 37601<br>PHILADELPHIA PA 19101-0601 |
| COMPLETE COOLING AND HEATING<br>POST OFFICE BOX 1285<br>JENSEN BEACH, FL 34958-1285 | CONSTRUCTION CONSULTANTS & DESIGNERS, INC.<br>9981 EQUUS CIRCLE<br>BOYNTON BEACH FL 33472-4319 | CONTRACTOR'S ALARM<br>19922 MONA ROAD<br>JUPITER FL 33469-2660 |
| CORE HEALTH & FITNESS<br>4400 NE 77TH AVE SUITE 300<br>VANCOUVER WA 98662-6857 | CORKCICLE<br>PO BOX 547965<br>ORLANDO FL 32854-7965 | COUNTY ICE INC.<br>4219 NOVA LANE<br>LANTANA FL 33462-3418 |
| CREDITLINE TECHNICAL SUPPORT, INC.<br>P.O. BOX 5164<br>FORT MC COY FL 32134-5164 | CVENT<br>PO BOX 822699<br>PHILADELPHIA PA 19182-2699 | City of West Palm Beach<br>P.O. Box 3366<br>WEST PALM BEACH, FL 33402-3366 |
| Complete Cooling & Heating Services, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | DFG CAPITAL<br>5000 NORTH OCEAN DRIVE  APT 901<br>RIVIERA BEACH FL 33404-3044 | DH PACE COMPANY<br>1901 EAST 119TH STREET<br>OLATHE, KS 66061-9502 |
| DJG DEVELOPMENT<br>2302 PRESIDENTIAL WAY<br>WEST PALM BEACH FL 33401 | DJG Dev. LLC<br>5664 High Flyer Road S.<br>Palm Beach Gardens, FL 33418<br>Attn: Domenic J. Gatto, Jr.<br>domenic@banyancaydev.com 33418-7744 | DLL FINANCE LLC<br>P. O. BOX 14535<br>DES MOINES IA 50306-3535 |
| DLL FINANCE LLC<br>P.O. BOXS 14535<br>DES MOINES IA 50306-3535 | DLL FINANCIAL<br>P.O. BOX 14535<br>DES MOINES IA 50306-3535 | DLL Finance LLC<br>PO BOX 2000<br>Johnston, IA 50131-0020 |
| Dane Ball<br>c/o Susan D Lasky PA<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316-2818 | Domenic F. Gatto, Sr.<br>5000 North Ocean Drive Unit 901<br>Riviera Beach, FL 33404<br>Dgattonj@aol.com 33404-3044 | Domenic J. Gatto, Jr.<br>5664 High Flyer Rd S<br>Palm Beach Gardens FL 33418<br>domenic@banyancaydev.com 33418-7744 |
| EKERT CONCRETE CUTTING INC<br>1235 HIGHLAND ROAD<br>LANTANA, FL 33462-6115 | ELECTRICAL SUPPLIES INC<br>13395 NW 107 AVE<br>MIAMI, FL 33018-1103 | ERICSONS INC<br>296 INDUSTRIAL BLVD N<br>DALLAS GA 30132-2445 |
| EVENING AIR, LLC<br>16595 112TH TRAIL N.<br>JUPITER FL 33478-6134 | Electrical Supplies, Inc<br>Jeffrey R. Eisensmith, P.A<br>5561 N. University Dr #103<br>Coral Springs, FL 33067-4652 | FAGAN ENGINEERING, INC<br>2137, MILANO COURT<br>PALM BEACH GARDEN FL 33418-6705 |

```
FERGUSON ENTERPRISES LLC              FERGUSON WATERWORKS                      FLORIDA COAST EQUIPMENT
751 LAKEFRONT COMMONS                 543 72ND AVE N                           9775 W. BOYNTON BEACH
NEWPORT NEWS, VA 23606-3322           ST. PETERSBURG, FL 33702-5829            BOYNTON BEAH FL 33472-4421


FLORIDA DEPT OF REVENUE               FLORIDA EXOTIC A LANDSCAPE CO INC        FLORIDA EXOTIC LANDSCAPING IRRIGATION
5050 W TENNESSEE STREET               4016 SW MOORE ST.                        4016 SW MOORE STREET
TALLAHASSEE FL 32399-0100             PALM CITY, FL 34990-8743                 PALM CITY FL 34990-8743


FLORIDA PUBLIC UTILITIES              FOXTOWER WOODWORKS                       FPL
PO BOX 2137                           4 FOXHILL FARM RD.                       GENERAL MAIL FACILITY
SALISBURY MD 21802-2137               SEWICKLEY PA 15143-9305                  MIAMI FL 33188-0001


FRESHPOINT SOUTH FLOIDA               FRIEDMAN FELDMESSER& KARPELES CPA LLC    Factory Direct Music INC
2300 NW 19TH STREET                   641 UNIVERSITY BLVD STE 210              780 NE LE JEUNE Road Suite 300
POMPANO FL 33069-5227                 JUPITER FL 33458-2794                    Miami FL 33126-5536


Fagan Engineering, Inc.               Florida Exotic A Landscape Company, Incorpor    Florida Exotic Maintenance, Inc.
Lorium Law, c/o Chad P. Pugatch, Esq. c/o Bernice Lee, Esq.                    c/o Bernice Lee, Esq.
101 NE Third Avenue, Suite 1800       Kozyak Tropin & Throckmorton LLP         Kozyak Tropin & Throckmorton LLP
Fort Lauderdale, FL 33301-1252        2525 Ponce de Leon Blvd., 9th Floor      2525 Ponce de Leon Blvd., 9th Floor
                                      Miami, FL 33134-6039                     Miami, FL 33134-6039


Florida Pressure Clean and Paint Company, In    G/FORE                        GOLD COAST LINEN
400 N Highway A1A                     PO BOX 74008999                          1811 N. DIXIE HWY.
Lot 68                                CHICAGO IL 60674-8999                    WEST PALM BEACH FL 33407-6505
Jupiter, FL 33477-4502


GOLF AGRONOMICS SUPPLY &              GOLF AGRONOMICS SUPPLY & HANDLING        GOLFNOW
2165 - 17TH STREET                    2165 17TH STREET                         PO BOX 742569
SARASOTA FL 34234-7653                SARASOTA FL 34234-7653                   ATLANTA GA 30374-2569


GORDON FOOD SERVICE, INC              GPS Industries LLC                       GREAT AMERICA FINANCIAL
PO BOX 88029                          1074 N. Orange Ave.                      P.O. BOX 660831
CHICAGO IL 60680-1029                 Sarasota, FL 34236-4103                  DALLAS TX 75266-0831


GREYSON CLOTHIERS                     Gordon Food Service, Inc.                HABANA EXCAVATING INC
PO BOX 75265                          1300 Gezon Pkwy SW                       2300 PALM BEACH LAKES BLVD., SUITE 305
CHICAGO IL 60675-5265                 P O Box 2244                             WEST PALM BEACH, FL 33409-3306
                                      Grand Rapids, MI 49501-2244


HARDRIVES OF DELRAY INC               HECTOR TURF                              HOJACA CORPORATION (HUGHES SUP)
2101 S CONGRESS AVE                   1301 NW 3RD STREET                       8030 NW 14TH ST.
DELRAY BEACH  FL 33445-7307           DEERFIELD BEACH FL 33442-1697            DORAL FL 33126
```

| | | |
|---|---|---|
| (p)HOLDERNESS & BOURNE<br>ATTN ATTN ERIC ELGIN<br>12 LABRIOLA CT<br>ARMONK NY 10504-1340 | HOLGANIX, LLC<br>3033 MARKET STREET<br>ASTON PA 19014-3436 | HOME DEPOT PRO<br>PO BOX 404468<br>ATLANTA GA 30384-4468 |
| HOTELAVE<br>333 WESTMISTER ST SUITE3<br>PROVIDENCE  RI 02903-3304 | Habana Excavations, Inc.<br>c/o Michael A. Kaufman, P.A.<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | Hardrives of Delray, Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 |
| Harlestons LLC<br>1048 Royalist Rd<br>Mt Pleasant, SC 29464-9528 | Hector Turf<br>2101 Cantu Ct<br>Sarasota, FL 34232-6242 | IMAGE JANITORIAL SERVICES<br>1750 N. FLORIDA MANGO RD. SUITE 103<br>WEST PALM BEACH BEACH FL 33409-5230 |
| IMPERIAL<br>P.O. BOX 775338<br>CHICAGO IL 60677-5338 | INTERACTIVE SITES<br>1201 E. NORTHSHORE DR., #222<br>TEMPE AZ 85283-1401 | Isaac Hicks<br>Pyramid Global Hospitality<br>30 Rowes Wharf, Suite 5300<br>Boston, MA 02110-3345 |
| JOHNNIE-O<br>PO BOX 269005<br>OKLAHOMA CITY OK 73126-9005 | JONES FOSTER P.A.<br>505 SOUTH FLAGLER DR SUITE 1100<br>WEST PALM BEACH BEACH FL 33401-5950 | JOSEPH ELLIOTT USA LLC<br>3830 VALLEY CENTRE DR.<br>SAN DIEGO CA 92130-3320 |
| JW TURF FARMS<br>1935 COMMERCE LANE, SUITE 3<br>JUPITER FL 33458-5858 | JWD TREES INC<br>4300 ORANGE RIVER LOOP<br>FT MYERS, FL 33905-5815 | Jacob Industries, LLC<br>Traci H. Rollins, Esq. c/o Gunster<br>777 S. Flagler Drive, Ste. 500 East<br>West Palm Beach, FL 33401-6121 |
| Jennifer Wilson<br>401 East Jackson Avenue<br>Suite 3300<br>Tampa, FL 33602-5228 | KIMBALL MIDWEST<br>DEPT. L-2780<br>COLUMBUS OH 43260-0001 | Kim A. Pillar<br>190 Adelphia Road<br>Farmingdale, NJ 07727<br>kpillar@banyancaydev.com 07727-3523 |
| Kings Right, LLC<br>4064 Robinwood Cove<br>Memphis, TN 38111-7618 | L & W Supply Corporation<br>Attn:  Wayne H. Miller<br>1800 NW 22nd Street<br>Fort Lauderdale, FL 33311-2941 | L&W SUPPLY CORP<br>PO BOX 838<br>BELOIT, WI 53512-0838 |
| LANDMARK INTERIORS OF FL<br>1721 SE 17TH ST., UNIT 828<br>FORT LAUDERDLE, FL 33316-3162 | LANDMARK STUDIO, LTD<br>W184 S8425 CHALLENGER<br>MUSKEGO WI 53150-7821 | LEGACY TURF<br>2581 JUPITER PARK SRIVE, #E11<br>JUPITER FL 33458-6022 |
| LICENSING ASSOCIATES, INC<br>6740 SW 64TH CT<br>SOUTH MIAMI FL 33143-3208 | LUIS SALGUES LAWN<br>5480 N. OCEAN DRIVE<br>SINGER ISLAND FL 33404-2549 | LUXURY PR GROUP<br>205 WORTH AVE<br>PALM BEACH FL 33480-4606 |

```
Landmark Interiors of Florida LLC      Legacy Turf Group                    Linkhorst & Hockin, P.A.
c/o Jose-Trelles Herrera, Esq.         c/o Roger C Hurd, Esq                4495 Military Trail
Herrera Law Firm, P.A.                 8295 N Military Trail Suite A        Suite 106
P.O. Box 442968                        Palm Beach Gardens, FL  33410-6312   Jupiter, FL 33458-4838
Miami, Florida 33144-7968


MAGNIFICENT HARDSCAPES                 MARDALE SPECIALTIES DIRECT           MARLIN
810 SATURN LANE, SUITE 16              4113 NW 124TH AVENUE                 3363 W CINNERCIAL BLVD
JUPITER, FL 33477-4398                 CORAL SPRINGS, FL 33065-7633         FORT LAUDERDALE  FL 33309


MARSH USA INC                          MATHESON TRI-GAS INC                 MATTHEW BUCKRADEE
PO BOX 846015                          DEPT 3028                            2430 LAKE WORTH RD., UNIT 3301
DALLAS TX 75284-6015                   DALLAS TX 75312-0001                 LAKE WORTH FL 33461-3376


MAUI JIM SPORTS                        MC NAMARA/SALVIA, INC.               METRO FIRE PROTECTION SERVICES
PO BOX 842980                          101 FEDERAL STREET                   1501 DECKER AVENUE, #522
DALLAS TX 75284-2980                   BOSTON  MA 02110-1817                STUART, FL 34994-3953


MJK PLUMBING, LLC                      MORELL STUDIOS LLC                   Marlin Engineering, Inc.
11935 WATERMARK WAY                    4128 WESTROADS DR STE 205            15600 SW 288 St, Ste. 301
PARKLAND FL 33076-2997                 RIVIERA BEACH FL 33407-1252          Homestead, FL 33033-1249


Matthew Slowik                         Michael Colombino                    Michael J. Yates
5531 N. University Drive               c/o Kelley, Fulton, Kaplan & Eller   Law Offices of Michael J. Yates, P.L.
Suite 101                              1665 Palm Beach Lakes Blvd           5975 Sunset Drive, Suite 602
Coral Springs, FL 33067-4649           West Palm Beach, FL 33401-2121       Miami, FL 33143-5174


Mtel-One Inc.                          NICOT SERVICES CORP                  NORTH STAR SEAFOOD LLC
Lorium Law, c/o Chad P. Pugatch, Esq.  1357 W 83RD ST                       12510 NW 112TH AVE
101 NE Third Avenue, Suite 1800        HIALEAH, FL 33014-3461               MEDLEY FL 33178-1055
Fort Lauderdale, FL 33301-1252


O'HARA LANDSCAPE & MAINTENANCE, INC.   OCEANA COFFEE                        ORACLE
1001 25TH CT                           221 OLD DIXIE HWY #1                 PO BOX 203448
WEST PALM BEACH FL 33407-5358          TEQUESTA  FL 33469-2722              DALLAS TX 75320-3448


OTA INSIGHT LTD                        Office of the US Trustee             Ouray Sportswear
DEPT. LA 24845                         51 S.W. 1st Ave.                     1201 W Mansfield Avenue
PASADENA CA 91185-4845                 Suite 1204                           Englewood, CO 80110-3453
                                       Miami, FL 33130-1614


P&W GOLF SUPPLY LLC                    PACE COMMUNICATIONS GROUP            PADDEN
300 BOND STREET                        PO BOX 117342                        21381 SWEETWATER LANE N
ELK GROVE IL 60007-1223                ATLANTA GA 30368-7342                BOCA RATON FL 33428-1019
```

| | | |
|---|---|---|
| PALM BEACH CUSTOM WOODWORK<br>1315 53RD STREET, UNIT 5<br>MANGONIA PARK, FL 33407-2245 | PALMDALE OIL COMPANY,<br>911 N 2ND STREET<br>FORT PIERCE FL 34950-9121 | PARTY SLATE, INC.<br>351 W. HUBBARD ST., SUITE 400<br>CHICAGO ILLINOIS 60654-4405 |
| PERFORMANCE NAPA AUTO<br>PO BOX 219<br>PAHOKEE FL 33476-0219 | PERRY ELLIS INTL GOLF DIVISION<br>PERRY ELLIS INTERNATIONAL INC<br>ATLANTA GA 31193-0001 | PETER MILLAR LLC<br>P.O. BOX 744420<br>ATLANTA GA 30374-4420 |
| PIPELINE UTILITIES<br>3610 FISCAL COURT<br>RIVIERA BEACH, FL 33404-1723 | PIPELINE UTILITIES<br>Linkhorst & Hockin, P.A.<br>4495 Military Trail, Suite 106<br>Jupiter, FL 33458-4838 | PITNEY BOWES INC.<br>PO BOX 981022<br>BOSTON MA 02298-1022 |
| PLANT FOOD COMPANY INC.<br>38 HIGHTSTOWN-CRANBURY<br>CRANBURY NJ 08512-5099 | POOL SERVICE PLUS INC<br>340, BUSINESS PARK WAY  SUITE #1<br>ROYAL PALM BEACH  FL 33411-1739 | PREMIER HOSPITALITY INTERNATIONAL INC<br>10140 MARCONI DR  SUITE-B<br>CA 92154-7251 |
| PRESIDENT WAY ASSOCIATION<br>P.O. BOX 622607<br>ORLANDO FL 32862-2607 | PROFORMA IMAGING<br>P.O. BOX 640814<br>CINCINNATI OH 45264-0814 | PRYAMID BENCHMARK SELF INSURANCE<br>30 ROWES WHARF<br>BOSTON MA 02110-3345 |
| PV BUSINESS SOLUTIONS, INC.<br>3600 S. STATE ROAD 7<br>MIRAMAR FL 33023-5200 | PYE-BARKER FIRE & SAFETY, LLC<br>PO BOX 735358<br>DALLAS TEXAS 75373-5358 | Palm Beach County Tax Collector<br>Attn. Legal Services Department<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| Presidential Way Association, Inc<br>c/o Kaye Bender Rembaum, P.L.<br>1200 Park Central Boulevard South<br>Pompano Beach, Florida 33064-2215 | R3 HEALTH<br>1411 N. FLAGLER DRIVE<br>WEST PALM BEACH FL 33401-3421 | RALPH LAUREN MENS<br>PO BOX 911371<br>DALLAS TX 75391-1371 |
| REGENCY GROUP<br>32 WET 39TH STREET<br>NEW YORK NY 10018 | REGION BANK<br>8100 OKEECHOBEE BLVD<br>WEST PALM BEACH  FL 33411-2001 | REGIONAL WALL SYSTEMS<br>6601 PARKER AVENUE<br>WEST PALM BEACH, FL 33405-4250 |
| REGISTERED AGENTS LEGAL SERVICES, LLC<br>1013 CENTRE ROAD,  SUITE 403S<br>WILMINGTON  DE 19805-1270 | RELIASTAR LIFE INSURANCE COMPANY<br>3702 PAYSPHERE CIRCLE<br>CHICAGO IL | RLJ SERVICES<br>8942 RODEO DRIVE<br>LAKE WORTH FL 33467-1144 |
| (p)ROSEN MATERIALS LLC<br>ATTN ATTN WAYNE MILLER<br>1800 NW 22ND STREET<br>FORT LAUDERDALE FL 33311-2941 | Ram Tax Lien Fund LP<br>PO BOX 8401<br>Carol Stream, IL 60197-8401 | SAFETY KLEEN<br>PO BOX 975201<br>DALLAS TX 75397-5201 |

| | | |
|---|---|---|
| SANSOLEIL<br>1001 W. 17TH ST. SUITE M<br>COSTA MESA CA 92627-4512 | SAVVY FL LLC<br>FHB As Collateral Assignee FO<br>PO Box 1000 Dept 3035<br>Memphis, TN 38148-0001 | SCREEN PILOT<br>1600 WYNKOOP<br>DENVER CO 80202-1157 |
| SECURIAN LIFE INSURANCE COMPANY<br>A SECURIAN FINANCIAL GROUP AFFILIATE<br>ST. PAUL MN 55101-2098 | SFAKI DBA GOOD GREEK<br>1333 N JOG ROAD SUITE 103<br>WEST PALM BEACH BEACH FL 33413-1024 | SHENANDOAH GENERAL CONST<br>1888 NW 22ND ST<br>POMPANO BEACH, FL 33069-1318 |
| (p)THE SHERWIN WILLIAMS COMPANY<br>ATTN BANKRUPTCY LEGAL DEPARTMENT<br>1100 MIDLAND<br>101 WEST PROSPECT AVENUE<br>CLEVELAND OH 44115-1093 | SITE ONE LANDSCAPE<br>24110 NETWORK PLACE<br>CHICAGO IL 60673-1241 | SOLITUDE LAKE<br>1320 BROOKWOOD DRIVE<br>LITTLE ROCK AR 72202-1438 |
| SOLITUDE LAKE MANAGEMENT, LLC<br>1320, BROOKWOOD DRIVE<br>LITTLE ROCK  AR 72202-1438 | SOUTHDADE LIGHTING INC<br>P. O. BOX 560965<br>MIAMI, FL 33256-0965 | SOUTHERN TIDE LLC<br>12564 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0001 |
| (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | SS BANYAN CAY DEVELOPER<br>2385 NW EXECUTIVE CENTER DRIVE<br>BOCA RATON FL 33431-8579 | STERLING<br>PO BOX 35626<br>NEWARK NJ 07193-5626 |
| STEWART MANAGEMENT COMPANY<br>301 N. MARKET STREET  SUITE 1410<br>WILMINGTON DE 19801-2529 | STRATEGIC DATA RESEARCH, INC.<br>790 S MILITARY TRAIL<br>DEERFIELD BEACH FL 33442-3025 | STRUCTURAL ROOF SYSTEMS INC<br>2703 NW 55TH COURT<br>FT LAUDERDALE, FL 33309-2542 |
| SULLIVAN ELECTRIC & PUMP<br>1942 8TH AVE NORTH<br>LAKE WORTH  FL 33461-3306 | SUMMIT GOLF BRANDS<br>PO BOX 771847<br>CHICAGO IL 60677-1847 | SUNBELT RENTALS INC<br>1799 INNOVATION POINT<br>FORT MILL, SC 29715-4556 |
| SUNNILAND CORPORATION<br>P.O. BOX 8001<br>SANFORD FL 32772-8001 | SUPERIOR WATERWAY SERVICES , INC.<br>6701 GARDEN RD SUITE 1<br>RIVIERA BEACH FL 33404-5900 | SYSCO<br>1999 MARTIN LUTHER KING JR.<br>RIVIERA BEACH FL 33404-7005 |
| TASCO PLUMBING<br>410 E 10TH COURT<br>HIALEAH, FL 33010-5153 | TAX COLLECTOR, PBC<br>ANNE M. GANNON CONSTITUTIONAL TAX COLLEC<br>WEST PALM BEACH BEACH FL 33402-3353 | TAYLOR MADE GOLF COMPANY<br>TM US WHOLESALE LOCKBOX 29516 NETWORK PL<br>CHICAGO IL 60673-0001 |
| TENTS N EVENTS<br>1790 MEARS PKWY<br>MARGATE FL 33063-3749 | THE PALM GUY<br>4338, MAURICE DR<br>DELRAY BEACH  FL 33445-3233 | THE STAFFING GROUP<br>2895 JUPITER PARK DRIVE<br>JUPITER FL 33458-6048 |

| | | |
|---|---|---|
| THER G GOLF CARTS LLC<br>1106 NW 7TH ST.<br>BOYNTON BEACH FL 33426-2905 | THOMAS PRINTWORKS<br>P.O. BOX 830768<br>RICHARDSON TX 75083-0768 | THOR GUARD INC.<br>1193 SAWGRASS CORPORATE<br>SUNRISE FL 33323-2847 |
| TITLEIST<br>PO BOX 844324<br>BOSTON MA 02284-4324 | TK ELEVATOR CORPORATION<br>11605 HAYNES BRIDGE ROAD, SUITE 650<br>ALPHARETTA, GA 30009-8679 | TK Elevator Corporation<br>c/o Solove Law Firm, P.A.<br>PO Box 560608<br>Miami, FL 33256-0608 |
| TRAVELCLICK, INC<br>P.O. BOX 71199<br>CHICAGO IL 60694-1199 | TRAVISMATHEW LLC<br>P.O. BOX 9074<br>CARLSBAD CA 92018-9074 | TREAT WALLET<br>2340 HEATHERWOODS WAY<br>CARROLLTON TX 75007-2030 |
| TURTLESON<br>PO BOX 440110<br>NASHVILLE TN 37244-0110 | TWINS FLOORING GROUP, LLC<br>5062 N DIXIE HIGHWAY<br>OAKLAND PARK FL 33334-4004 | The Arsali Family Trust<br>Dated 12-13-2005<br>6017 Old Ocean Blvd<br>Ocean Ridge FL 33435-5219 |
| The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Turtleson, LLC<br>1285 Volunteer Parkway<br>Bristol, TN 37620-4627 | U & ME TRANSFER INC<br>3300 ELECTRONICS WAY<br>WEST PALM BEACH BEACH FL 33407-4699 |
| U.S. Real Estate Credit Holdings III-A, LP<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Suite 301<br>Tallahassee, FL 32301-7643 | ULTRA MARKETING<br>13250 ST. TROPEZ CIRLCE<br>PALM BEACH GARDENS FL 33410-1437 | UNITED RENTALS<br>15935 ASSEMBLY LOOP<br>JUPITER FL 33478-6430 |
| UNIVERSAL ENGINEERING<br>1215 WALLACE DRIVE<br>DELRAY BEACH  FL 33444-4600 | UNUM LIFE INS CO OF AMERICA<br>PO BOX 406955<br>ATLANTA GA 30384-6955 | URBAN DESIGN STUDIO<br>610 CLEMATIS STREET  SUITE CU02<br>WEST PALM BEACH  FL 33401-5391 |
| USGA<br>P.O. BOX 5008<br>HAGERSTOWN MD 21741-5008 | VESSEL FWP, LLC<br>3197 LIONSHEAD AVE<br>CARLSBAD CA 92010-4702 | VESTIGE SCHOOL PROTECTION LLC<br>6320 NW 97 AVENUE<br>DORAL FL 33178-1645 |
| VI2 TECHNOLOGIES<br>23836 BENNET CHASE DR<br>CLARKSBURG MD 20871-5317 | VICTORY SECURITY<br>636 US HIGHWAY 1 SUITE 113<br>NORTH PALM BEACH FL 33408-4611 | VICTORY SECURITY AGENCY II,<br>636 US HIGHWAY 1<br>NORTH PALM FL 33408-4611 |
| VINEYEARD VINES<br>181 HARBOR DRIVE<br>STAMFORD CT 06902-7474 | VSP<br>PO BOX 742788<br>LOS ANGELES CA 90074-2788 | WEDGWORTH'S INC.<br>PO BOX 2076<br>BELLE GLADE FL 33430-7076 |

| | | |
|---|---|---|
| WELLS FARGO<br>PAYMENT REMITTANCE CENTER<br>MINNEAPOLIS MN 55480-7733 | WELLS FARGO FINANCIAL LEASING<br>P.O. BOX 10306<br>DES MOINES IA 50306-0306 | WILLIAMS SCOTSMAN, INC.<br>PO BOX 91975<br>CHICAGO IL 60693-1975 |
| WINNER'S AWARD GROUP INC.<br>4171 W. HILLSBORO BLVD.<br>COCONUT CREEK FL 33073-2154 | WIRELESS 2 WAY RADIO LLC.<br>6748 WILLOW WOOD DRIVE,  #1306<br>BOCA RATON  FL 33434-3594 | WM D ADEIMY JR INC<br>1201 OMAR ROAD<br>WEST PALM BEACH  FL 33405-1046 |
| WM D Adeimy Jr., Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | WOLVERINE ROOFING LLC<br>1300 OLD DIXIE HIGHWAY, UNIT 101<br>LAKE PARK, FL 33403-1925 | WORLD ELECTRIC SUPPLY<br>5013 MARGARET ANN LN<br>FORT PIERCE, FL 34946-9124 |
| Williams Scotsman Inc.<br>Williams Scotsman Inc. - Attn: Recovery<br>4646 E. Van Buren St. Suite 400<br>Phoenix, AZ 85008-6927 | ZABIK AND ASSOCIATES<br>P.O.  BOX 211176<br>ROYAL PALM  FL 33421-1176 | ZJC, LLC<br>11300 US HIGHWAY 1, SUITE 300<br>NORTH PALM BEACH FL 33408-3236 |
| c/o Maney Leshay<br>2895 Jupiter Park Drive #400<br>Jupiter, Florida 33458-6048 | Barry A. Chatz<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316 | Dane Ball<br>c/o Susan D Lasky<br>320 SE 18 St<br>Ft Lauderdale, FL 33316-2818 |
| David A. Golin<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316 | Domenic Gatto Jr.<br>c/o Eduardo F. Rodriguez<br>800 S. Douglas Road, Suite 350<br>Coral Gables, FL 33134-3125 | Domenic Gatto Sr.<br>c/o Eduardo F. Rodriguez<br>800 S. Douglas Road, Suite 350<br>Coral Gables, FL 33134-3125 |
| Gerard A. McHale<br>1601 Jackson Street, Suite 200<br>Fort Myers, FL 33901-2968 | Gerard S. Catalanello<br>90 Park Avenue<br>New York, NY 10016-1301 | Jessey J Krehl<br>51 NE 24th St, #108<br>Miami, FL 33137-5088 |
| Joseph A Pack<br>Pack Law, P.A.<br>51 NE 24th Street<br>Suite 108<br>Miami, FL 33137-5088 | Kim A Pillar<br>c/o Eduardo F. Rodriguez<br>800 S. Douglas Road, Suite 350<br>Coral Gables, FL 33134-3125 | Matthew Bordwin<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747-4424 |
| Michael Colombino<br>c/o Dana Kaplan, Esq<br>1665 Palm Beach Lakes Blvd, Ste 1000<br>West Palm Beach, FL 33401-2109 | Stephen M. Blank<br>90 Park Avenue<br>New York, NY 10016-1301 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
HOLDERNESS & BOURNE              ROSEN MATERIALS LLC              SHERWIN WILLIAMS COMPANY
83 PURCHASE STREET               1800 NW 22ND ST.                 101 WEST PROSPECT AVENUE
RYE NY 33401                     FORT LAUDERDALE, FL 33311        CLEVELAND, OH 44115


SPRINT
PO BOX 4181
CAROL STREAM IL 60197
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jacob Industries, LLC         (u)U.S. Real Estate Credit Holdings III-A, LP   (u)West Palm Beach
                                 Berger Singerman LLP
                                 Attn.: Brian G. Rich, Esq.
                                 313 N Monroe St #301
                                 Tallahassee32301


(u)ADACHE GROUP ARCHITECTS       (d)DLL FINANCE LLC                (d)DLL FINANCE LLC
*Duplicate*                      P.O. BOX 14535                    P.O.BOX 14535
                                 DES MOINES IA 50306-3535          DES MOINES IA 50306-3535


(d)FLORIDA EXOTIC A LANDSCAPE COMPANY, INC   (d)FPL                (d)HARDRIVES OF DELRAY INC
4016 SW MOORE STREET             GENERAL MAIL FACILITY             2101 S. CONGRESS AVE.
PALM CITY FL 34990-8743          MIAMI FL 33188-0001               DELRAY BEACH, FL 33445-7307


(u)NUCO2                         (d)Ram Tax Lien Fund, LP          (d)SULLIVAN ELECTRIC & PUMP
PO BOX 417902                    PO Box 8401                       1942 8TH AVE NORTH
BOSTON RI 2241                   Carol Stream, IL 60197-8401       LAKE WORTH FL 33461-3306


(d)The Arsali Family Trust       (u)WM. D. ADEIMY JR.              End of Label Matrix
Dated 12-13-2005                 *Duplicate*                       Mailable recipients   325
6017 Old Ocean Blvd                                                Bypassed recipients    14
Ocean Ridge, FL 33435-5219                                         Total                 339
```