

**ORDERED in the Southern District of Florida on August 3, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

BANYAN CAY RESORT & GOLF, LLC, *et al*[1]

Case No. 23-12386-EPK
Chapter 11

(Jointly Administered)

Debtor.
_____/

**ORDER GRANTING CONTRACT PURCHASER'S EMERGENCY MOTION TO MODIFY ORDER [ECF NO. 105] TO RESTATE LEGAL DESCRIPTION AND TO APPROVE A 21ST AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE OF REAL PROPERTY [ECF NO. 270]**

THIS Matter came before the Court on July 25, 2023, at 1:30 p.m. in West Palm Beach,

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

1

Florida upon the Contract Purchaser's Emergency Motion to Modify Order [ECF No. 105] to Restate Legal Description and to Approve a 21st Amendment to Agreement for Purchase and Sale of real Property [ECF No. 270] (the "**Motion**"), and the Court having heard presentation by Debtor's counsel and by counsel for Contract Purchaser, and otherwise fully advised. Accordingly, it is ORDERED as follows:

1. The Motion is GRANTED.

2. The Contract Purchaser and Debtor are authorized to enter into a 21st Amendment to clarify the legal description to:

> All of Tract "L2", Banyan Cay Resort, as recorded in Plat Book 125, Page 114, Public Records of Palm Beach County, Florida.

3. The Contract Purchaser and Debtor are authorized to enter into the 21 St Amendment to further provide for escrow arrangements between Westside and Banyan Cay Estates as stated in the 21st Amendment attached to the Motion.

4. The Court reserves jurisdiction to enforce the terms of this Order.

###

**SUBMITTED BY:**

Robert C. Furr, Esq.
Furr and Cohen, P.A.
Attorney for Contract Purchaser
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561)395-0500/(561)338-7432 fax
e-mail: rfurr@furrcohen.com
Florida Bar No. 210854

*Robert C. Furr, Esq. shall serve a copy of the signed order on all parties listed on the official court matrix and file with the court a certificate of service conforming with Local Rule 2002-1(F).*