UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

BANYAN CAY RESORT & GOLF, LLC, *et al*[1]

Case No. 23-12386-EPK
Chapter 11

(Jointly Administered)

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the following documents was served on the parties listed below, in the manner and dates indicated:

**[ECF NO. 305]** *Order Granting Contact Purchaser's Emergency Motion to Modify Order [ECF No. 105] to Restate legal Description and to Approve a 21st Amendment to Agreement for Purchase and Sale of Real Property.*

Dated: August 8, 2023

FURR AND COHEN, P.A.
*Attorneys for Banyan Cay Estates, LLC*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By  /s/*Robert C. Furr*
 Robert C. Furr
 Florida Bar No. 210854
 E-mail: rfurr@furrcohen.com

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

1

**[ECF NO. 305] SERVED VIA CM/ECF ON AUGUST 3, 2023, TO ALL PARTIES REGISTERED WITH CM/ECF TO RECEIVE ELECTRONIC NOTICES:**

**Mailing Information for Case 23-12386-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Magda Abdo-Gomez**    maggie@magtaxatty.com
- **Louis X Amato**    louisa@louamato.com
- **Paul J. Battista**    pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com;imalcolm@ecf.courtdrive.com
- **John C Cannizzaro**    john.cannizzaro@icemiller.com
- **Carmen Contreras-Martinez**    carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com
- **Ryan E Davis**    rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Julianne R. Frank**    julianne@jrfesq.com, G59511@notify.cincompass.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **Kevin C Gleason**    kgpaecmf@aol.com
- **Larry I Glick**    lglick@shutts.com, dsuengas@shutts.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Jose-Trelles Herrera**    jtherrera@herreralawfirm.com, vtarajano@herreralawfirm.com;jmh@herreralawfirm.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Michael A Kaufman**    michael@mkaufmanpa.com, makpa@ecf.courtdrive.com;intake@mkaufmanpa.com
- **Stanley Dale Klett Jr.**    sklett@jonesfoster.com, mhott@jonesfoster.com;lellsworth@jonesfoster.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Jessey J Krehl**    jessey@packlaw.com
- **Susan D. Lasky**    ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Bernice C. Lee**    blee@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

- **Isaac M Marcushamer**  isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Megan W Murray**  mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com
- **Michael Jordan Niles**  mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**  joe@packlaw.com
- **Hampton Peterson**  legalservices@PBCTax.com
- **Shaun T Plymale**  kmish@treasurecoastlegal.com, bhuff@treasurecoastlegal.com;kmish@treasurecoastlegal.com
- **Chad P Pugatch**  ecf.pugatch@loriumlaw.com
- **Robert B Resnick**  robres@bellsouth.net
- **Brian G Rich**  brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Eduardo F Rodriguez**  eddie@efrlawfirm.com
- **Traci H Rollins**  trollins@gunster.com, crossodivita@gunster.com
- **Ariel Sagre**  law@sagrelawfirm.com
- **Deborah S. Sugarman**  dsugarman@kbrlegal.com, dsugarman@kbrlegal.com
- **James S Telepman**  jst@cohennorris.com
- **Ted W Weeks**  tww@lawofficetweeks.com
- **Aaron A Wernick**  awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com

**[ECF NO. 305] SERVED VIA U.S. MAIL ON AUGUST 8, 2023, ON THE PARTIES LISTED BELOW AND, ON THE COURT'S, OFFICIAL MAILING MATRIX:**

**Manual Notice List**

**A Christian Glass & Mirror Co.**
c/o Ron Dable
925 S Congress Ave
Delray Beach, FL 33445

**Stephen M. Blank**
90 Park Avenue
New York, NY 11016

**Matthew Bordwin**
1 Huntington Quadrangle, Suite 2C04
Melville, NY 11747

**Gerard S. Catalanello**
90 Park Avenue
New York, NY 11016

**Barry A. Chatz**
161 North Clark Street, Suite 4200
Chicago, IL 60601

**Chuck's Backhoe Service, Inc.**
c/o Don Horowitz
2301 NW 15 Ct
Pompano Beach, FL 33069

**David A. Golin**
161 North Clark Street, Suite 4200
Chicago, IL 60601

**Hector Turf**
c/o Dave Crofoot
2101 Cantu Ct
Sarasota, FL 34232

**Mardale Specialties Direct**
c/o Eduardo Merino
4113 NW 124 Ave
Coral Springs, FL 33065

**Gerard A. McHale**
1601 Jackson Street, Suite 200
Fort Myers, FL 33901

**Morell Studios LLC**
c/o Raymond R Finch
4128 Westroads Dr., Ste 205
Riviera Beach, FL 33407

**Thomas Printworks**
c/o Kim Noland
600 North Central Expressway
Richardson, TX 75080

**U& Me Transfer Inc.**
Ryan Spencer, Vice President
3300 Electronics Way
West Palm Beach, FL 33407

**Wolvering Roofing, LLC**
c/o Dave Wikel
1300 Old Dixie Hwy #101
Lake Park, FL 33403

Attached Official Court Matrix Case No. 23-12386-EPK

```
Label Matrix for local noticing          364 Capital, LLC                         A Christian Glass & Mirror Co.
113C-9                                   c/o Louis X. Amato, Esq.                 c/o Ron Dable
Case 23-12386-EPK                        28209 Jewel Fish Lane                    925 S Congress Ave
Southern District of Florida             Bonita Springs, FL 34135-8639            Delray Beach, FL 33445-4628
West Palm Beach
Tue Aug  8 11:34:44 EDT 2023

Atlantic Doors & Hardware, Inc.          BMC - The Benchmark Management Company, LLC   Banyan Cay Dev. LLC
c/o Lorium Law                           Shutts & Bowen, LLP                      2300 Presidential Way
101 NE 3rd Ave., Ste 1800                200 S. Biscayne Blvd, Ste. 4100          West Palm Beach, FL 33401-1510
Fort Lauderdale, FL 33301-1252           Miami, FL 33131-2362


Banyan Cay Estates, LLC                  Banyan Cay Investment, LLC               Banyan Cay Maintenance, LLC
c/o Robert C. Furr                       2300 Presidential Way                    2300 Presidential Way
2255 Glades Road, Suite 419A             West Palm Beach, FL 33401-1510           West Palm Beach, FL 33401-1510
Boca Raton, FL 33431-7379


Banyan Cay Mezzanine Borrower, LLC       Banyan Cay Resort & Golf, LLC            Banyan Cay Villas, LLC
2300 Presidential Way                    2300 Presidential Way                    2300 Presidential Way
West Palm Beach, FL 33401-1510           West Palm Beach, FL 33401-1510           West Palm Beach, FL 33401-1510


Bellefrau Group, LLC                     CEI, LLC                                 Can-Am Electric LLC
c/o Paul J. Battista                     14150 N.W. 3 Avenue                      c/o Aaron A. Wernick
100 Southeast Second Street              Miami, FL 33168-4012                     2255 Glades Road, Suite 324A
Miami Tower, Suite 4400                                                           Boca Raton, FL 33431-8571
Miami, FL 33131-2100

Chuck's Backhoe Service, Inc.            Complete Cooling & Heating Services, Inc.   Fagan Engineering, Inc.
c/o Don Horowitz                         c/o Treasure Coast Legal                 c/o Lorium Law
2301 NW 15 Ct                            100 SW Albany Ave, Ste 310               101 NE 3rd Ave., Ste 1800
Pompano Beach, FL 33069-1518             Stuart, FL 34994-2000                    Fort Lauderdale, FL 33301-1252


Florida Exotic A Landscape Co. Inc.      Gordon Food Service, Inc                 Habana Excavating, Inc.
c/o Kozyak Tropin & Throckmorton LLP     c/o John C Cannizzaro                    c/o Henry Rodriguez
2525 Ponce de Leon Blvd                  250 West St #700                         2300 Palm Beach Lakes Blvd
9th Floor                                Columbus, OH 43215-7509                  Suite 305
Coral Gables, FL 33134-6039                                                       West Palm Beach, FL 33409-3306

Hardrives of Delray, Inc. d/b/a Hardrives, I   Hector Turf                        Jones Foster, P.A.
c/o Lorium Law                           c/o Dave Crofoot                         c/o Stanley D. Klett, Esquire
101 NE 3rd Ave., Ste 1800                2101 Cantu Ct                            4741 Military Trail, Suite 200
Fort Lauderdale, FL 33301-1252           Sarasota, FL 34232-6242                  Jupiter, FL 33458-4842


L & W Supply Corporation, as successor by me   Landmark Interiors of Florida LLC  Mardale Specialties Direct
c/o Ryan E. Davis, Esq.                  P.O. Box 442968                          c/o Eduardo Merino
Winderweedle, Haines, Ward & Woodman, PA Miami, FL 33144-7968                     4113 NW 124 Ave
329 Park Avenue North                                                             Coral Springs, FL 33065-7633
Second Floor
Winter Park, FL 32789-7408

Morell Studios LLC                       Mtel-One, Inc.                           Pack Law
c/o Raymond R Finch                      c/o Lorium Law                           c/o Joseph A. Pack
4128 Westroads Dr., Ste 205              101 NE 3rd Ave., Ste 1800                51 Northeast 24th Street, Suite 108
Riviera Beach, FL 33407-1252             Fort Lauderdale, FL 33301-1252           Miami, FL 33137-5088
```

| | | |
|---|---|---|
| Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq.<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Palm Beach Custom Woodworks, LLC<br>c/o Kevin C Gleason<br>4121 N 31st Avenue<br>Hollywood, FL 33021-2011 | Presidential Way Association, Inc.<br>c/o Kaye Bender Rembaum, P.L.<br>1200 Park Central Boulevard South<br>Pompano Beach, FL 33064-2215 |
| Rosen Materials, LLC<br>c/o Ryan E. Davis, Esq.<br>329 Park Avenue North<br>Second Floor<br>Winter Park, FL 32789-7408 | TK Elevator Corporation<br>c/o Ariel Sagre<br>5201 Blue Lagoon Dr #892<br>Miami, FL 33126-2064 | The Staffing Group Inc.<br>c/o Julianne Frank, Esq<br>4495 Military Trail Suite 107<br>Jupiter, FL 33458-4818 |
| Thomas Printworks<br>c/o Kim Noland<br>600 North Central Expressway<br>Richardson, TX 75080-5316 | Twins Flooring Group, LLC<br>Attn: Peter C. Carey<br>5062 N Dixie Hwy<br>Oakland Park, FL 33334-4004 | U& Me Transfer Inc.<br>Ryan Spencer, Vice President<br>3300 Electronics Way<br>West Palm Beach, FL 33407-4621 |
| WM D Adeimy Jr. Inc.<br>c/o Lorium Law<br>101 NE 3rd Ave., Ste 1800<br>Fort Lauderdale, FL 33301-1252 | Wedgworth's, Inc.<br>Ted W. Weeks IV, P.A.<br>402 S. Kentucky Ave.<br>Suite 350<br>Lakeland, FL 33801-5358 | Westside Property Investment Company, Inc.<br>c/o Saul Ewing LLP<br>701 Brickell Avenue<br>17th Floor<br>17th Floor<br>Miami, FL 33131-2832 |
| Wolvering Roofing, LLC<br>c/o Dave Wikel<br>1300 Old Dixie Hwy #101<br>Lake Park, FL 33403-1925 | ZJC, LLC<br>c/o James S. Telepman, Esq.<br>712 US Highway One, Suite 400<br>North Palm Beach, FL 33408-4521 | A BEAUTIFUL CEILING<br>3333 S DIXIE HWY<br>DELRAY BEACH, FL 33483-3254 |
| A CHRISTIAN GLASS & MIRROR CO<br>925 S. CONGRESS AVE<br>DELRAY BEACH, FL 33445-4628 | A. Max Zaretsky<br>1615 Forum Place<br>Suite 3A<br>West Palm Beach, FL 33401-2316 | ADACHE GROUP ARCHITECTS<br>550 SOUTH FEDERAL HIGHWAY<br>FORT LAUDERDALE  FL 33301-2908 |
| ADIDAS AMERICA INC.<br>DEPT CH 19361<br>PALANTINE IL 60055-0001 | ADT COMMERCIAL<br>PO BOX 382109<br>PITTSBURGH PA 15251-8109 | AFTC II Florida-A, LLC<br>PO Box 69239<br>Baltimore, MD 21264-9239 |
| AGTC Investments, LLC<br>780 NW 42 Ave, Suite 300<br>Attn: Castaneda<br>Miami, FL 33126-5536 | ALERO SPORT<br>15 BRETWOOD DRIVE NORTH<br>COLTS NECK NJ 07722-2405 | ALISMA ACE<br>231 PORTER PLACE<br>WEST PALM BEACH 33409-3711 |
| ALSTON & BIRD<br>1201 W. PEACHTREE STREET<br>ATLANTA  GA  30309-3424 | AMADEUS HOSPITALITY AMERICAS, INC<br>29618 NETWORK PLACE<br>CHICAGO IL  60673-1296 | AT&T<br>PO BOX 5014<br>CAROL STREAM IL 60197-5014 |
| ATLANTIC COAST SURETY<br>1 INTERNATIONAL BLVD SUITE 405<br>MANHWAH  NJ 07495-0016 | ATLANTIC DOORS & HARDWARE<br>4601 10TH AVE NORTH<br>LAKE WORTH, FL 33463-2203 | ATLANTIC DRYJECT, INC.<br>19277 WEST INDIES LANE<br>TEQUESTA FL 33469-2055 |

| | | |
|---|---|---|
| Acushnet Company<br>PO Box 965<br>Fairhaven, MA 02719-0965 | Adam C. Linkhorst<br>4495 Military Trail<br>Suite 106<br>Jupiter, FL 33458-4838 | Alston & Bird LLP<br>90 Park Avenue<br>New York, New York 10016<br>Attn: Gerard S. Catalanello<br>gerard.catalanello@alston.com 10016-1387 |
| Anda Foundation, Inc<br>c/o Anthony Mihelich<br>2915 Weston Road<br>Weston FL 33331-3627 | Angel Guerzon<br>2060 Reston Cir<br>Royal Palm Beach, FL 33411-6110 | Atlantic Doors & Hardware, Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 |
| BAGEL BOYZ<br>10996 SW WINDING LAKES CIRCLE<br>PORT SAINT LUCIE FL 34987-2882 | BELLEFRAU GROUP, LLC<br>13 ROYAL PALM POINTS<br>VERO BEACH FL 32960-5237 | BELYN KEY<br>2495 BOULEVARD OF THE GENERALS<br>NORRISTOWN PA 19403-5236 |
| BENCHMARK<br>30 ROWES WHARF, SUITE 530<br>BOSTON MA 02110-3326 | BIRCH STREET SYSTEMS<br>304 S JONES BLVD #5100<br>LAS VEGAS,  NV 89107-2623 | BLERMAN, LLC<br>7117 49TH TERRACE N.<br>RIVIERA BEACH FL 33407-1003 |
| BMC - THE BENCHMARK<br>30 ROWES WHARF SUITE 5300<br>BOSTON  MA 02110-3345 | BMI GENERAL LICENSING<br>PO BOX 630893<br>CINCINNATI OH 45263-0893 | BOOMERANG BEVERAGES SERVICES LLC<br>221 OLD DIXIE HWY<br>TEQUESTA FL 33469-2722 |
| BRAGS & HAYES INC<br>3101 SW 25TH STREET, BAY 100<br>PEMBROKE PARK, FL 33009-3096 | BUCKEYE PLUMBING INC<br>310 BUSINESS PARK WAY<br>WEST PALM BEACH, FL 33411-1748 | CALLAWAY<br>P.O. BOX 9002<br>CARLSBAD CA 92018-9002 |
| CAN-AM ELECTRIC LLC<br>1515 S. FEDERAL HWY, SUITE 401<br>BOCA RATON, FL 33432-7451 | CANTEEN<br>COMPASS GROUP USA<br>LOS ANGELES CA 90074-0001 | CEI<br>14150 NW 3RD AVE<br>MIAMI FL 33168-4012 |
| CEMEX CONSTRUCTION MATERIALS<br>1720 CENTREPARK DRIVE EAST<br>WEST PALM BEACH, FL 33401-7405 | CENTRAL DYNAMICS LLC DBA CENDYN<br>DEPT LA23832<br>PASADENA CA 91185-3882 | CERTIFIED POOL MECHANICS<br>12960 COMMERCE LAKES DRIVE, SUITE 7<br>FORT MYERS, FL 33913-8660 |
| CHARGEPOINT<br>254 EAST HACIENDA AVENUE<br>CAMPBELL CA 95008-6617 | CHERRY, EDGAR & SMITH, P.A.<br>8409 NORTH MILITARY TRAIL, SUITE 123<br>PALM BEACH GARDENS FL 33410-6324 | CHUCK'S BACKHOE SERVICE INC<br>2301 NW 15TH COURT<br>POMPANO BEACH FL 33069-1518 |
| CIGARS OF PALM BEACH, INC.<br>7580 MANSFIELD HOLLOW ROAD<br>DELRAY BEACH FL 33446-3313 | CINTAS CORPORATION<br>P.O. BOX 630910<br>CINCINNATI OH 45263-0910 | CITY OF WEST PALM BEACH<br>P.O BOX 30000<br>TAMPA FL 33630-3000 |

| | | |
|---|---|---|
| CITY OF WEST PALM BEACH<br>PO BOX 30000ATT: UTILITIES DEPT.<br>WEST PALM BEACH TAMPA 33630-3000 | COMCAST<br>P.O.BOX 71211<br>CHARLOTTE NC 28272-1211 | COMCAST BUSINESS<br>P.O. BOX 37601<br>PHILADELPHIA PA 19101-0601 |
| COMPLETE COOLING AND HEATING<br>POST OFFICE BOX 1285<br>JENSEN BEACH, FL 34958-1285 | CONSTRUCTION CONSULTANTS & DESIGNERS, INC.<br>9981 EQUUS CIRCLE<br>BOYNTON BEACH FL 33472-4319 | CONTRACTOR'S ALARM<br>19922 MONA ROAD<br>JUPITER FL 33469-2660 |
| CORE HEALTH & FITNESS<br>4400 NE 77TH AVE SUITE 300<br>VANCOUVER WA 98662-6857 | CORKCICLE<br>PO BOX 547965<br>ORLANDO FL 32854-7965 | COUNTY ICE INC.<br>4219 NOVA LANE<br>LANTANA FL 33462-3418 |
| CREDITLINE TECHNICAL SUPPORT, INC.<br>P.O. BOX 5164<br>FORT MC COY FL 32134-5164 | CVENT<br>PO BOX 822699<br>PHILADELPHIA PA 19182-2699 | City of West Palm Beach<br>P.O. Box 3366<br>WEST PALM BEACH, FL 33402-3366 |
| Complete Cooling & Heating Services, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | DFG CAPITAL<br>5000 NORTH OCEAN DRIVE APT 901<br>RIVIERA BEACH FL 33404-3044 | DH PACE COMPANY<br>1901 EAST 119TH STREET<br>OLATHE, KS 66061-9502 |
| DJG DEVELOPMENT<br>2302 PRESIDENTIAL WAY<br>WEST PALM BEACH FL 33401 | DJG Dev. LLC<br>5664 High Flyer Road S.<br>Palm Beach Gardens, FL 33418<br>Attn: Domenic J. Gatto, Jr.<br>domenic@banyancaydev.com 33418-7744 | DLL FINANCE LLC<br>P. O. BOX 14535<br>DES MOINES IA 50306-3535 |
| DLL FINANCE LLC<br>P.O. BOXS 14535<br>DES MOINES IA 50306-3535 | DLL FINANCIAL<br>P.O. BOX 14535<br>DES MOINES IA 50306-3535 | DLL Finance LLC<br>PO BOX 2000<br>Johnston, IA 50131-0020 |
| Dane Ball<br>c/o Susan D Lasky PA<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316-2818 | Domenic F. Gatto, Sr.<br>5000 North Ocean Drive Unit 901<br>Riviera Beach, FL 33404<br>Dgattonj@aol.com 33404-3044 | Domenic J. Gatto, Jr.<br>5664 High Flyer Rd S<br>Palm Beach Gardens FL 33418<br>domenic@banyancaydev.com 33418-7744 |
| EKERT CONCRETE CUTTING INC<br>1235 HIGHLAND ROAD<br>LANTANA, FL 33462-6115 | ELECTRICAL SUPPLIES INC<br>13395 NW 107 AVE<br>MIAMI, FL 33018-1103 | ERICSONS INC<br>296 INDUSTRIAL BLVD N<br>DALLAS GA 30132-2445 |
| EVENING AIR, LLC<br>16595 112TH TRAIL N.<br>JUPITER FL 33478-6134 | Electrical Supplies, Inc<br>Jeffrey R. Eisensmith, P.A<br>5561 N. University Dr #103<br>Coral Springs, FL 33067-4652 | FAGAN ENGINEERING, INC<br>2137, MILANO COURT<br>PALM BEACH GARDEN FL 33418-6705 |

| | | |
|---|---|---|
| FERGUSON ENTERPRISES LLC<br>751 LAKEFRONT COMMONS<br>NEWPORT NEWS, VA 23606-3322 | FERGUSON WATERWORKS<br>543 72ND AVE N<br>ST. PETERSBURG, FL 33702-5829 | FLORIDA COAST EQUIPMENT<br>9775 W. BOYNTON BEACH<br>BOYNTON BEAH FL 33472-4421 |
| FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE STREET<br>TALLAHASSEE FL 32399-0100 | FLORIDA EXOTIC A LANDSCAPE CO INC<br>4016 SW MOORE ST.<br>PALM CITY, FL 34990-8743 | FLORIDA EXOTIC LANDSCAPING IRRIGATION<br>4016 SW MOORE STREET<br>PALM CITY FL 34990-8743 |
| FLORIDA PUBLIC UTILITIES<br>PO BOX 2137<br>SALISBURY MD 21802-2137 | FOXTOWER WOODWORKS<br>4 FOXHILL FARM RD.<br>SEWICKLEY PA 15143-9305 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 |
| FRESHPOINT SOUTH FLOIDA<br>2300 NW 19TH STREET<br>POMPANO FL 33069-5227 | FRIEDMAN FELDMESSER& KARPELES CPA LLC<br>641 UNIVERSITY BLVD STE 210<br>JUPITER FL 33458-2794 | Factory Direct Music INC<br>780 NE LE JEUNE Road Suite 300<br>Miami FL 33126-5536 |
| Fagan Engineering, Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | Florida Exotic A Landscape Company, Incorpor<br>c/o Bernice Lee, Esq.<br>Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL 33134-6039 | Florida Exotic Maintenance, Inc.<br>c/o Bernice Lee, Esq.<br>Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, FL 33134-6039 |
| Florida Pressure Clean and Paint Company, In<br>400 N Highway A1A<br>Lot 68<br>Jupiter, FL 33477-4502 | G/FORE<br>PO BOX 74008999<br>CHICAGO IL 60674-8999 | GOLD COAST LINEN<br>1811 N. DIXIE HWY.<br>WEST PALM BEACH FL 33407-6505 |
| GOLF AGRONOMICS SUPPLY &<br>2165 - 17TH STREET<br>SARASOTA FL 34234-7653 | GOLF AGRONOMICS SUPPLY & HANDLING<br>2165 17TH STREET<br>SARASOTA FL 34234-7653 | GOLFNOW<br>PO BOX 742569<br>ATLANTA GA 30374-2569 |
| GORDON FOOD SERVICE, INC<br>PO BOX 88029<br>CHICAGO IL 60680-1029 | GPS Industries LLC<br>1074 N. Orange Ave.<br>Sarasota, FL 34236-4103 | GREAT AMERICA FINANCIAL<br>P.O. BOX 660831<br>DALLAS TX 75266-0831 |
| GREYSON CLOTHIERS<br>PO BOX 75265<br>CHICAGO IL 60675-5265 | Gordon Food Service, Inc.<br>1300 Gezon Pkwy SW<br>P O Box 2244<br>Grand Rapids, MI 49501-2244 | HABANA EXCAVATING INC<br>2300 PALM BEACH LAKES BLVD., SUITE 305<br>WEST PALM BEACH, FL 33409-3306 |
| HARDRIVES OF DELRAY INC<br>2101 S CONGRESS AVE<br>DELRAY BEACH  FL 33445-7307 | HECTOR TURF<br>1301 NW 3RD STREET<br>DEERFIELD BEACH FL 33442-1697 | HOJACA CORPORATION (HUGHES SUP)<br>8030 NW 14TH ST.<br>DORAL FL 33126 |

| | | |
|---|---|---|
| (p)HOLDERNESS & BOURNE<br>ATTN ATTN ERIC ELGIN<br>12 LABRIOLA CT<br>ARMONK NY 10504-1340 | HOLGANIX, LLC<br>3033 MARKET STREET<br>ASTON PA 19014-3436 | HOME DEPOT PRO<br>PO BOX 404468<br>ATLANTA GA 30384-4468 |
| HOTELAVE<br>333 WESTMISTER ST SUITE3<br>PROVIDENCE  RI 02903-3304 | Habana Excavations, Inc.<br>c/o Michael A. Kaufman, P.A.<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | Hardrives of Delray, Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 |
| Harlestons LLC<br>1048 Royalist Rd<br>Mt Pleasant, SC 29464-9528 | Hector Turf<br>2101 Cantu Ct<br>Sarasota, FL 34232-6242 | IMAGE JANITORIAL SERVICES<br>1750 N. FLORIDA MANGO RD. SUITE 103<br>WEST PALM BEACH BEACH FL 33409-5230 |
| IMPERIAL<br>P.O. BOX 775338<br>CHICAGO IL 60677-5338 | INTERACTIVE SITES<br>1201 E. NORTHSHORE DR., #222<br>TEMPE AZ 85283-1401 | Isaac Hicks<br>Pyramid Global Hospitality<br>30 Rowes Wharf, Suite 5300<br>Boston, MA 02110-3345 |
| JOHNNIE-O<br>PO BOX 269005<br>OKLAHOMA CITY OK 73126-9005 | JONES FOSTER P.A.<br>505 SOUTH FLAGLER DR SUITE 1100<br>WEST PALM BEACH BEACH FL 33401-5950 | JOSEPH ELLIOTT USA LLC<br>3830 VALLEY CENTRE DR.<br>SAN DIEGO CA 92130-3320 |
| JW TURF FARMS<br>1935 COMMERCE LANE, SUITE 3<br>JUPITER FL 33458-5858 | JWD TREES INC<br>4300 ORANGE RIVER LOOP<br>FT MYERS, FL 33905-5815 | Jacob Industries, LLC<br>Traci H. Rollins, Esq. c/o Gunster<br>777 S. Flagler Drive, Ste. 500 East<br>West Palm Beach, FL 33401-6121 |
| Jennifer Wilson<br>401 East Jackson Avenue<br>Suite 3300<br>Tampa, FL 33602-5228 | KIMBALL MIDWEST<br>DEPT. L-2780<br>COLUMBUS OH 43260-0001 | Kim A. Pillar<br>190 Adelphia Road<br>Farmingdale, NJ 07727<br>kpillar@banyancaydev.com 07727-3523 |
| Kings Right, LLC<br>4064 Robinwood Cove<br>Memphis, TN 38111-7618 | L & W Supply Corporation<br>Attn:  Wayne H. Miller<br>1800 NW 22nd Street<br>Fort Lauderdale, FL 33311-2941 | L&W SUPPLY CORP<br>PO BOX 838<br>BELOIT, WI 53512-0838 |
| LANDMARK INTERIORS OF FL<br>1721 SE 17TH ST., UNIT 828<br>FORT LAUDERDLE, FL 33316-3162 | LANDMARK STUDIO, LTD<br>W184 S8425 CHALLENGER<br>MUSKEGO WI 53150-7821 | LEGACY TURF<br>2581 JUPITER PARK SRIVE, #E11<br>JUPITER FL 33458-6022 |
| LICENSING ASSOCIATES, INC<br>6740 SW 64TH CT<br>SOUTH MIAMI FL 33143-3208 | LUIS SALGUES LAWN<br>5480 N. OCEAN DRIVE<br>SINGER ISLAND FL 33404-2549 | LUXURY PR GROUP<br>205 WORTH AVE<br>PALM BEACH FL 33480-4606 |

| | | |
|---|---|---|
| Landmark Interiors of Florida LLC<br>c/o Jose-Trelles Herrera, Esq.<br>Herrera Law Firm, P.A.<br>P.O. Box 442968<br>Miami, Florida 33144-7968 | Legacy Turf Group<br>c/o Roger C Hurd, Esq<br>8295 N Military Trail Suite A<br>Palm Beach Gardens, FL  33410-6312 | Linkhorst & Hockin, P.A.<br>4495 Military Trail<br>Suite 106<br>Jupiter, FL 33458-4838 |
| MAGNIFICENT HARDSCAPES<br>810 SATURN LANE, SUITE 16<br>JUPITER, FL 33477-4398 | MARDALE SPECIALTIES DIRECT<br>4113 NW 124TH AVENUE<br>CORAL SPRINGS, FL 33065-7633 | MARLIN<br>3363 W CINNERCIAL BLVD<br>FORT LAUDERDALE  FL 33309 |
| MARSH USA INC<br>PO BOX 846015<br>DALLAS TX 75284-6015 | MATHESON TRI-GAS INC<br>DEPT 3028<br>DALLAS TX 75312-0001 | MATTHEW BUCKRADEE<br>2430 LAKE WORTH RD., UNIT 3301<br>LAKE WORTH FL 33461-3376 |
| MAUI JIM SPORTS<br>PO BOX 842980<br>DALLAS TX 75284-2980 | MC NAMARA/SALVIA, INC.<br>101 FEDERAL STREET<br>BOSTON  MA 02110-1817 | METRO FIRE PROTECTION SERVICES<br>1501 DECKER AVENUE, #522<br>STUART, FL 34994-3953 |
| MJK PLUMBING, LLC<br>11935 WATERMARK WAY<br>PARKLAND FL 33076-2997 | MORELL STUDIOS LLC<br>4128 WESTROADS DR STE 205<br>RIVIERA BEACH FL 33407-1252 | Marlin Engineering, Inc.<br>15600 SW 288 St, Ste. 301<br>Homestead, FL 33033-1249 |
| Matthew Slowik<br>5531 N. University Drive<br>Suite 101<br>Coral Springs, FL 33067-4649 | Michael Colombino<br>c/o Kelley, Fulton, Kaplan & Eller<br>1665 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33401-2121 | Michael J. Yates<br>Law Offices of Michael J. Yates, P.L.<br>5975 Sunset Drive, Suite 602<br>Miami, FL 33143-5174 |
| Mtel-One Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | NICOT SERVICES CORP<br>1357 W 83RD ST<br>HIALEAH, FL 33014-3461 | NORTH STAR SEAFOOD LLC<br>12510 NW 112TH AVE<br>MEDLEY FL 33178-1055 |
| O'HARA LANDSCAPE & MAINTENANCE, INC.<br>1001 25TH CT<br>WEST PALM BEACH FL 33407-5358 | OCEANA COFFEE<br>221 OLD DIXIE HWY #1<br>TEQUESTA  FL 33469-2722 | ORACLE<br>PO BOX 203448<br>DALLAS TX 75320-3448 |
| OTA INSIGHT LTD<br>DEPT. LA 24845<br>PASADENA CA 91185-4845 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ouray Sportswear<br>1201 W Mansfield Avenue<br>Englewood, CO 80110-3453 |
| P&W GOLF SUPPLY LLC<br>300 BOND STREET<br>ELK GROVE IL 60007-1223 | PACE COMMUNICATIONS GROUP<br>PO BOX 117342<br>ATLANTA GA 30368-7342 | PADDEN<br>21381 SWEETWATER LANE N<br>BOCA RATON FL 33428-1019 |

```
PALM BEACH CUSTOM WOODWORK          PALMDALE OIL COMPANY,              PARTY SLATE, INC.
1315 53RD STREET, UNIT 5            911 N 2ND STREET                   351 W. HUBBARD ST., SUITE 400
MANGONIA PARK, FL 33407-2245        FORT PIERCE FL 34950-9121          CHICAGO ILLINOIS 60654-4405


PERFORMANCE NAPA AUTO               PERRY ELLIS INTL GOLF DIVISION     PETER MILLAR LLC
PO BOX 219                          PERRY ELLIS INTERNATIONAL INC      P.O. BOX 744420
PAHOKEE FL 33476-0219               ATLANTA GA 31193-0001              ATLANTA GA 30374-4420


PIPELINE UTILITIES                  PIPELINE UTILITIES                 PITNEY BOWES INC.
3610 FISCAL COURT                   Linkhorst & Hockin, P.A.           PO BOX 981022
RIVIERA BEACH, FL 33404-1723        4495 Military Trail, Suite 106     BOSTON MA 02298-1022
                                    Jupiter, FL 33458-4838


PLANT FOOD COMPANY INC.             POOL SERVICE PLUS INC              PREMIER HOSPITALITY INTERNATIONAL INC
38 HIGHTSTOWN-CRANBURY              340, BUSINESS PARK WAY  SUITE #1   10140 MARCONI DR  SUITE-B
CRANBURY NJ 08512-5099              ROYAL PALM BEACH  FL 33411-1739    CA 92154-7251


PRESIDENT WAY ASSOCIATION           PROFORMA IMAGING                   PRYAMID BENCHMARK SELF INSURANCE
P.O. BOX 622607                     P.O. BOX 640814                    30 ROWES WHARF
ORLANDO FL 32862-2607               CINCINNATI OH 45264-0814           BOSTON MA 02110-3345


PV BUSINESS SOLUTIONS, INC.         PYE-BARKER FIRE & SAFETY, LLC      Palm Beach County Tax Collector
3600 S. STATE ROAD 7                PO BOX 735358                      Attn. Legal Services Department
MIRAMAR FL 33023-5200               DALLAS TEXAS 75373-5358            P.O. Box 3715
                                                                       West Palm Beach, FL 33402-3715


Presidential Way Association, Inc   R3 HEALTH                          RALPH LAUREN MENS
c/o Kaye Bender Rembaum, P.L.       1411 N. FLAGLER DRIVE              PO BOX 911371
1200 Park Central Boulevard South   WEST PALM BEACH FL 33401-3421      DALLAS TX 75391-1371
Pompano Beach, Florida 33064-2215


REGENCY GROUP                       REGION BANK                        REGIONAL WALL SYSTEMS
32 WET 39TH STREET                  8100 OKEECHOBEE BLVD               6601 PARKER AVENUE
NEW YORK NY 10018                   WEST PALM BEACH  FL 33411-2001     WEST PALM BEACH, FL 33405-4250


REGISTERED AGENTS LEGAL SERVICES, LLC   RELIASTAR LIFE INSURANCE COMPANY   RLJ SERVICES
1013 CENTRE ROAD,  SUITE 403S           3702 PAYSPHERE CIRCLE              8942 RODEO DRIVE
WILMINGTON  DE 19805-1270               CHICAGO IL                         LAKE WORTH FL 33467-1144


(p)ROSEN MATERIALS LLC              Ram Tax Lien Fund LP               SAFETY KLEEN
ATTN ATTN WAYNE MILLER              PO BOX 8401                        PO BOX 975201
1800 NW 22ND STREET                 Carol Stream, IL 60197-8401        DALLAS TX 75397-5201
FORT LAUDERDALE FL 33311-2941
```

```
SANSOLEIL                              SAVVY FL LLC                           SCREEN PILOT
1001 W. 17TH ST. SUITE M               FHB As Collateral Assignee FO          1600 WYNKOOP
COSTA MESA CA 92627-4512               PO Box 1000 Dept 3035                  DENVER CO 80202-1157
                                       Memphis, TN 38148-0001


SECURIAN LIFE INSURANCE COMPANY        SFAKI DBA GOOD GREEK                   SHENANDOAH GENERAL CONST
A SECURIAN FINANCIAL GROUP AFFILIATE   1333 N JOG ROAD SUITE 103              1888 NW 22ND ST
ST. PAUL MN 55101-2098                 WEST PALM BEACH BEACH FL 33413-1024    POMPANO BEACH, FL 33069-1318


(p)THE SHERWIN WILLIAMS COMPANY        SITE ONE LANDSCAPE                     SOLITUDE LAKE
ATTN BANKRUPTCY LEGAL DEPARTMENT       24110 NETWORK PLACE                    1320 BROOKWOOD DRIVE
1100 MIDLAND                           CHICAGO IL 60673-1241                  LITTLE ROCK AR 72202-1438
101 WEST PROSPECT AVENUE
CLEVELAND OH 44115-1093


SOLITUDE LAKE MANAGEMENT, LLC          SOUTHDADE LIGHTING INC                 SOUTHERN TIDE LLC
1320, BROOKWOOD DRIVE                  P. O. BOX 560965                       12564 COLLECTIONS CENTER DRIVE
LITTLE ROCK  AR 72202-1438             MIAMI, FL 33256-0965                   CHICAGO IL 60693-0001


(p)SPRINT                              SS BANYAN CAY DEVELOPER                STERLING
C O AMERICAN INFOSOURCE                2385 NW EXECUTIVE CENTER DRIVE         PO BOX 35626
4515 N SANTA FE AVE                    BOCA RATON FL 33431-8579               NEWARK NJ 07193-5626
OKLAHOMA CITY OK 73118-7901


STEWART MANAGEMENT COMPANY             STRATEGIC DATA RESEARCH, INC.          STRUCTURAL ROOF SYSTEMS INC
301 N. MARKET STREET  SUITE 1410       790 S MILITARY TRAIL                   2703 NW 55TH COURT
WILMINGTON DE 19801-2529               DEERFIELD BEACH FL 33442-3025          FT LAUDERDALE, FL 33309-2542


SULLIVAN ELECTRIC & PUMP               SUMMIT GOLF BRANDS                     SUNBELT RENTALS INC
1942 8TH AVE NORTH                     PO BOX 771847                          1799 INNOVATION POINT
LAKE WORTH  FL 33461-3306              CHICAGO IL 60677-1847                  FORT MILL, SC 29715-4556


SUNNILAND CORPORATION                  SUPERIOR WATERWAY SERVICES , INC.      SYSCO
P.O. BOX 8001                          6701 GARDEN RD SUITE 1                 1999 MARTIN LUTHER KING JR.
SANFORD FL 32772-8001                  RIVIERA BEACH FL 33404-5900            RIVIERA BEACH FL 33404-7005


TASCO PLUMBING                         TAX COLLECTOR, PBC                     TAYLOR MADE GOLF COMPANY
410 E 10TH COURT                       ANNE M. GANNON CONSTITUTIONAL TAX COLLEC  TM US WHOLESALE LOCKBOX 29516 NETWORK PL
HIALEAH, FL 33010-5153                 WEST PALM BEACH BEACH FL 33402-3353    CHICAGO IL 60673-0001


TENTS N EVENTS                         THE PALM GUY                           THE STAFFING GROUP
1790 MEARS PKWY                        4338, MAURICE DR                       2895 JUPITER PARK DRIVE
MARGATE FL 33063-3749                  DELRAY BEACH  FL 33445-3233            JUPITER FL 33458-6048
```

| | | |
|---|---|---|
| THER G GOLF CARTS LLC<br>1106 NW 7TH ST.<br>BOYNTON BEACH FL 33426-2905 | THOMAS PRINTWORKS<br>P.O. BOX 830768<br>RICHARDSON TX 75083-0768 | THOR GUARD INC.<br>1193 SAWGRASS CORPORATE<br>SUNRISE FL 33323-2847 |
| TITLEIST<br>PO BOX 844324<br>BOSTON MA 02284-4324 | TK ELEVATOR CORPORATION<br>11605 HAYNES BRIDGE ROAD, SUITE 650<br>ALPHARETTA, GA 30009-8679 | TK Elevator Corporation<br>c/o Solove Law Firm, P.A.<br>PO Box 560608<br>Miami, FL 33256-0608 |
| TRAVELCLICK, INC<br>P.O. BOX 71199<br>CHICAGO IL 60694-1199 | TRAVISMATHEW LLC<br>P.O. BOX 9074<br>CARLSBAD CA 92018-9074 | TREAT WALLET<br>2340 HEATHERWOODS WAY<br>CARROLLTON TX 75007-2030 |
| TURTLESON<br>PO BOX 440110<br>NASHVILLE TN 37244-0110 | TWINS FLOORING GROUP, LLC<br>5062 N DIXIE HIGHWAY<br>OAKLAND PARK FL 33334-4004 | The Arsali Family Trust<br>Dated 12-13-2005<br>6017 Old Ocean Blvd<br>Ocean Ridge FL 33435-5219 |
| The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Turtleson, LLC<br>1285 Volunteer Parkway<br>Bristol, TN 37620-4627 | U & ME TRANSFER INC<br>3300 ELECTRONICS WAY<br>WEST PALM BEACH BEACH FL 33407-4699 |
| U.S. Real Estate Credit Holdings III-A, LP<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Suite 301<br>Tallahassee, FL 32301-7643 | ULTRA MARKETING<br>13250 ST. TROPEZ CIRLCE<br>PALM BEACH GARDENS FL 33410-1437 | UNITED RENTALS<br>15935 ASSEMBLY LOOP<br>JUPITER FL 33478-6430 |
| UNIVERSAL ENGINEERING<br>1215 WALLACE DRIVE<br>DELRAY BEACH  FL 33444-4600 | UNUM LIFE INS CO OF AMERICA<br>PO BOX 406955<br>ATLANTA GA 30384-6955 | URBAN DESIGN STUDIO<br>610 CLEMATIS STREET  SUITE CU02<br>WEST PALM BEACH  FL 33401-5391 |
| USGA<br>P.O. BOX 5008<br>HAGERSTOWN MD 21741-5008 | VESSEL FWP, LLC<br>3197 LIONSHEAD AVE<br>CARLSBAD CA 92010-4702 | VESTIGE SCHOOL PROTECTION LLC<br>6320 NW 97 AVENUE<br>DORAL FL 33178-1645 |
| VI2 TECHNOLOGIES<br>23836 BENNET CHASE DR<br>CLARKSBURG MD 20871-5317 | VICTORY SECURITY<br>636 US HIGHWAY 1 SUITE 113<br>NORTH PALM BEACH FL 33408-4611 | VICTORY SECURITY AGENCY II,<br>636 US HIGHWAY 1<br>NORTH PALM FL 33408-4611 |
| VINEYEARD VINES<br>181 HARBOR DRIVE<br>STAMFORD CT 06902-7474 | VSP<br>PO BOX 742788<br>LOS ANGELES CA 90074-2788 | WEDGWORTH'S INC.<br>PO BOX 2076<br>BELLE GLADE FL 33430-7076 |

| | | |
|---|---|---|
| WELLS FARGO<br>PAYMENT REMITTANCE CENTER<br>MINNEAPOLIS MN 55480-7733 | WELLS FARGO FINANCIAL LEASING<br>P.O. BOX 10306<br>DES MOINES IA 50306-0306 | WILLIAMS SCOTSMAN, INC.<br>PO BOX 91975<br>CHICAGO IL 60693-1975 |
| WINNER'S AWARD GROUP INC.<br>4171 W. HILLSBORO BLVD.<br>COCONUT CREEK FL 33073-2154 | WIRELESS 2 WAY RADIO LLC.<br>6748 WILLOW WOOD DRIVE, #1306<br>BOCA RATON  FL 33434-3594 | WM D ADEIMY JR INC<br>1201 OMAR ROAD<br>WEST PALM BEACH  FL 33405-1046 |
| WM D Adeimy Jr., Inc.<br>Lorium Law, c/o Chad P. Pugatch, Esq.<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | WOLVERINE ROOFING LLC<br>1300 OLD DIXIE HIGHWAY, UNIT 101<br>LAKE PARK, FL 33403-1925 | WORLD ELECTRIC SUPPLY<br>5013 MARGARET ANN LN<br>FORT PIERCE, FL 34946-9124 |
| Williams Scotsman Inc.<br>Williams Scotsman Inc. - Attn: Recovery<br>4646 E. Van Buren St. Suite 400<br>Phoenix, AZ 85008-6927 | ZABIK AND ASSOCIATES<br>P.O.  BOX 211176<br>ROYAL PALM  FL 33421-1176 | ZJC, LLC<br>11300 US HIGHWAY 1, SUITE 300<br>NORTH PALM BEACH FL 33408-3236 |
| c/o Maney Leshay<br>2895 Jupiter Park Drive #400<br>Jupiter, Florida 33458-6048 | Barry A. Chatz<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316 | Dane Ball<br>c/o Susan D Lasky<br>320 SE 18 St<br>Ft Lauderdale, FL 33316-2818 |
| David A. Golin<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316 | Domenic Gatto Jr.<br>c/o Eduardo F. Rodriguez<br>800 S. Douglas Road, Suite 350<br>Coral Gables, FL 33134-3125 | Domenic Gatto Sr.<br>c/o Eduardo F. Rodriguez<br>800 S. Douglas Road, Suite 350<br>Coral Gables, FL 33134-3125 |
| Gerard A. McHale<br>1601 Jackson Street, Suite 200<br>Fort Myers, FL 33901-2968 | Gerard S. Catalanello<br>90 Park Avenue<br>New York, NY 10016-1301 | Jessey J Krehl<br>51 NE 24th St, #108<br>Miami, FL 33137-5088 |
| Joseph A Pack<br>Pack Law, P.A.<br>51 NE 24th Street<br>Suite 108<br>Miami, FL 33137-5088 | Kim A Pillar<br>c/o Eduardo F. Rodriguez<br>800 S. Douglas Road, Suite 350<br>Coral Gables, FL 33134-3125 | Matthew Bordwin<br>1 Huntington Quadrangle, Suite 2C04<br>Melville, NY 11747-4424 |
| Michael Colombino<br>c/o Dana Kaplan, Esq<br>1665 Palm Beach Lakes Blvd, Ste 1000<br>West Palm Beach, FL 33401-2109 | Stephen M. Blank<br>90 Park Avenue<br>New York, NY 10016-1301 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
HOLDERNESS & BOURNE                     ROSEN MATERIALS LLC                    SHERWIN WILLIAMS COMPANY
83 PURCHASE STREET                      1800 NW 22ND ST.                       101 WEST PROSPECT AVENUE
RYE NY 33401                            FORT LAUDERDALE, FL 33311              CLEVELAND, OH 44115



SPRINT
PO BOX 4181
CAROL STREAM IL 60197
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jacob Industries, LLC               (u)U.S. Real Estate Credit Holdings III-A, LP    (u)West Palm Beach
                                       Berger Singerman LLP
                                       Attn.: Brian G. Rich, Esq.
                                       313 N Monroe St #301
                                       Tallahassee32301


(u)ADACHE GROUP ARCHITECTS             (d)DLL FINANCE LLC                     (d)DLL FINANCE LLC
*Duplicate*                            P.O. BOX 14535                         P.O.BOX 14535
                                       DES MOINES IA 50306-3535               DES MOINES IA 50306-3535



(d)FLORIDA EXOTIC A LANDSCAPE COMPANY, INC   (d)FPL                           (d)HARDRIVES OF DELRAY INC
4016 SW MOORE STREET                   GENERAL MAIL FACILITY                  2101 S. CONGRESS AVE.
PALM CITY FL 34990-8743                MIAMI FL 33188-0001                    DELRAY BEACH, FL 33445-7307



(u)NUCO2                               (d)Ram Tax Lien Fund, LP               (d)SULLIVAN ELECTRIC & PUMP
PO BOX 417902                          PO Box 8401                            1942 8TH AVE NORTH
BOSTON RI 2241                         Carol Stream, IL 60197-8401            LAKE WORTH FL 33461-3306



(d)The Arsali Family Trust             (u)WM. D. ADEIMY JR.                   End of Label Matrix
Dated 12-13-2005                       *Duplicate*                            Mailable recipients   325
6017 Old Ocean Blvd                                                           Bypassed recipients    14
Ocean Ridge, FL 33435-5219                                                    Total                 339
```