**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re:<br><br>Banyan Cay Resort & Golf, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-12368<br><br>(Jointly Administered) |

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM**
*(Seeking Production of Documents Only)*

The above-captioned debtors and debtors in possession (the "Debtors") request that Westside Property Investment Company, Inc. ("Westside") produce by Monday, September 4, 2023 at 9:00 a.m. (prevailing Eastern time), at Pack Law, P.A., 51 NE 24th St., Suite 108, Miami, Florida 33137, or at such other place at such other time is agreed by the Debtors and Westside, all of the documents as described in the attached **Exhibit A**.

This request for production is pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida. The scope of this request is as described in Bankruptcy Rule 2004 and related to the acts, conduct, and financial affairs of the Debtors. Pursuant to Local Rule 2004-1, no order shall be necessary to authorize the examination and no subpoena shall be necessary to compel production of documents or ESI (as defined therein) from the Debtors.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

**YOU MAY BE EXCUSED FROM APPEARANCE BY PROVIDING COPIES OF THE REQUESTED DOCUMENTATION AND INFORMATION PRIOR TO THE SCHEDULED DATE.**

Dated: August 10, 2023

        **PACK LAW, P.A.**
*Counsel to the Debtors and Debtors in Possession*
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:   */s/ Joseph A. Pack*
      Joseph A. Pack
      Email: joe@packlaw.com
      Florida Bar No. 117882

      Jessey J. Krehl
      Email: jessey@packlaw.com
      Florida Bar No. 1025848

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2023, a true and correct copy of the foregoing was served via this Court's CM/ECF system to all parties registered to receive service thereby and by United States Mail to the following addresses:

    */s/ Joseph A. Pack*
    **Joseph A. Pack, Esq**

## Exhibit A

### Instructions and Definitions

1. "Affiliate" means the definition ascribed to such term in 11 U.S. Code § 101.

2. "Agreement" and "APA" each mean that certain *Amended and Restated Asset Purchase Agreement* attached to the Sale Order, together with all amendments, restatements, prior-executed drafts, and schedules and exhibits thereto.

3. "All documents" means every document or group of documents for communication as above defined known to you and every such document or communication, which can be located or discovered by reasonably diligent efforts.

4. "Bankruptcy Case" means Case No. 23-12386 before the Bankruptcy Court.

5. "Bankruptcy Court" means the United States Bankruptcy Court for the Southern District of Florida.

6. "Debtor" means each of Banyan Cay Resort & Golf, LLC; Banyan Cay Dev. LLC; Banyan Cay Villas, LLC; Banyan Cay Maintenance, LLC; Banyan Cay Mezzanine Borrower, LLC; Banyan Cay Investment, LLC.

7. "Debtors" means, collectively, each Debtor.

8. "Document," "documents," and "thing" all and each mean means any written or graphic matter or other means of preserving thought or expression. This includes all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise. Documents and things include, but are not limited to, the following: permanent files, manuals, papers, pamphlets, appraisals, correspondence, letters, reports, memoranda, notes, messages (including all electronic messages, whether sent via text message, telephone carrier, software application such as WhatsApp, via electronic mail or "email", or otherwise by any other means), periodicals, books, records, contracts, agreements, newspapers, statements, telegrams interoffice and intraoffice messages, telephone logs, diaries, chronological data, minutes, field reports, computer printouts, prospectuses, financial statements, schedules, affidavits, security agreements, promissory notes, Uniform Commercial Code forms of any type, hypothecation agreements, cancelled checks, bank statements, transcripts, statistics, surveys, calendars, drafts, indices, · lists, tables, magazines or newspaper articles, tabulations, graphs, sale orders, confirmations, certificates, accounts, summaries, affidavits, oral records, videotapes, motion pictures, photographs, mechanical or electric recordings or representations of any kind (including without limitation, tapes, cassettes, disks, and recordings), statistical data, ledger book entries, ledgers, books of account, tax returns, tax forms, tax records, tax schedules, transcripts, court papers and sworn statements, and all drafts, alterations and modifications, changes and amendments of any of the foregoing, regardless of whether originals, copies, drafts, or typings or reproductions of originals or copies in whatever form, **including, but not limited to, any electronically stored information,** and whether directed to or prepared, written, or produced by,

1

for, or on your behalf, or any agency, department, agent, employee, consultant, or other representative of you, or any third person, firm, or corporation.

9. "Each" shall be construed to include the word "every" and "every" shall be construed to include the word "each". Similarly, "any" shall be construed to include the word "all", and "all" shall be construed to include the word "any".

10. "Financial Account" means all accounts at all banking and other financial institutions, including closed, dormant, exempt, and retirement accounts.

11. "NDA" means that certain *Non-Disclosure Agreement* dated on or about March 17, 2023 between Banyan Cay Resort & Golf, LLC and Westside Property Investment Company, Inc.

12. "Petition Date" means March 29, 2023.

13. "Sale" means the sale transactions contemplated under the APA and the Sale Order.

14. "Sale Hearing" means the hearing before the Bankruptcy Court on June 15, 2023 at 1:30 P.M. (EST).

15. "Sale Order" means that certain *Order (I) Authorizing and Approving the Sale of Certain Property of the Debtors, Free and Clear of Liens, Claims, Encumbrances and Interests and*
*(II) Granting Related Relief* [Docket No. 183] in the Bankruptcy Case.

16. "Westside" means each of Westside Property Investment Company, Inc.

17. The words "and" as well as "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive. The use of the word "including" shall be construed without limitation.

18. If any Document was, but is no longer, in your possession, or subject to your control, state what disposition was made of the documents and the reason for such disposition, and identify all persons having knowledge of the circumstances under which such documents ceased to exist, all persons who have knowledge or had knowledge of the documents, and the contents thereof.

19. The plural shall include the singular and the singular shall include the plural. Any reference to a male pronoun shall also constitute reference to a female pronoun.

20. The present tense shall be construed to include the past tense, and the past tense shall be construed to include the present tense.

21. If you claim any privilege as to any (i) information encompassed by this discovery request or (ii) communication, or portion thereof, encompassed by this discovery request, specify the nature of the privilege claimed, state with specificity the basis for the privilege claimed, identify the information or communication as to which privilege is claimed with sufficient

specificity to bring the discovery request and objection before the Judge, describe the subject matter of the privileged matter, identify all parties to or recipients of the privileged matter, and if the privileged matter is contained or reflected in a document, identify: (1) the date of the document; (2) the type of document; (3) the author; (4) addressee; and (5) all individuals indicated or to whom blind copies are shown.

22.     This request for production is continuing in character and nature, and would require the filing of supplemental responses, pursuant to the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure, if and when further or different information is obtained by up to and throughout the prosecution of this cause.

23.     If any of the document requests are ambiguous in any way, please send a letter to the undersigned counsel describing the ambiguity and it will promptly be clarified in a reply letter. If any document request is deemed to be unduly burdensome, please send a letter to the undersigned counsel indicating the reasons why and (generally) an attempt will be made to rephrase the document request in a reply letter to lessen burdens of compliance. Any such reply letter may be treated by the parties to whom it is addressed as a modification of this request for production.

24.     In producing documents called for herein, segregate the documents so as to identify the numbered request to which such document responds.

25.     Unless otherwise indicated, the time frame for the request is March 1, 2023 through the date of the response.

## Documents to be Produced

1.      All documents that discuss, relate to, or refer to the Sale.

2.      All documents that discuss, relate to, or refer to any and all parties, including consultants, which Westside engaged or considered engaging in connection with the Sale and matters related thereto.

3.      All documents that discuss, relate to, or refer to the financial ability of Westside, including but not limited to any statements of Financial Accounts of Westside, as of the date of the original Agreementl, April 2, 2023.

4.      All documents that discuss, relate to, or refer to the financial ability of Westside, including but not limited to any statements of Financial Accounts of Westside, as of the date of the first amendment to the Agreement, April 12, 2023.

5.      All documents that discuss, relate to, or refer to the financial ability of Westside, including but not limited to any statements of Financial Accounts of Westside, as of the date of the second amendment to the Agreement, April 17, 2023.

6. All documents that discuss, relate to, or refer to the financial ability of Westside, including but not limited to any statements of Financial Accounts of Westside, as of the date of the first amended and restated agreement, attached to the April 26, 2023.

7. All documents that discuss, relate to, or refer to the financial ability of Westside, including but not limited to any statements of Financial Accounts of Westside, as of the date of the Sale Hearing, June 15, 2023.

8. All documents that discuss, relate to, or refer to the financial ability of Westside, including but not limited to any statements of Financial Accounts of Westside, as of the date of the entry of the Sale Order, June 26, 2023.

9. All documents that discuss, relate to, or refer to any and all partners, funding sources, and the like, whether actual or potential, in connection with the Sale.

10. All documents that discuss, relate to, or refer to the "Closing Deadline" and the "Purchase Price Increase" as each is defined in the Sale Order.

11. All documents that discuss, relate to, or refer to the "FFE Adjustment" as defined in the Sale Order.

12. All documents that discuss, relate to, or refer to the storage of the Debtors' furniture, fixtures, and equipment.

13. All documents that discuss, relate to, or refer to the NDA.

14. All documents that discuss, relate to, or refer to the receipt of any information related to the Sale.

15. All documents that discuss, relate to, or refer to the sharing of any information related to the Sale.

16. All documents that discuss, relate to, or refer to the procedures put in place relating to information received relating to the Sale.

17. All documents that discuss, relate to, or refer to communications with the Debtors' vendors, contractors, customers, subcontractors, secured creditors, unsecured creditors, club members, or any government or administrative agency or development-related or permit-issuing entity.

18. Without limiting any of the foregoing, all communications between Westside and each of Newmark Group Inc., Kawa Capital Management, Toll Brothers Inc., Walton Street Capital, and Marriott International Inc., and each of their respective Affiliates.