**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BANYAN CAY RESORT & GOLF, LLC, *et al* [1] | Case No. 23-12386-EPK |
| | (Jointly Administered) |
| Debtors._____/ | |

**BELLEFRAU GROUP, LLC'S (A) JOINDER IN U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP'S EMERGENCY MOTION TO (I) COMPEL DEBTORS TO COMPLY WITH PARAGRAPH 7 OF THE SALE ORDER; (II) AMEND THE SALE ORDER TO SUBSTITUTE LENDER'S APA; AND (III) AUTHORIZE U.S. REAL ESTATE CREDIT HOLDINGS III-A'LP'S CREDIT BID,
AND (B) REQUEST FOR SIMILAR AND RELATED RELIEF**

BELLEFRAU GROUP, LLC ("Bellefrau"), by and through its undersigned counsel, files this Joinder and Request for Similar and Related Relief (this "Joinder") in respect of *U.S. Real Estate Credit Holdings III-A, LP's Emergency Motion to (I) Compel Debtors to Comply with Paragraph 7 of the Sale Order; (II) Amend the Sale Order to Substitute Lender's APA; and (III) Authorize U.S. Real Estate Credit Holdings III-A, LP's Credit Bid* [ECF No. 308] (the "Motion to Compel") and states as follows:

1. Bellefrau joins in and supports the arguments made by U.S. Real Estate Credit Holdings III-A, LP's (the "Lender") in the Motion to Compel, including to enable the Lender to purchase and acquire its collateral through a credit bid as provided in Paragraph 7 of the Section of the Court's the *Order (I) Authorizing and Approving the Sale of Certain Property of the Debtors,*

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

*Free and Clear of Liens, Claims, Encumbrances and Interest and (II) Granting Related Relief* [ECF No. 183, the "Sale Order"].

  2. Paragraph 7 of the Sale Order also specifically authorized Bellefrau to purchase and acquire tis collateral[2] pursuant to a credit bid as follows:

> To the extent the Successful Bidder fails to close on or before the Closing Deadline, the Prepetition Secured Lender reserves the right to credit bid pursuant to Section 363(k) up to the full amount of its debt and to close on the Sale of the Assets pursuant to Section 363.  *In the event Bellefrau is not paid the Bellefrau Proceeds at the closing of the Sale of the Assets, then Bellefrau shall have and hereby reserves the right to credit bid on the Bellefrau Collateral pursuant to Section 363(k) up to the full amount of the Bellefrau Proceeds, and in connection therewith Bellefrau shall be authorized to close on the purchase of the Bellefrau Collateral pursuant to Section 363 by providing five (5) business days' notice thereof to the Debtors and the Successful Bidder subsequent to the Closing Deadline….*  The Court reserves jurisdiction to hear and address any disputed related to the reservations of rights set forth in this paragraph, which may be heard on an emergency or expedited basis, including the entry of an order confirming a purchase and sale to any of the Lenders in respect of their Section 363(k) rights.

See ¶7 of the Sale Order.

  3. Similar to the credit bid transaction proposed by the Lender in the Motion to Compel, Bellefrau hereby requests that this Court (i) approve and authorize the sale of the Bellefrau Collateral to Bellefrau for a credit bid in the aggregate amount of $300,000 pursuant to, among other things, sections 363(b), (f), (k) and (m) of the Bankruptcy Code free and clear of any and all liens, claims, encumbrances and interests of any kind, and (ii) compelling the Debtor to comply with Paragraph 7 of the Sale Order, including to execute and deliver any and all documents necessary to consummate such sale.

  4. On August 14, 2023, the Debtors consented to the relief requested herein by filing Debtors' Consent to the Motion to Compel [ECF No. 318, the "Consent"].

---

[2] The collateral securing the mortgage loan from Bellefrau consists of Lots 18 and 19, Plat 1, President Country Club, as recorded in Plat Book 29, Page 72 through 76, inclusive of the Public Records of Palm Beach County, Florida (the "Bellefrau Collateral").

**WHEREFORE**, the Bellefrau Group, LLC requests that the Court (A) grant the Motion to Compel with respect to the Lender, and (B) enter a separate order (i) approving and authorizing the sale of the Bellefrau Collateral to Bellefrau pursuant to sections 363(b), (f), (k) and (m) of the Bankruptcy Code as set forth above, (ii) requiring the Debtors to execute and deliver any and all documents necessary to consummate the sale of the Bellefrau Collateral to Bellefrau as set forth herein, and (iii) granting such other and further relief as may be appropriate under the circumstances.

Dated: August 15, 2023.

> **VENABLE LLP**
> *Counsel for Bellefrau Group, LLC*
> 100 Southeast Second Street, Suite 4400
> Miami, Florida 33131
> Telephone: (305) 349-2300
> Facsimile: (305) 349-2310
>
> By:   /s/ *Paul J. Battista*
>        Paul J. Battista (FBN 884162)
>        pjbattista@venable.com
>        Allison R. Day (FBN 494097)
>        arday@venable.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Joinder has been served upon all creditors and parties registered to receive electronic notice via CM/ECF Notification on August 15, 2023.

> By: /s/  Paul J. Battista
>       Paul J. Battista, Esq