UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Banyan Cay Resort & Golf, LLC, *et al.*[1] | ) |
| | ) Case No. 23-12386 |
| Debtors. | ) |
| | ) (Jointly Administered) |

**NOTICE OF CLOSING OF
CREDIT BID TRANSACTION WITH USREC BANYAN CAY LLC**

     **PLEASE TAKE NOTICE THAT** on June 26, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") entered the *Order (I) Authorizing and Approving the Sale of Certain Property of the Debtors, Free and Clear of Liens, Claims, Encumbrances and Interest and (II) Granting Related Relief* [Docket No. 183] (the "Sale Order"), approving the sale of substantially all of the Debtors assets to Westside Property Investment Company, Inc. ("Westside"), as set forth in that certain *Amended and Restated Asset Purchase Agreement* (the "Westside APA"), attached as Exhibit 1 to the Sale Order.

     **PLEASE TAKE FURTHER NOTICE THAT** on August 9, 2023, U.S. Real Estate Credit Holdings III-A, LP (the "Lender") submitted that certain *Motion to (I) Compel Debtors to Comply with Paragraph 7 of the Sake Order; (II) Amend the Sale Order to Substitute Lender's APA; and (III) Authorize U.S. Real Estate Credit Holdings III-A LP's Credit Bid* [Docket No. 308] (the "Substituted Sale Motion"). Attached to the Substituted Sale Motion as Exhibit A was that certain *Asset Purchase Agreement* (the "Proposed Credit Bid APA") which contemplated the credit bid purchase by the Lender (or its affiliated/assignee credit bid purchaser) of substantially all of the Debtors' assets. The Substituted Sale Motion sought, *inter alia*, approval of the Lender's credit bid, approval of the form of the Proposed Credit Bid APA, and the substitution of the Credit Bid APA and Lender (or its affiliated/assignee credit bid purchaser) for, respectively, the Westside APA and Westside in the Sale Order.

     **PLEASE TAKE FURTHER NOTICE THAT** on August 18, 2023, the Bankruptcy Court entered that certain *Order Granting Emergency Motion to (I) Compel Debtors to Comply with Paragraph 7 of the Sale Order; (II) Amend the Sale Order to Substitute Lender's APA; and (III) Authorize U.S. Real Estate Credit Holdings III-A LP's Credit Bid* [Docket No. 322] (the "Substituted Sale Order"), granting the relief requested in the Substituted Sale Motion.

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

**PLEASE TAKE FURTHER NOTICE THAT** on August 30, 2023, the Debtors executed that certain *Asset Purchase Agreement* (the "Credit Bid APA") between each of the Debtors, as "Sellers," and USREC Banyan Cay LLC" as "Purchaser" (the "Purchaser"), which Credit Bid APA substantially conforms to the Proposed Credit Bid APA.

**PLEASE TAKE FURTHER NOTICE THAT** on August 31, 2023, the Debtors filed that certain *Expedited Motion for Entry of an Order (A) Authorizing the Debtors to Assume and Assign Certain Contracts to Credit Bid Purchaser, and (C) Granting Related Relief* [Docket No. 330] (the "Assumption Motion") seeking, *inter alia*, the assumption of certain contracts in connection with the Credit Bid APA and assignment of such contracts to the Purchaser and/or its affiliates. The Bankruptcy Court scheduled the hearing to consider the Assumption Motion on September 13, 2023 at 1:30 p.m., as set forth in that certain *Notice of Hearing* [Docket No. 331].

**PLEASE TAKE FURTHER NOTICE THAT** on August 31, 2023, the Debtors and the Purchaser closed the credit bid transactions contemplated under the Credit Bid APA and the Debtors transferred the Assets (as defined therein) to the Purchaser and/or its affiliates/assignees, pursuant to the terms of the Credit Bid APA.

Dated:   September 5, 2023

Respectfully submitted,

**PACK LAW**
*Counsel to the Debtors*
*and Debtors-in-Possession*
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:  /s/ Jessey J. Krehl
Joseph A. Pack
Email:  joe@packlaw.com
Florida Bar No. 117882

Jessey J. Krehl
Email:  jessey@packlaw.com
Florida Bar No. 1025848