**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BANYAN CAY RESORT & GOLF, LLC, et al [1] | Case No. 23-12386-EPK |
| | (Jointly Administered) |
| Debtors. _____/ | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that copies of the *Order Granting Relief to Bellefrau Group, LLC Pursuant to (A) Joinder in U.S. Real Estate Credit Holdings III-A, LP's Emergency Motion to (I) Compel Debtors to Comply with Paragraph 7 of the Sale Order; (II) Amend the Sale Order to Substitute Lender's APA; and (III) Authorize U.S. Real Estate Credit Holdings III0A's LP's Credit Bid and (B) Request for Similar and Related Relief* [ECF No. 339] was served via CM/ECF Notification to all parties on the attached service list on the 6th day of September, 2023.

**Dated: September 6, 2023.**

                                        **VENABLE LLP**
                                        *Counsel for Bellefrau Group, LLC*
                                        100 Southeast Second Street, Suite 4400
                                        Miami, Florida 33131
                                        Telephone: (305) 349-2300
                                        Facsimile: (305) 349-2310

                                        By:   /s/ *Paul J. Battista*
                                              Paul J. Battista (FBN 884162)
                                              pjbattista@venable.com

---

[1] The Debtors are: (i) Banyan Cay Investment, LLC; (ii) Banyan Cay Mezzanine Borrower, LLC; (iii) Banyan Cay Resort & Golf LLC; (iv) Banyan Cay Dev. LLC; (v) Banyan Cay Villas, LLC; and (vi) Banyan Cay Maintenance, LLC. The address of the Debtors is 1900 Banyan Club Road, West Palm Beach, Florida 33401.

## **SERVICE LIST**

*Served via CM/ECF Notification*

Magda Abdo-Gomez, Esq on behalf of Petitioning Creditor CEI, LLC
maggie@magtaxatty.com

Louis X Amato on behalf of Interested Party 364 Capital, LLC
louisa@louamato.com

Paul J. Battista, Esq on behalf of Interested Party Bellefrau Group, LLC
pjbattista@venable.com,
cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com;imalcolm@ecf.courtdrive.com

John C Cannizzaro on behalf of Creditor Gordon Food Service, Inc
john.cannizzaro@icemiller.com

Carmen Contreras-Martinez on behalf of Interested Party Westside Property Investment Company, Inc.
carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com

Ryan E Davis on behalf of Creditor L & W Supply Corporation, as successor by merger to Rosen Materials, LLC
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis on behalf of Creditor Rosen Materials, LLC
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

C Craig Eller, Esq on behalf of Creditor Complete Cooling & Heating Services, Inc.
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Julianne R. Frank on behalf of Creditor The Staffing Group Inc.
julianne@jrfesq.com, G59511@notify.cincompass.com

Robert C Furr, Esq on behalf of Interested Party Banyan Cay Estates, LLC
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Kevin C Gleason, Esq on behalf of Creditor Palm Beach Custom Woodworks, LLC
kgpaecmf@aol.com

Larry I Glick on behalf of Creditor BMC - The Benchmark Management Company, LLC


lglick@shutts.com, dsuengas@shutts.com

Jordi Guso, Esq. on behalf of Creditor U.S. Real Estate Credit Holdings III-A, LP, an Irish limited partnership, acting by its General Partner, U.S. Real Estate Credit Holdings II GP Limited
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jose-Trelles Herrera on behalf of Creditor Landmark Interiors of Florida LLC
jtherrera@herreralawfirm.com, vtarajano@herreralawfirm.com;jmh@herreralawfirm.com

Dana L Kaplan on behalf of Creditor Complete Cooling & Heating Services, Inc.
dana@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Michael Colombino
dana@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Michael A Kaufman, Esq. on behalf of Creditor Habana Excavating, Inc.
michael@mkaufmanpa.com, makpa@ecf.courtdrive.com;intake@mkaufmanpa.com

Stanley Dale Klett Jr., Esq. on behalf of Creditor Jones Foster, P.A.
sklett@jonesfoster.com, mhott@jonesfoster.com;lellsworth@jonesfoster.com

Harris J. Koroglu on behalf of Creditor BMC - The Benchmark Management Company, LLC
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com

Jessey J Krehl on behalf of Debtor Banyan Cay Dev. LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Debtor Banyan Cay Investment, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Debtor Banyan Cay Maintenance, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Debtor Banyan Cay Mezzanine Borrower, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Debtor Banyan Cay Resort & Golf, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Debtor Banyan Cay Villas, LLC

jessey@packlaw.com

Jessey J Krehl on behalf of Interested Party Banyan Cay Dev. LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Interested Party Banyan Cay Investment, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Interested Party Banyan Cay Maintenance, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Interested Party Banyan Cay Mezzanine Borrower, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Interested Party Banyan Cay Villas, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Plaintiff Banyan Cay Dev. LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Plaintiff Banyan Cay Investment, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Plaintiff Banyan Cay Maintenance, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Plaintiff Banyan Cay Mezzanine Borrower, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Plaintiff Banyan Cay Resort & Golf, LLC
jessey@packlaw.com

Jessey J Krehl on behalf of Plaintiff Banyan Cay Villas, LLC
jessey@packlaw.com

Susan D. Lasky, Esq on behalf of Creditor Dane Ball
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Bernice C. Lee on behalf of Creditor Florida Exotic A Landscape Co. Inc.
blee@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Isaac M Marcushamer, Esq. on behalf of Creditor Banyan Cay Resort Fund, LLC
isaac@dgimlaw.com,
colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Megan W Murray on behalf of Creditor Gordon Food Service, Inc
mmurray@underwoodmurray.com,
dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com

Michael Jordan Niles on behalf of Creditor U.S. Real Estate Credit Holdings III-A, LP, an Irish limited partnership, acting by its General Partner, U.S. Real Estate Credit Holdings II GP Limited
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Attorney Pack Law
joe@packlaw.com

Joseph A Pack on behalf of Debtor Banyan Cay Dev. LLC
joe@packlaw.com

Joseph A Pack on behalf of Debtor Banyan Cay Investment, LLC
joe@packlaw.com

Joseph A Pack on behalf of Debtor Banyan Cay Maintenance, LLC
joe@packlaw.com

Joseph A Pack on behalf of Debtor Banyan Cay Mezzanine Borrower, LLC
joe@packlaw.com

Joseph A Pack on behalf of Debtor Banyan Cay Resort & Golf, LLC
joe@packlaw.com

Joseph A Pack on behalf of Debtor Banyan Cay Villas, LLC
joe@packlaw.com

Joseph A Pack on behalf of Interested Party Banyan Cay Dev. LLC
joe@packlaw.com

Joseph A Pack on behalf of Interested Party Banyan Cay Investment, LLC
joe@packlaw.com

Joseph A Pack on behalf of Interested Party Banyan Cay Maintenance, LLC
joe@packlaw.com

Joseph A Pack on behalf of Interested Party Banyan Cay Mezzanine Borrower, LLC
joe@packlaw.com

Joseph A Pack on behalf of Interested Party Banyan Cay Villas, LLC
joe@packlaw.com

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Shaun T Plymale on behalf of Creditor Complete Cooling & Heating Services, Inc.
kmish@treasurecoastlegal.com, bhuff@treasurecoastlegal.com;kmish@treasurecoastlegal.com

Chad P Pugatch, Esq. on behalf of Creditor Atlantic Doors & Hardware, Inc.
ecf.pugatch@loriumlaw.com

Chad P Pugatch, Esq. on behalf of Creditor Fagan Engineering, Inc.
ecf.pugatch@loriumlaw.com

Chad P Pugatch, Esq. on behalf of Creditor Hardrives of Delray, Inc. d/b/a Hardrives, Inc.
ecf.pugatch@loriumlaw.com

Chad P Pugatch, Esq. on behalf of Creditor Mtel-One, Inc.
ecf.pugatch@loriumlaw.com

Chad P Pugatch, Esq. on behalf of Creditor WM D Adeimy Jr. Inc.
ecf.pugatch@loriumlaw.com

Robert B Resnick on behalf of Creditor Twins Flooring Group, LLC
robres@bellsouth.net

Brian G Rich on behalf of Creditor U.S. Real Estate Credit Holdings III-A, LP, an Irish limited partnership, acting by its General Partner, U.S. Real Estate Credit Holdings II GP Limited
brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Eduardo F Rodriguez on behalf of Interested Party Domenic Gatto, Jr.
eddie@efrlawfirm.com

Eduardo F Rodriguez on behalf of Interested Party Domenic Gatto, Sr.
eddie@efrlawfirm.com

Eduardo F Rodriguez on behalf of Interested Party Kim A Pillar
eddie@efrlawfirm.com

Traci H Rollins on behalf of Creditor Jacob Industries, LLC
trollins@gunster.com, crossodivita@gunster.com

Traci H Rollins on behalf of Interested Party Lexxcom LLC
trollins@gunster.com, crossodivita@gunster.com

Ariel Sagre on behalf of Creditor TK Elevator Corporation
law@sagrelawfirm.com

Deborah S. Sugarman, Esq. on behalf of Creditor Presidential Way Association, Inc.
dsugarman@kbrlegal.com, dsugarman@kbrlegal.com

James S Telepman on behalf of Creditor ZJC, LLC
jst@cohennorris.com

John Anthony Turner on behalf of Interested Party Westside Property Investment Company, Inc.
john.turner@saul.com, linda.dunne@saul.com

Ted W Weeks on behalf of Creditor Wedgworth's, Inc.
tww@lawofficetweeks.com

Aaron A Wernick on behalf of Creditor Can-Am Electric LLC
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com;kandrus@wernicklaw.com;asuffern@wernicklaw.com